# EXHIBIT B

**BUTLER WEIHMULLER KATZ CRAIG LLP**
By: Richard D. Gable, Jr., Esquire
    Attorney ID No.: 65842
    Jenaleigh Castano, Esquire
    Attorney ID No.: 327712
1818 Market Street, Suite 2740
Philadelphia, PA 19103
Telephone: (215) 405-9191
Facsimile: (215) 405-9190

*Attorneys for Defendant,*
*Factory Mutual Insurance Company*

| | |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP, | : IN THE COURT OF COMMON PLEAS |
| | : |
| | : PHILADELPHIA COUNTY |
| Plaintiff, | : |
| | : |
| v. | : Case No. 210301454 |
| | : |
| FACTORY MUTUAL INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE PROTHONOTARY:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Factory Mutual Insurance Company, has filed a Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania. A true and correct copy of the Notice of Removal, without its enclosures, is attached hereto as Exhibit A.

                                                    BUTLER WEIHMULLER KATZ CRAIG LLP

                                                    s/ Richard D. Gable, Jr., Esq.
                                                    RICHARD D. GABLE, JR., ESQ.
                                                      rgable@butler.legal
                                                      JENALEIGH CASTANO, ESQ.
                                                      jcastano@butler.legal
                                                      *Attorneys for Defendant, Factory Mutual Insurance*
Dated: April 15, 2021                       *Company*

## **CERTIFICATE OF SERVICE**

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Notice of Filing of Notice of Removal, electronically filed this 15th day of April, 2021, has been served on the following counsel of record via the Court's Electronic Filing System:

>Charles A. Fitzpatrick, IV, Esq.
>BLANK ROME LLP
>One Logan Square
>130 North 18th Street
>Philadelphia, PA 19103
>(215) 569-5608
>Fitzpatrick-c@blankrome.com
>*Attorneys for Plaintiff*

/s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorneys for Defendant, Factory Mutual Insurance Company*