# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA EAGLES LIMITED PARTNERSHIP**<br><br>v.<br><br>**FACTORY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 21-1776**<br><br>**DATE OF NOTICE: October 27, 2021** |

## NOTICE

Please be advised that **ORAL ARGUMENT** on Plaintiff's Motion to Remand (Doc. No. 10) will be held **Wednesday, November 17, 2021** at **2:00 p.m.**, before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Amanda Frazier

_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 21\21-1776 Philadelphia Eagles Lim Partnership v. Factory Mutual Ins Co\21cv1776 Notice re motion to remand.doc