# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP, | : |
| Plaintiff, | : |
| v. | : Case No. 2:21-cv-01776-MMB |
| FACTORY MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

## STIPULATION AND ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO AMEND COMPLAINT

It is hereby STIPULATED and AGREED by and between Charles A. Fitzpatrick, IV, Esquire, attorney for Plaintiff and Richard D. Gable, Jr., Esquire, attorney for Defendant, Factory Mutual Insurance Company ("FMIC"), that:

1. Plaintiff's Motion for Leave to File First Amended Complaint (DE 42) is hereby GRANTED.

2. Plaintiff must separately refile the First Amended Complaint within ten (10) days of this Order.

3. Defendant's Motion to Dismiss (DE 6) is DENIED AS MOOT.

4. Defendant will Answer, Move or otherwise plead to the First Amended Complaint on or before 21 days after the Court's ruling on Plaintiff's Motion to Remand (DE 10).

5. By agreeing to this stipulation and to not oppose Plaintiff's Motion for Leave to Amend, Defendant does not waive any defenses it may have to the First Amended Complaint.

| | |
|---|---|
| BLANK ROME LLP | BUTLER WEIHMULLER KATZ CRAIG LLP |
| s/Charles A. Fitzpatrick, IV<br>Charles A. Fitzpatrick, IV, Esq.<br>James T. Giles, Esq.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, Pennsylvania 19103<br>*Attorneys for Plaintiff* | s/Richard D. Gable, Jr.<br>Richard D. Gable, Jr., Esq.<br>rgable@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103<br>*Attorneys for Defendant, Factory Mutual Insurance Company* |

Dated: 1/18/2022

**APPROVED BY THE COURT:**

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.