# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CINEMARK HOLDINGS, INC, et al, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:21-cv-11-ALM |
| | § | |
| FACTORY MUTUAL INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

---

### Report of David L. Stegall, CPCU, ARM, ARe, RPA

---

I, David L. Stegall, offer the following report containing a statement of my opinions and the basis and reasons thereof, the data or other information considered in forming the opinions, my qualifications, and the compensation I am to be paid.

I have been retained by Hunton Kurth Andrews to offer my professional opinions as to the usual and customary practices in the insurance industry and, more specifically, to rebut the opinions of Thomas H. Veitch concerning Insurance Policy Structure (July 6, 2021 Report of Thomas H. Veitch, hereinafter, the "July 6 Veitch Report" at pages 3-8) and policy drafting. During my career, I have had extensive experience with insurance underwriting, marketing, and management, all of which required me to explain insurance policy structure, including insurance policy terms and conditions to underwriters, insurance agents, reinsurers, policyholders and attorneys. I also regularly deal with such issues as an insurance consultant and as an expert witness in litigation.

**Insurance Industry Experience**

My experience includes positions as a retail insurance agent, an insurance agency owner, a wholesale insurance broker, an insurance company underwriter, a managing general agent, a third-party claims administrator, a reinsurance underwriter, and a reinsurance intermediary.

During the course of my career, I have worked for (what is now) one of the three largest insurance broker firms in the country.  Presently, I am an insurance and risk management consultant specializing in the customs and practices, including policy construction and product development, within the property and casualty insurance industry.  I have performed consulting engagements for organizations ranging in size from individuals to Fortune-ranked multinational enterprises, a variety of public entities, financial institutions and attorneys handling litigation involving insurers, policyholders, reinsurers, insurance brokers and agents.

Since 2007, I have been Principal Consultant of Risk Consulting & Expert Services located at 6 Office Park Circle, Suite 215, Birmingham, Alabama 35223.  My career experience includes working as a personal lines and commercial multiline underwriter, a retail agent, a wholesale broker, a managing general agent, a third-party administrator, a reinsurance underwriter, a reinsurance intermediary, an insurance company chief underwriting officer, a self-insured fund manager and a captive insurance company executive.  Through Risk Consulting & Expert Services, I practice as an independent, fee-for-service only, risk management, insurance, reinsurance and surety bond consultant to commerce, industry, and governments.  I also act as an expert witness in litigation and dispute resolution.

I possess the following professional designations: Chartered Property & Casualty Underwriter (CPCU), Associate in Risk Management (ARM), Associate in Reinsurance (ARe), and Registered Professional Adjuster (RPA).  In addition, I hold a Bachelor of Arts Degree from Auburn University and have held an insurance agent's license in all 50 states.

Since 2011, I have been qualified as an expert on insurance, bonds, reinsurance and risk management subjects. I have testified in depositions and at trials in cases filed in state and

federal courts in Alabama, Arkansas, Arizona, California, Connecticut, Colorado, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Kentucky, Louisiana, Mississippi, Missouri, New Jersey, New York, Nevada, Pennsylvania, Puerto Rico, South Carolina, Tennessee, Texas, Utah, Virginia, West Virginia and British Columbia, Canada.  Five trial courts and four arbitration panels have accepted my expert testimony about the usual and customary practices and the standard of care common within the insurance industry.

I am not an attorney and nothing in this report should be construed as a legal opinion in any way. If any of the terminology or concepts used in this report has any overlap or congruence with legal terms, please be aware that the terms or concepts are not being used as legal terms or concepts; rather, they are used as terms of art or concepts within the insurance industry as they are commonly used and understood in the industry.

My curriculum vitae (attached as Exhibit A) includes prior cases in which I have testified at trial or in depositions.  Publications I have authored since 2011 are also identified in Exhibit A.  The materials I reviewed for purposes of preparing this report are listed in Exhibit B.  My compensation for this assignment is $600 per hour.  My payment is not dependent on the outcome of this matter or any other matter.

## Overview

Cinemark Holdings, Inc. ("Cinemark") is the third largest theater chain in the United States with approximately 320 theaters and 4,500 screens in 42 states, as well as approximately 200 theaters in 15 countries outside of the U.S.  Cinemark is headquartered in Plano, Texas.

Factory Mutual Insurance Company ("FM") is an American insurance company based in Johnston, Rhode Island with offices worldwide.  FM serves the specialty property insurance market for highly protected risks.  A highly protected property risk has a much lower probability of insurance losses as compared to other, less protected properties by virtue of a combination of low hazard occupancy, property type, superior construction, special fire protection, risk control procedures and management commitment to loss prevention.  FM sees itself as the market-leader among highly protected risk commercial property insurers.

This dispute arises from the Covid-19 pandemic.

To protect its property and business income, Cinemark purchased "All Risk" insurance policies from FM.  Each Policy expressly includes multiple coverages that potentially apply to communicable disease-related losses.  Cinemark paid almost $5 million in annual premiums to FM.

In early 2020, the COVID-19 pandemic upended normal life in the United States. COVID-19 is a deadly communicable disease that spreads in several ways, changing the content of air and the character of surfaces.  Over 1,700 Cinemark employees tested positive for, were exposed to, or displayed symptoms of COVID-19.  Most of these employees were on Cinemark property just before testing positive.  As a direct result of the damage caused by COVID-19 to its property, Cinemark was forced to close theaters, incurring business income loss.

Cinemark relied on its insurance coverage and submitted a claim to FM on April 20, 2020.  The Policy insures 'against ALL RISK OF PHYSICAL LOSS OR DAMAGE, except as hereinafter excluded, while located as described in this Policy.'  The Policy also 'insures TIME ELEMENT loss…directly resulting from physical loss or damage of the type insured.'  The Policy also lists 'Additional Coverages.'  These include the 'Communicable Disease Response'

and the 'Interruption by Communicable Disease' coverages.  Within these Additional Coverages, the policy expressly contemplates that Communicable Disease – a term defined by FM – can cause loss or damage to property.  FM's expression of this reality is evidenced by the insurer's express exclusion of coverage for Communicable Disease-caused loss, when that 'loss or damage [is] caused by or result[s] from terrorism.'  FM includes this express acknowledgment that Communicable Disease may cause in at least two different parts of its Policy.  The policy wording, including its express statements about the potential for Communicable Disease to cause loss or damage, is the product of years of research and wording revisions by FM.

After Cinemark submitted its claim, months passed with no substantive response from FM.  By the time Cinemark sued in November 2021, FM had not issued a coverage position. FM argues that Cinemark has not alleged physical loss or damage, and that the Policy's Contamination Exclusion bars the claims. Cinemark argues the Policy covers loss and damage caused by communicable disease and that FM applies its Contamination Exclusion in an unreasonable manner that conflicts with the Policy's express definition of Communicable Disease, the Policy's express coverages for Communicable Disease and all other coverages that may apply to loss or damage caused by communicable disease as defined in the Policy.

## Insurance Policy Structure

Insurance policies are agreements memorialized in writing between two parties.

Insurance policies typically contain the following parts[1]:

**Declarations** - The declarations page is the first part of an insurance policy. The declarations provide specific information about the insured, the coverage, and the insurer. It includes items such as the name and address of the Named Insured, other insureds, any applicable mortgagee or lienholder, the policy period, policy limits, deductible(s), and premium. Policy forms and endorsements attached to the policy are usually listed in the declarations.

**Insuring agreement** - The insuring agreement serves as the heart of an insurance policy by granting the coverage provided by the policy. Typically very broad in scope under an all-risk policy, this agreement sets forth the insurer's basic promises under the policy.

**Definitions** - Key words and phrases in insurance policies are often assigned definitions as they are used in the policy. Undefined terms are assigned their ordinary meaning, such as those found

---

[1] Fundamentals of Construction Risk Management and Insurance by International Risk Management Institute, Inc.

in a standard dictionary. When defined, unless otherwise limited in the Policy, a term carries its supplied definition through all parts of the policy.

**Covered perils** - Most property policies cover certain perils in one of two ways. A named peril policy covers only perils that are listed in the policy. An "all-risk" or comprehensive property policy, on the other hand, covers all causes of loss except those that are specifically excluded. These policies then rely on exclusions to avoid covering losses from certain perils.

**Exclusions** - Exclusions limit the coverage granted in the insuring agreement. Insurance policies typically contain broad insuring agreements, with the scope of coverage subsequently narrowed via the exclusions section. Exclusions can apply to specified perils, certain types of property, specific types of losses, and certain locations.

**Conditions** - The conditions section enumerates both the insured's and the insurer's rights and responsibilities under the policy.

**Endorsements** - Endorsements are often added to policies. The most common endorsements address certain goals of: granting additional coverage; restricting or eliminating coverage provided in the basic policy; changing coverage by amending or adding definitions; and modifying the rights of the insurer or insured by changing or adding conditions.

To properly assess coverage under an insurance policy, all policy components must be reviewed in detail.

### <u>Insurance Companies Regulated by Individual States within the United States</u>

Insurance Companies in the U.S. are regulated primarily by the state in which they are domiciled. Insurance companies may operate in other states on a reciprocal basis as an "admitted" insurer (a specific state "admits" the insurance company to operate in the particular state). "Admitted" insurers are also subject to regulations in the states where they are admitted. Among other things, standard regulations require the insurance company to file with regulators the premium rates and methods of those calculations, along with the policy forms they plan to use in the writing of insurance policies in each particular state. Most states require that these rates and forms be approved before an insurer may use them to conduct business in the state. FM, being an admitted carrier in most (if not all) 50 states, must meet the rate and form filing requirements of the states in which it operates.

The National Association of Insurance Commissioners (NAIC) has succinctly stated the purpose of insurance regulation is to protect policyholders:

The fundamental reason for government regulation of insurance is to protect American consumers. State systems are accessible and accountable to the public and sensitive to local social and economic conditions. State regulation has proven that it effectively protects consumers and ensures that promises made by insurers are kept. Insurance regulation is structured around several key functions, including company licensing, producer licensing, product regulation, market conduct, financial regulation and consumer services.[2]

Insurance regulators monitor insurers through, among other things, regulatory submissions.  The purpose for these submissions and accompanying form filing is to give an insurance company the opportunity to explain the reasoning for the policy change so that the regulators may understand the purpose of the change being requested.  In the instant matter, these Explanatory Filing Memoranda allow any interested party to understand FM's intent in making policy changes.  These memoranda were filed before the dispute at issue in the litigation.

## FM Policy Changes Affecting Coverage Issues

In response to clients' needs for insurance solutions for new and evolving risks, FM added coverage for communicable disease to its standard policy form. Prior to 2016, this coverage was only available to FM's healthcare policyholders.

In 2016, FM made policy and endorsement filing change requests to regulators for one insurance policy and 31 endorsements.  There are two endorsements of interest in the instant matter addressed in the *Explanatory Filing Memorandum – Filing FMIC 2016-1*.  The first is FMG7446: *Communicable Disease Response Endorsement*, which FM explained like this:

> *This endorsement was previously approved in filing FMIC-2011-13 as Communicable Disease Cleanup, Removal and Disposal Endorsement. The replaced Endorsement was previously available to insureds with healthcare occupancies only. Grammatical and editorial changes have been made to remove the healthcare facility terms because this coverage is now offered as optional to*

---

[2] https://www.naic.org/documents/consumer_state_reg_brief.pdf.

*all clients. The coverage also now allows for an officer of the Insured to trigger the coverage.* **This is an expansion in coverage.** (Bold added)

The second endorsement is FMG7450: *Interruption of Communicable Disease*, which FM described like this:

> *This endorsement was previously approved in filing FMIC-2011-13 as Interruption by Communicable Disease Expense Endorsement. The replaced Endorsement was previously available to insureds with healthcare occupancies only. This coverage has been reformatted to remove the healthcare facility terms and is now offered to all clients. The coverage also now allows for an officer of the Insured to trigger the coverage.* ***This is an expansion in coverage.*** (Bold added)

As FM admits in this litigation, these two coverage "expansions" are not triggered by physical loss or damage to the property insured. This is a change from the Communicable Disease coverages that FM previously offered to healthcare clients. Those endorsements explained that "*the presence of and spread of communicable disease will be considered direct physical damage and the expenses listed above will be considered expenses to repair such damage.*" In other words, FM understood that in some cases, as Cinemark has presented here, the presence of a Communicable Disease and its causative viral agent can cause loss or damage to property and that the repair and remediation efforts should be considered repair costs. FM represented to regulators that its decision to remove this phrase in 2016 was a "grammatical and editorial change[ ]" to expand coverage. Thus, FM never changed its position that "*the presence of and spread of communicable disease will be considered direct physical damage and the expenses listed above will be considered expenses to repair such damage.*" Indeed, even the 2016 Communicable Disease endorsements specifically states that Communicable Disease can cause loss or damage to property, and when such loss or damage occurs at the hand of a terrorist, the resulting loss or damage would be subject to exclusion. Of course, no terrorist activity is alleged by FM or Cinemark in this case, but the point is that FM has acknowledged since at least 2011, when it first issued the endorsements, that Communicable Disease  can cause loss or damage to property.

## Policy Wording

The following are excerpts from FM's policy wording:

**OTHER ADDITIONAL COVERAGE**

### G. Communicable Disease Response (Page 26 to 27 of the Policy)

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of communicable disease and access to such **location** is limited or prohibited by:

1.  an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

2.  a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

    this Policy covers the reasonable and necessary costs incurred by the Insured at such **location** with the actual not suspected presence of **communicable disease** for the:

    1) cleanup, removal and disposal of the actual not suspected presence of **communicable diseases** from insured property; and

    2) actual costs of fees payable to public relations services or actual costs of using the Insured's employees for reputational management resulting from the actual not suspected presence of communicable diseases on the insured property.

    This Additional Coverage will apply when access to such **location** is limited, restricted or prohibited in excess of 48 hours.

    This Additional Coverage does not cover any costs incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the actual not suspected presence of **communicable disease**.

    COMMUNICABLE DISEASE RESPONSE Exclusions: As respects COMMUNICABLE DISEASE RESPONSE, the following additional exclusion applies:

    This Policy excludes loss or damage directly or indirectly caused by or resulting from the following regardless of any other cause or event, whether or not insured under this Policy, contributing concurrently or in any other sequence to the loss:

    **1)  terrorism**

**E. Interruption by Communicable Disease** (Page 61 of the Policy)

If a **location** owned, leased or rented by the Insured has the actual not suspected presence of **communicable disease** and access to such **location** is limited, restricted or prohibited by:

    1)  an order of an authorized governmental agency regulating the actual not suspected presence of **communicable disease**; or

    2)  a decision of an Officer of the Insured as a result of the actual not suspected presence of **communicable disease**,

this Policy covers the Actual Loss Sustained and EXTRA EXPENSE incurred by the Insured during the PERIOD OF LIABILITY at such **location** with the actual not suspected presence of **communicable disease**.

This Extension will apply when access to such **location** is limited, restricted, or prohibited in excess of 48 hours.

INTERRUPTION BY COMMUNICABLE DISEASE Exclusions: As respects INTERRUPTION BY COMMUNICABLE DISEASE, the following additional exclusions apply:

This Policy does not insure loss resulting from:

1) the enforcement of any law or ordinance with which the Insured was legally obligated to comply prior to the time of the actual spread of **communicable disease**.

2) loss or damage caused by or resulting from **terrorism**, regardless of any other cause or event, whether or not insured under this Policy, contributing or in any sequence of loss.

The PERIOD OF LIABILITY for this TIME ELEMENT COVERAGE EXTENSION will be:

The period of time:

    1)  starting at the time of the order of the authorized governmental or the Officer of the Insured; but
    2)  not to exceed the time shown in the LIMITS OF LIABILITY applying to any coverage in the TIME ELEMENT section.

This period of time is part of and not in addition to any PERIOD OF LIABILITY applying to any coverage provided in the TIME ELEMENT section.

## Opinions

- The FM policies sold to Cinemark are constructed in a manner consistent with commercial property and business income insurance policies.  That the base policy may be 81 pages is not unusual nor is it material to the issues in this case.

- I agree with Mr. Veitch's opinion stated on page 2 of the July 6 Veitch Report, that FM is the market leader.  In fact, one reason FM is viewed as market leader is because FM has historically sold the broadest coverage to the largest and best-rated policyholders.  This opinion is consistent with the broad coverage that FM sold to Cinemark, affording coverage for loss and damage caused by communicable disease and loss resulting from communicable disease even when its presence does not cause loss or damage.

- I disagree with Mr. Veitch's opinions (July 6 Veitch Report at pages 4, 7) that the Conditions provisions in the policies set forth all of the parties' respective duties.  In fact, FM is subject to both the policies' and industry custom and practice with respect to the manner in which it investigates claims, documents physical loss and damage and resulting business interruption loss, and makes payment of that loss.  FM also is subject to various state statutes and regulations governing the prompt and fair handling and payment of insurance losses.  A good example of obligations imposed on FM that are not set forth in the 81-page policy is the duty of good faith and fair dealing and state claims practices acts.

- I disagree with Mr. Veitch's opinion (July 6 Veitch Report at page 5) that the meaning of "physical loss or damage," as that phrase is used by FM, is subject only to interpretation in accordance with "evolving case law."  In addition to looking to case law that interpreted the phrase at the time FM drafted the policy wording and at the time FM sold the policy wording to Cinemark, it also is important to look to the policy itself for any supplied context.  In the case of the FM policy sold to Cinemark, the policy specifically states that Communicable Disease can cause loss or damage to property, and when such loss or damage occurs at the hand of a terrorist, the resulting loss or damage would be subject to exclusion.  As noted above, no terrorist activity is alleged by FM or Cinemark in this case, but the point is that FM acknowledges that Communicable Disease can cause loss or damage to property.

- I also disagree with Mr. Veitch's proffered meaning of the phrase "physical loss or damage" as that phrase is commonly understood in the context of other first party insurance policies (July 6 Veitch Report at page 6).  Mr. Veitch fails to acknowledge that the phrase "loss or damage" uses two separate terms separated by the disjunctive, "or." Mr. Veitch fails to acknowledge the settled insurance industry custom and practice that different words carry different meanings and that, when used together in the same insurance policy, different words do not carry the same meaning.  Likewise, Mr. Veitch fails to attach any meaning to the disjunctive, "or," which necessarily means that either "loss" or "damage" can trigger coverage under the FM policy wording; both are not required.

- I disagree with Mr. Veitch's opinion (July 6 Veitch Report at page 5) that the Texas Amendatory Endorsement carries any significant meaning in this case. It is customary in the insurance industry for insurers to relax proof of loss requirements, particularly when there is a question over coverage or a loss is continuing and cannot yet be quantified. Further, proofs of loss primarily pertain to the property damage component of a claim and serve to discourage claiming damage to property that the policyholder does not own or which did not sustain loss or damage. Business income loses are more often adjusted through the use of accounting experts employed by the insurer and, when necessary, the insured. Business income losses nearly always are subject to relaxed proof of loss requirements and, in fact, such losses are often paid in installments until the loss period ends without the need for proofs of loss, or with the proof of loss being used as a sort of "receipt" acknowledging payment by the insurer. Further, it is customary in the insurance industry for insurers, like FM, to have no set form or format for the submission of a proof of loss. Likewise, it is customary in the insurance industry for insurers, like FM, to routinely pay insured losses without first accepting a signed, sworn proof of loss.

- I disagree with Mr. Veitch's opinion (July 6 Veitch Report at page 5) that the FM "policy structure [] manifests that insurance policies are provided in a straightforward and purposeful fashion." In fact, the FM policies are anything but straightforward. For instance, Mr. Veitch says nothing as to the inherent conflict in the FM policies' Communicable Disease provisions, which expressly afford coverage for the "cleanup, removal and disposal" of Communicable Disease and resulting business income loss, yet also purport to exclude coverage for "virus" and any "disease causing or illness causing agent," even though when dealing with a Communicable Disease, the only thing that can be cleaned up, removed or disposed of is the causative viral agent – that is, the virus. Mr. Veitch fails to acknowledge that when faced with such facially conflicting policy provisions, absent declaring the conflicting provisions ambiguous (something that Mr. Veitch apparently suggests at page 8 of the July 6 Veitch Report, given his view of the breadth of the contamination exclusion), the terms should be harmonized in a way that attaches meaning to each such that the terms can be read to work together. Here, that means attaching meaning to "virus," as used in the policy's definition of "contaminant" in a manner that allows the terms to function through all parts and provisions of the Policies. This can be achieved by reading the undefined term "virus," as used in the Contamination, to mean any virus other than one that causes a Communicable Disease as that terms is expressly defined in the policy.

- Based on statements made by FM long before the onset of COVID-19, both to its corporate policyholders, the general public and state regulators, FM understood and intended to cover loss or damage caused by communicable disease and its causative viral agent.

- Once confronted by policyholders about what FM perceived to be a lack of clarity in its policy wording about coverage for communicable diseases, FM clarified and enhanced its insurance products by (1) adding explicit communicable disease coverages that applied even in the absence of physical loss or damage to property; (2) revealing its historical understanding based on its own research and experts that the presence of communicable disease and its causative viral agent can cause loss or damage to property; and (3) that for

purposes of its own unique policy wording, FM viewed the presence of communicable disease and its causative viral agent as "damage" to property, and the removal of that disease and virus to be "repair" of the damage.

I hold all the above opinions to a reasonable degree of professional certainty and probability based upon the records and information that was provided to me for review and based upon my education, training, and professional experience within the insurance industry. My opinions in this report are based on the information I have considered to date. I reserve the right to amend and supplement this report and any of my opinions in it consistent with all applicable procedural rules. I reserve the right to consider any information generated through any discovery and amend and/or supplement this report.

DATE: August 31, 2021

David L. Stegall, CPCU, ARM, ARe, RPA

13

**EXHIBIT A**

**Curriculum Vitae
of
David L. Stegall,** CPCU, ARM, ARe, RPA

# David L. Stegall, CPCU, ARM, ARe, RPA
## Curriculum Vitae
### June 30, 2021

855.255.5353 • www.rces.us • david.stegall@rces.us

6 Office Park Circle, Suite 215 • Mountain Brook, AL 35223

David Stegall has been the Principal Consultant and Founder of Risk Consulting & Expert Services (RCES) since January 1, 2007 with over 42 years of insurance, reinsurance, bond and risk management industry experience.  As a Chartered Property & Casualty Underwriter, an Associate in Risk Management, an Associate in Reinsurance and a Registered Professional Adjuster he has experience as an underwriter, an agent, a broker, a surety bond producer, a reinsurer, a managing general agent, a third-party administrator, a captive manager, a self-insured fund executive, a risk management consultant, an expert witness and has been retained as an arbitrator in two Arbitrations.

Mr. Stegall was President of the Society of Risk Management Consultants in 2017 and continues to serve on the Board of Directors.  He is also a member of the Board of Directors of the Alabama Captive Insurance Association, a member of the Society of Chartered Property & Casualty Underwriters, the American Association of Insurance Management Consultants, the Society of Registered Professional Adjusters, ARIAS-US, Defense Research Institute, and an Associate Member of the American Bar Association – Tort, Trial and Insurance Section.

RCES provides research, analysis and advice to commerce, industry, government and individuals.  The forensic expert witness consulting practice includes designation as an expert witness in 160 case assignments, 75 State cases, 82 Federal cases and three Arbitrations.  These cases have been located in Alabama, Arkansas, Arizona, California, Colorado, Connecticut, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Kentucky, Louisiana, Maryland, Mississippi, Missouri, Montana, New Jersey, New York, Nevada, North Carolina, Oklahoma, Pennsylvania, Puerto Rico, South Carolina, Tennessee, Texas, Utah, Virginia, West Virginia, Vermont, Wisconsin and British Columbia, Canada.  Mr. Stegall has provided 142 expert opinions, been deposed 64 times and testified in five trials and three arbitration hearings. His case assignments are divided between 87 for the Defense and 75 for the Plaintiffs.

## Education:

- Auburn University – Auburn, Alabama, B.A. in Communications 1979
- Coles Graduate School of Business – Kennesaw State University, 1991-1993

## Certifications:

- *Chartered Property & Casualty Underwriter* (CPCU) awarded by the American Institute For Property Casualty Underwriters in 1988
- *Associate in Risk Management* (ARM) awarded by the American Institute For Property Casualty Underwriters in 1991
- *Associate in Reinsurance* (ARe) awarded by the American Institute For Property Casualty Underwriters in 1999
- *Registered Professional Adjuster* (RPA) awarded by the Society of Registered Professional Adjusters in 2010
- *RAA Re Basics* awarded by the Reinsurance Association of America in 2003
- *RAA Re Contracts* awarded by the Reinsurance Association of America in 2004
- *Principles of Suretyship* awarded by the American Institute For Property Casualty Underwriters in 2015
- *Cyber Risk Management* awarded by the American Institute For Property Casualty Underwriters in 2016

## Professional Affiliations:

- Society of Risk Management Consultants, Past President
- American Association of Insurance Management Consultants
- Alabama Captive Association, Board of Directors
- Society of Chartered Property & Casualty Underwriters
- Registered Professional Adjuster's Association
- American Bar Association, Associate Member - Tort Trial and Insurance Practice Section
- Defense Research Institute, Expert Witness
- ARIAS-US
- A.M. Best Expert Service Provider

## Professional Experience:

**Principal Consultant**                                                              **2007 to Present**
**Risk Consulting & Expert Services**
Insurance and risk management consulting to commerce, industry and government; Consulting to the insurance, self-insurance and reinsurance industry; Expert witness and litigation support.

## Professional Experience (Continued):

**National Director Alternative Risk Transfer**                    2003 to 2006
**CRC Insurance Services, Inc.** (Subsidiary of BB&T)
Provided alternative risk management services and risk-transfer products nationwide to entities willing and able to bear risk.

**Gulf States Regional Assistant Vice President**                    2001 to 2003
**Midwest Employers Casualty Insurance Company** (Subsidiary of W.R. Berkley Corporation)
Excess underwriting services for risk-bearing entities.

**Executive Vice President**                    2000 to 2001
**Workers' Comp Source**
Managing General Underwriting to third-party administrators and brokers.

**Vice President and Chief Underwriting Officer**                    1998 to 2000
**AmComp, Inc.** (Now Employers Inc.)
AmComp was one of the largest carriers in Florida and operated in 21 states.

**National Accounts Manager**                    1994 to 1997
**Willis, Inc., Gulf States Region** (Now Willis Towers Watson)
Coordinated risk management to national account clients.

**Manager**                    1992 to 1994
**ManagedComp, Inc.** (Subsidiary of Tufts Associated Health Plans)
Managed a Georgia captive insurance company with an occupational medicine preferred provider organization (PPO).

**Vice President**                    1989 to 1992
**Boger, Reid & Flournoy** (Now Brown & Brown)
Managing, marketing, selling & servicing insurance programs.

**President**                    1986 to 1989
**The Stegall Agency Inc.** (Acquired by Boger, Reid & Flournoy in 1989)
Insurance agency providing insurance, bonds and risk management marketing, sales & service.

**Account Executive – Construction Industry Division**                    1983 to 1986
**Corroon & Black** (Now Willis Towers Watson)
Insurance, bonds and risk management marketing, sales & service.

## Professional Experience (Continued)

**Account Executive**                                                                    **1982 to 1983**
**Garner Meshad Wood, Inc** (Now Marsh McLennan)
Surety Bond Producer

**Underwriting and Account Executive**                                     **1977 to 1982**
**Cobbs, Allen & Hall**
Insurance underwriting, marketing, sales & service.

## Professional Development Course Study:

**Chartered Property & Casualty Underwriter:**
• Foundations of Risk Management, Insurance, and Professionalism
• Insurance Operations, Regulation, and Statutory Accounting
• The Legal Environment of Insurance
• Business and Financial Analysis
• Commercial Property & Liability Risk Management and Insurance
• Survey of Personal Risk Management, Insurance, and Financial Planning
• Financial Services Institutions

**Associate in Risk Management:**
- Risk Assessment - Establishing Risk Management Programs; The Risk Management Process; Legal Foundations of Liability Loss Exposures; Assessing Property, Liability, Personnel, and Net Income Loss Exposures; Management Liability and Corporate Governance; Forecasting Losses; and Cash Flow Analysis.

- Risk Control - Controlling Property, Personnel, Liability, and Net Income Loss Exposures; Intellectual Property Loss Exposures; Criminal Loss Exposures; Disaster Recovery for Property Loss Exposures; Understanding Claim Administration; Fleet Operations Loss Exposures; Aviation; Environmental Loss Exposures; Understanding System Safety; Motivating and Monitoring Risk Control Activities.

- Risk Financing - Understanding Risk Financing; Insurance as a Risk Financing Technique; Insurance Plan Design; Reinsurance and Self- Insurance; Retrospective Rating Plans; Captive Insurance Plans; Finite and Integrated Risk Insurance Plans; Capital Market Risk Financing Plans; Forecasting Accidental Losses; Self-Insurance Plans; and Purchasing Insurance and Other Risk Financing Services and Risk Financing Needs.

## Professional Development Course Study (Continued):

**Associate in Reinsurance:**

- Primary Insurance Coverage: Overview of Personal Insurance, Personal Auto, Homeowner's Insurance, Miscellaneous Personal Insurance Coverage, Commercial Property Insurance, Business Income Insurance, Inland and Ocean Marine, Aviation, Commercial General Liability, Commercial Auto, and Worker's Compensation and Employer's Liability Insurance.

- Reinsurance Principles and Practices: Introduction to Reinsurance, Types of Reinsurance and Reinsurance Program Design, The Reinsurance Placement Process, Common Reinsurance Treaty Clauses, Quota Share Treaties, Surplus Share Treaties, Property Per Risk Excess of Loss Treaties, Casualty Excess of Loss Treaties, Catastrophe Reinsurance, Aggregate Excess of Loss Treaties, Reinsurance Audits, Reinsurance Regulation, Reinsurance Aspects of the NAIC Annual Statement, and Reserves.

**Registered Professional Adjuster:**

- Claims Adjusting Principles and Practices Study: Insurance Carrier Claims Management and Third-Party Claims Administration, First & Third-Party Claims: Property, General Liability, Automobile Liability & Physical Damage, Workers' Compensation, Management Liability, Professional Liability, Errors & Omissions Liability, Fiduciary Liability, Surety & Fidelity Bond Claims, Aviation, Admiralty Law, Marine Employer's Liability, Protection & Indemnity Claims. The Concept of Indemnity; Wrongful Acts; Fair Claims Settlement Practices and Unfair Claims Settlement Practices.

**Reinsurance Association of America:**

- Re Basics - Demystifying Reinsurance: How reinsurance and insurance differ; The types and approaches to reinsurance coverage; Risk transfer and risk transfer requirements; The impact of a reinsurance transaction on insurance company financials; The types and features of different reinsurance contracts; How to structure a reinsurance program; The components of key Annual Statement schedules; How reinsurance is regulated; Contract clauses required for reinsurance credit; The role of alternative markets in reinsurance.

- Re Contracts – The Art of Designing Reinsurance Contracts:  the influence of the market on contract terms and the impact of specific contract clauses on finance, claims and underwriting operations. property/casualty reinsurance contracts from the perspective of the ceding company, the reinsurer and the intermediary; accounting implications of different contract clauses; Structure the contract to avoid gaps in coverage; contract satisfies risk transfer requirements.

## Professional Development Course Study (Continued):

### Cyber Risk Management:

- Managing Cyber Risk, Cyber Risk Fundamentals, Enterprise Risk Management & Cyber Risk, First-Party Cyber Risk Loss Exposures, Cyber Risk Property Loss Exposures, Business Income Loss Exposures, Customer Notification & Credit Monitoring following a Data Breach, Postbreach Investigation & Regulatory Action, Reputational Risk, Indirect Cyber Risks, Third-Party Cyber Liability Loss Exposures, Customer Data Liability, Network Security & Content Liability, Directors & Officers Cyber Liability Loss Exposures, Errors & Omissions Cyber Liability Loss Exposures, Risk Financing in Cyber Risk Management, Risk Retention & Risk Transfer, Cyber Insurance Products, Cyber Legal Liability, Business Continuity & Cyber Risk, Disaster Recovery Planning, Crisis Communication, Data Breach Preparedness, U.S. Federal & State Cyber Security Legislation & Regulation, Global Cyber Security, Personal Cyber Risk Awareness & Management, Cyber Risk Underwriting, Cyber Risk Issues for Agents & Brokers, Cyber Risk Claims Handling, Stakeholders in Cyber Risk.

### Principles of Suretyship:

- The Role of Suretyship, History of Suretyship, Suretyship, Insurance, and Banking, Nature of Surety Relationship, Surety Underwriting, Surety Legal Remedies, Surety Reinsurance and Co-Suretyship, Contract Surety Bonds, Surety Bond Production, Surety Credit Lines, Bond Underwriting: Commercial Surety and Fidelity, Underwriting Roles and Considerations, Credit Investigations, Credit Laws, Credit Reports, Bond Ratemaking, Suretyship and Insurance, Surety Association of America, Fidelity and Surety Claims Process, Contract Bond Claims, Claim Objectives, Fidelity and Surety Loss Adjusting, Surety Relationships, Professional Ethics, and Ethical Decision Making.

## Expert Publications and Public Interviews:

- Property & Casualty Insurance Procurement & Litigation (Ten Recurring Themes Every Lawyer Should Know) published in ten parts by HGExperts.com in October 2012. It has since been published within the Blog Sections of 86 Pillars, LLC, Expert Witness Blog published by JurisPro Expert Witness Directory) and Risk Consulting & Expert Services Expert Thought Blog.

- Workers' Compensation Underwriting Philosophy as Partnership Formation published in six parts on Risk Consulting & Expert Services Expert Thought Blog in April 2013 and has since also been published by Expert Witness Blog published by JurisPro Expert Witness Directory).

## Expert Publications and Public Interviews (Continued):

- The Insurance Industry's Imperative Necessity published in April of 2013 on Risk Consulting & Expert Services Expert Thought Blog.

- Captive Insurance Use by Life Insurance Companies published in June of 2013 on Risk Consulting & Expert Services Expert Thought Blog.

- Cyber Risk & Insurance (co-authored with Joy M. Gänder) published by the Court Journal of Science & Technology in June 2015.

- Commercial Property & Casualty Insurance – The Basics (PART 1) – Property Insurance published April 11, 2018 by Insurance Expert Witness Blog (www.insuranceexpertwitness.net)

- Commercial Property & Casualty Insurance – The Basics (PART 2) – Liability Insurance published May 4, 2018 by Insurance Expert Witness Blog (www.insuranceexpertwitness.net)

- Colorado Wildfires and Homeowners Insurance – A live interview on The Mandy Connell Show, KOA 850 News Radio, Denver, Colorado on June 12, 2018 and Podcast of show at koanewsradio.com.  Published recording and transcript June 27, 2018 on Insurance Expert Witness Blog (www.insuranceexpertwitness.net)

- Bad Faith: *Hard To Define But You Know It If You See It* – Presentation to the Mississippi Defense Lawyers Association and Mississippi Claims Association Annual Joint Seminar.  November 1, 2018 in Flowood, MS (Mississippi Defense Lawyers Association and Mississippi Claims Association Annual Joint Seminar Manual and on Insurance Expert Witness Blog (www.insuranceexpertwitness.net)

- California Wildfires and Homeowners Insurance - A live interview on The Gil Gross Show, KGO 810 News Radio, Oakland, California on October 28, 2019

- A.M. Best Webinar November 19, 2020 – The Entrepreneurial Agent/Broker Wrap-Up Session: Opportunities and Risks.  A panel of insurance brokerage, financial, risk and distribution experts review lessons of "The Entrepreneurial Agent/Broker" series and answer questions on growth opportunities, sector trends and assessing evolving risk. http://www.ambest.com/review/special/agent-broker.html

## Consulting Projects:

- Evaluation & Analysis of a specific insurance and risk management services provider involved with various alternative risk management and financing methods and techniques for an Investment Banking Firm – San Francisco, CA
- Evaluation & Analysis of a specific insurance and risk management services provider involved with fronting insurance policies for regulatory compliance purposes for a Hedge Fund – Stamford, CT
- Surety bond underwriting criteria Study for an Investment Firm – New York City, NY
- Insurance Marketing Distribution Systems Study for a Private Equity Fund - Boise, ID
- Market & Industry Evaluation of the Third-Party Claims Administrators and Managing General Agents for Management Consulting Firm – Boston, MA
- Wholesale Insurance Industry Study for Management Consulting Firm – Boston, MA
- Evaluation and Analysis of Financial Data Industry firms serving the Property & Casualty Insurance Industry for Private Equity firm – Austin, TX
- Evaluation and Analysis of trends within the Aggregate/Stop-Loss segment of the Insurance and Reinsurance Industries for Management Firm – New York City, NY
- Analysis of Legal Insurance for Management Firm – New York City, NY
- Third-Party Claims Administration Industry Study – Boston, MA
- Insurance Carrier Positioning & Trend Analysis Private Equity Firm – Boston, MA
- Risk Data & Analytics Products, Services for a Private Equity Firm – London, UK
- Agents in Insurance Marketing Distribution for Consulting Firm – Chicago, IL
- Insurance Market and Broker Evaluation Private Equity Firm – New York, NY
- Study on Risk Management Services Company to Private Equity Firm – Chicago, IL
- Insurance Industry Underwriting Cycles for Management Company – New York, NY
- Evaluation of Insurance Services Provider for Investment Manager – New York, NY
- Evaluation of Insurance Data Services for Investment Manager – Los Angeles, CA
- Special Flood Hazard Areas Study for Private Equity Firm – New York, NY
- Evaluation of Bermuda Reinsurance Market for Private Equity Firm – Boston, MA
- Managing General Agents Study for Investment Management Group – Dallas, TX
- Study on Wholesale Insurance Provider for Private Equity Firm – Los Angeles, CA
- Insurance Industry Risk Trends Study for Management Consulting Firm – Chicago, IL
- Risk Data Analytic Providers Study for Investment Management Firm – London, UK
- Insurance Agent Commissions Study for Management Consulting Firm – Boston, MA
- Insurance Fraud Trends Study Management Consulting Firm – Philadelphia, PA
- International Claims Adjusting Study for Investment Management Firm – Verona, Italy
- Captive Insurance Industry Study to Hedge Fund – San Francisco, CA
- Personal Automobile Insurance Study for Management Consulting Firm – Chicago, IL
- Insurance Services Purveyor Evaluation Private Equity Firm – Palo Alto, CA
- Insurance Distribution Systems Study to Management Consultants – Boston, MA
- Industry Product Development Study for Management Consultants – Mumbai, India
- Analysis of Force Placed Insurance Market to Hedge Fund – San Francisco, CA
- Wholesale Insurance Industry Study for Management Consultants – Boston, MA
- Workers' compensation services Study to Asset Management Firm – Palo Alto, CA
- Market Trends for National Brokerage Firms to Mutual Fund Manager – Dover, DE
- Property Valuation Information Study to Investment Firm – Englewood Hills, NJ

## Consulting Projects (Continued):

- International Claims Quality Study for Investment Banking Firm –Greenwich, CT
- Industry Review & Analysis to Private Equity Firm – San Francisco, CA
- Insurance & Reinsurance Market Analysis to Hedge Fund – New York, NY
- Insurance Brokerage Commissions Study to Technologies Company – New York, NY
- Risk Management Study for Investment Management Company – Chicago, IL
- Wholesale Insurance Industry Overview Security Analysts – New York, NY
- Broker Evaluation, Analysis & Advice to Mutual Fund Managers – Wilmington, DE
- Insurance Carrier Financial Analytics to Wealth Management Firm in New York, NY
- Acquisitions Advice to Mutual Fund Managers –Mumbai, India
- Risk Management Consulting to Municipal Government –Thibodaux, LA
- Industry Evaluation & Investment Advice to Hedge Fund –New York, NY
- Insurance Market Evaluation, Analysis to Private Equity Firm – Palo Alto, CA
- Excess & Surplus Insurance Study to Management Consultants – Pittsburg, PA
- Risk Management Products Study to Asset Management Firm – Boston, MA

## Professional Continuing Education:

**ARIAS-US 2020 Spring Conference** – Virtual – May 7, 2020

- Emerging Trends and Potential Disputes in Life Reinsurance
- COVID-19: The Reinsurance Response

**Alabama Captive Insurance Association 2020 Conference** – Birmingham, AL - September 16-18, 2020

- Why Alabama! (for Captive Insurance Companies)
  Health Care in Captives
- You adjusted WHAT?? (Alabama Property and Casualty Adjusters Association)
- IRS Amicus Brief & IRS Summons
- Alternative Risk Transfer 101 – Presenter, David Stegall
- Economic & Investment Update
- Intro to Insurance Investments
- COVID Impact on Claims
- The Rise of Risk Retention Groups in Today's Environment
- Cyber Security
- Ethics in Insurance

**ARIAS-US 2020 Fall Conference** – Virtual – November 5-6, 2020

- Impact of the Pandemic & the Insurance Industry
- Managing the Consolidation of Arbitrations - Issues and Guidelines
- Social Inflation: What Does It Mean to Cedents and Reinsurers?
- Exploring Dissenting Opinions by Arbitrators

9

- COVID-19 Insurance Coverage Case Law Developments
- Diversity, Equity, and Inclusion
- Representations and Warranties Insurance
- Cyber Snare? The Insurability of Regulatory Fines
- Ethics

**American Bar Association - Section of Tort, Trial Insurance Practices (TIPS**) - Phoenix, AZ – February 20-22, 2020

- Effective Use of Alternative Dispute Resolution in the Context of Complex Insurance Coverage Disputes
- Good Robot/Bad Robot – Does Insurtech in Underwriting and Claims Processing Help or Hurt the Insurance Consumer?
- Blockchain, Cryptocurrency and Insurance
- Recent Critical Coverage Decisions/Hindsight 2020: Looking Back at Key Insurance Developments and How They Impact Policyholders and Insurers
- Enhancements and Pitfalls in Insurance Coverage for Development Projects
- Trial of Insurance Bad Faith Claims
- The SIR Dilemma: When Does (And When Should an Excess Carrier Get Involved?
- D&O Coverage Issues

**ARIAS-US Intensive Arbitrator Training Workshop –** New York, NY November 6, 2019

- Ethics Responsibilities of Arbitrators
- Powers of Arbitration Panels
- Mock Arbitration
- Disclosures and Record-Keeping
- Effective Service as Arbitrator

**ARIAS-US –  Arbitrator & Umpire Seminar** - Brooklyn, NY October 2, 2019

*The Wild Wild West Of Discovery Disputes & Summary Adjudication*
- Scope of discovery:
- What type of standards do panels apply when considering discovery disputes?
- How does the panel consider allegations that certain discovery is irrelevant or, alternatively, that it is unduly burdensome?
- What are some effective ways to encourage parties to resolve these disputes themselves? The panel will weigh the pros and cons of granting motions to compel.
- Subpoenas:  When are subpoenas appropriate? What is the arbitrators' authority to issue subpoenas?
- Privilege disputes
- When are documents relating to claims-handling, settlement, and allocation protected by the attorney-client privilege versus discoverable as the business of insurance?
- How do arbitrators resolve a party's claims of privilege?
- Summary Adjudication
- The efficacy of motions for summary adjudication:  before discovery commences; after discovery but before the hearing.

*"Mixology 101" – Documents, Witnesses & The Science Of Persuasion*
- When prescient witnesses are unavailable, what is the best way to present evidence to the panel? The panelists will discuss the use of other fact witnesses and quasi-expert testimony.
- Do preferences change in cases involving legacy business? Should they?
- Resolving the tension between parties wishing to present streamlined cases and panels needing to hear sufficient evidence to identify and fully explore the issues.
- How do arbitrators' prior experiences affect their decision-making? To what extent do these experiences constitute "bias?"

*Is Compromise A Four Letter Word?  What Transpires In Deliberations & The Issuance Of Awards*
- What happens during deliberations.
- Do compromise awards occur often, too often, or not often enough? How do participants react to such a compromise? Does it matter if it is a principled compromise?
- When is it appropriate to dissent and should umpires view a dissent as a good, bad, or indifferent?
- Do all litigated issues need to be addressed in the award?
- How much negotiation goes into the wording of the award? Is dialogue on the topic encouraged?
- Whether in-person deliberations (versus emails) are necessary when motions to clarify awards are filed.


**ARIAS-US 2019 Fall Conference** - Brooklyn, NY October 3-4, 2019

- Rules For the Resolution of Insurance and Other Contract Disputes
- Effectively (and ethically) Marketing, Evaluating, and Selecting Arbitrators in a Changing World
- U.S. Regulation is Generating More Flexibility for Transactional and Legacy Deals – The Who, What, Where, Why, and How of Insurance Division and Business Transfer Laws
- Effective Mediation Strategies for Insurance and Reinsurance Disputes
- Confidentiality — Does It Still Exist? Should it?


**Society of Risk Management Consultants (SRMC) Spring 2019 Conference –** Chicago, IL April 4, 5 & 6, 2019

- Pros and cons of traditional construction bonds or SDI Programs
- Cryptocurrencies, Blockchain and Insurtech
- Blockchain and the Insurance Industry
- Management of Risk in a Fintech world

**ARIAS-US Spring 2019 Conference –** Palm Beach, FL April 8, 9 & 10, 2019

- Reinsurance for Cannabis-Related Business: A Business Opportunity, or Risk?
- The Intersection between Catastrophic Loss and the Regulatory Response
- Alternative Capital Mechanisms and Implications for the Insurance/ Reinsurance Market Place and for Dispute Resolution
- Unconscious Biases:  The Uninvited Arbitration Guests
- Revisiting the Use of Experts in Arbitration.
- Legal and Regulatory Implications of Artificial Intelligence (AI)
- When the Walls Come a Crumblin' Down: Current Issues in Determining Reinsurance Liability in Construction Defect Cases

**Alabama Captive Association 2019 Conference** – Orange Beach, AL - September 26-28, 2018

- Risk Retention Groups in Alabama
- High Risk Coastal Property Insurance
- Self-Regulation Organization for the Captive Insurance Industry
- 831 (b) Captives Changes: The PATH ACT
- Micro-captives Continue on IRS "Dirty Dozen" list
- New Tax Forms for Captives
- 953(d) Captives – Avoiding the Tax Avoidance Implications
- Alabama Property and Casualty Adjusters Association
- CICA – Captive Insurance Companies Association – Highlights
- Common Cyber Security Myths
- Captive Financial Management - Everything I Needed to Know About Investing, I Learned in Kindergarten

**Society of Risk Management Consultants (SRMC) Fall 2018 Conference –** Austin, TX November 1, 2 & 3, 2018

- Tall Building Crises: Risk, Reliance Readiness, Recovery
- Parametric Insurance – The Insurance of Tomorrow
- Management Liability: Directors & Officers Liability, Errors & Omissions Liability, Cyber Liability, Mergers & Acquisitions, Fiduciary Liability, Crime, Employment Practices Liability
- Business Interruption Insurance
- A Release Does Not Preclude Liability for Gross Negligence

**ABA - Section of Tort Trial Insurance Practices (TIPS) - Fidelity & Surety Law Committee Conference** - Santa Fe, NM May 10-11, 2018

- The Complex Surety Claim: Investigation and Managing a Claim
- Managing Complex Claims and Litigation Against Principals and Indemnitors
- Navigating Complex Claims and Litigation with the Obligee
- The Surety's Rights and Potential Recourse Against Third Parties
- The Surety's Rights Against Property and Liability Insurers of the Obligee, Principal, and Subcontractors
- Proving and Defending Claims Related to the Quality of Work
- Proving and Defending Time Impact Claims
- E-Discovery, Document Management, and Discovery Disputes
- Arbitrating the Complex Surety Case
- Understanding and Avoiding Ethical Complications in Complex Disputes and Protecting Privileged Communications and Documents
- Navigation In and Around Bankruptcy
- Proving and Defending Damages

**ABA Section of Tort, Trial Insurance Practices (TIPS)** - Phoenix, AZ – February 22-24, 2018

- Managing the Catastrophic/Complex Case from Coverage to Conclusion
- Regulatory Impacts on Insurance Coverage
- Emerging Trends and New Challenges in Directors' and Officers' Professional Liability
- The Impact of the Trump Administration on Coverage and the Insurance Industry
- International Alternative Dispute Resolution and Mediation
- The Top Ten Coverage Decisions of 2017: Their Impact and Implications in the Future
- Contingent Business Interruption Coverage
- Insurance Policy Archeology – How to Prove the Existence and Contents of a Lost Policy
- The Restatement and Expanding Bad Faith by Calling it Something Else
- The Rights and Duties of Insurers in Complex Claims when there are Low Limits, High Damages, Multiple Claimants and Multiple Insureds
- Medical Professional Liability Insurance Trends
- The Role of the Attorney During the Adjustment of a Claim
- The Three R's of Cyber Readiness: Resilience, Risk and Response
- Reasonable Settlements, Stipulated Judgments and Primary and Excess Insurers
- Resurgence of Vapor Intrusion, Radon and Other Pollution Exclusion Issues
- Employment Practices Liability Coverage and Claims Trends

**SRMC Spring 2018 Conference –** Denver, CO April 23-24, 2018

**American Institute of Architects (AIA) Document Drafting and Revision Process**

- AIA Drafting Process
- AIA Revised Forms
- AIA Insurance Exhibit
- General Contract Risk Transfer Goals
- General Liability Insurance
- Contractor's Insurance Requirement
- Deductibles, Self-Insured Retentions
- Additional Insureds
- Builders Risk Insurance
- Professional Liability
- Cyber Insurance
- Drone Insurance

**Supply Chain (Transport & Storage) Environmental Risks**
- Bill of Ladings
- Hazardous Materials
- Third-Party Transporters
- Counterparty Risk
- Duties/Rights of Common Carriers
- Duties/Obligations of Commodity
- Interest to Commercially Available Insurance
- Insurance Coverage Analysis and Emerging Trends

**Technology Insurance Overview**
- Computer Forensics
- Data Breach Notification
- Call Center Services, Credit and ID Monitoring
- Expert Legal Counsel
- Public Relations
- Social Engineering
- Email Inducement
- Standard Tech E&O Policies,
- Iindemnification Coverage Determined by Contractual Liability Defense

**Today's Cannabis Economy - Risk Management in the 10th Amendment Economy - High Risk, High Opportunity**

- Factors That Make a Cannabis Business Successful
- Common Mistakes as Cannabis Businesses Grow
- Potential Coverage Gaps or Omissions
- Cannabis Insurance Marketplace Today

**SRMC 2017 Fall Conference -** Baltimore, MD October 19-21, 2017

- Cyber Security Testing
- The Safety Act: How to obtain immunity for Terrorism Liability
- Risk and Insurance Issues Involving Drone Use in Construction Activities
- Railroad Risk & Insurance
- Aircraft Fractional Ownership Risks
- Environmental Insurance & Technology
- National Trust Properties and Insurance

**Alabama Captive Association 2017 Conference** – Birmingham, AL - September 18-19, 2018

- Captives 101
- Long-Term Sustainability of Risk Retention Groups (RRG's)
- Choosing a Captive Domicile
- IRS vs Captives
- Cyber Security: Myths and Truths
- Employee Benefits for Captives

**SRMC 2017 Spring Conference** - Nashville, TN – April 20-22, 2017

- Complex Claim Adjustment Process
- Cyber Insurance Product Development
- Enterprise Risk Management & Captive Insurance Companies
- The Challenges in Surplus Lines Policy Forms
- Cyber Loss Data Development

**American Association of Insurance Management Consultants Annual Conference** – Seattle, WA - April 27-29, 2017

- Property Appraisals & Claim Settlements
- Insurance Industry Commoditization & Disruption – Fact or Fiction?
- Shareholder Agreements in Agency Succession Planning
- Choosing, Carefully, Your 30(b)(6) Witness
- Elements of Change Within the Insurance Industry
- Ethical Standards in the Insurance Industry

**ABA Section of Tort, Trial Insurance Practices (TIPS)** - Phoenix, AZ – February 23-25, 2017

- American Law Institute's Restatement of the Law of Liability Insurance
- Historical Reflection on Coverage Litigation over the past 25 years
- Claim & Notice Issues Under D&O and E&O Policies
- Unlocking Mediation with Insurance Coverage
- Legalized Marijuana: Ethical & Insurance Coverage Implications of Risk & Insurance for Cannabis-Related Operations
- Ethical Considerations in Preparing Expert Witness to Testify at Depositions & Trials in Insurance Coverage Cases
- Primary versus Excess Insurer Rights and Risks
- Indemnity versus Insurance: What Remedy Prevails?
- Discoverability of Communications Between Insurers and Reinsurers
- Rescission of Insurance Policies
- The "Occurrence" Issue in Construction Defect Litigation
- Allocation Jurisdictions and What They Mean for Policyholders and Insurers

**SRMC 2016 Fall Conference** –Montreal, Quebec, Canada – October 26-28, 2016

- Cyber Insurance & Risk Management
- National Flood Insurance Program
- Disgorgement Defense
- Environmental Insurance & Technology

**SRMC 2016 Spring Conference** –Atlanta, GA – April 7-9, 2016

- Keeping Current with Captives
- Product Recall Insurance
- Owner's Protective Professional Indemnity
- Risk Analytics

**ABA Section of Tort Trial Insurance Practices** (TIPS) - Phoenix, AZ - March 17-20, 2016

- Representing the Carrier Client in the Age of Reptile Advocacy
- Coverage Attorney as Accomplices in Bad Faith
- Cyber Liability Insurance Coverage Issues
- The Producer's Intriguing Role in Coverage Disputes
- Latest Developments in E&O Coverage and Claims
- Mid-Construction Losses: The Intersection of Liability and Builders Risk Coverage
- Drone Away: Bombs, Photographs, Pizzas, Hearts and Headaches  )
- The London Market: Navigating the Underwriting and Claims Process
- Habitational Mass Torts: A Case Study in Coverage, Litigation and Settlement
- Insurance Transfer in Asset Deals/Stock Deals
- Additional Insured Endorsements and Priority of Coverage

**Tennessee Captive Insurance Company Conference** – Nashville, TN - November 17-18, 2015

- Self-Insured Work Comp Group vs. Group Captive
- Cyber Risk:  How to Manage, Mitigate and Finance Cyber Liability
- Securities, Corporate Governance, Legal Issues and Captive Board Membership
- Managing Both Sides of the Captive Balance Sheet
- Employee Benefits and Captive Insurance Companies
- Single Parent Risk Retention Groups
- Fronting and Reinsurance
- Federal Captive Taxation

**ABA Section of Tort Trial Insurance Practices (TIPS) - Fidelity & Surety Law Committee Conference** - Washington, DC - November 4, 2015

- Crime Policy forms – Old & New
- Commercial Crime Insurance Marketplace
- Computer Fraud & Electronic Coverage Insuring Agreements
- Ownership Provisions & Third-Party Losses
- High Tech Crimes
- Employee Dishonesty Claims – Manifest Intent & Theft
- Loss & Causation
- Cyber Crime & the Insurance Market
- Discovery of Loss & Claim Triggers
- Notice & Proof of Loss
- Rescission vs Assertion of Defenses
- Importance of Employee Definition
- Limits of Liability – Loss Limits & Aggregates
- Insuring Agreements - Forgery, Alteration & Premises
- Current Trends in Subrogation
- Trends in Financial Crimes & High-Tech Fraud
- Claims Litigation & Bad Faith Assertions

**SRMC 2015 Fall Conference** – Newport Beach, CA - October 15-17, 2015

- Habitational Real Estate and Construction
- Marine Insurance
- Information Technology and Cyber Security for Small Businesses
- Global Perspective & New Developments in Cyber Security
- Employment Law & Employment Practices Liability

**David L. Stegall, CPCU, ARM, ARe, RPA**

**Trial & Deposition Testimony (including all Case Assignments**

| | | 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 160 | Coppertree Village v AmW NS | Broker E&O | Open | 2021-Retained | | | Circuit Court for Jefferson County  Alabama | Defense | Kessler Collins  Dallas TX |
| 159 | Aspen American v Starr  ndemnity | Excess Limits & Self- nsured Retentions | Open | 2021-Retained | | | Supreme Court of the State of New York  New York County | Dense | Ford Marrin Esposito Witmeyer & Gleser  New York NY |
| 158 | Lloyd's v MKC | Policy Rescission | Open | 2021-Opionion | | | Circuit Court of the 15th Judicial Circuit  Palm Beach County  FL | Defense | Gilbert Property Law  Delray Beach  FL |
| 157 | Franklin County v State Farm | Agent E&O | Open | 2021-Retained | | | U S District Court for the Northern District of Alabama Northwestern Division | Plaintiff | Kendall & Strictland Montgomery  AL |
| 156 | Cascade v Knapp | Agency E&O | Open | 2021-Opinion | | | Montana First Judicial District Court  Lewis & Clark County | Defense | Corette  Black  Carlson & Mickelson  Butte  MT |
| 155 | RPG v  ronshore | Policy Reformation | Open | 2021-Opinion | | | Superior Court of Richmond County  State of Georgia | Defense |  senberg & Hewitt Atlanta  GA |
| 154 | Aung v GE CO | Uninsured/Under- nsured Motorist Protection - ECO Claim | Open | 2021-Report | | |  n The Court of Common Please  14th Judicial Circuit State of South Carolina County of Beaufort | Defense | Barnwell Whaley Patterson & Helms Charleston SC |
| 153 | Atlanta  nt'l v Johnson & Johnson | Confidentiality Stipulation | Open | 2021-Retained | | | Superior Court of New Jersey  Law Division Middlesex County | Defense | Gimigliano Mauriello & Maloney Morristown  NJ |
| 152 | Superior Motors v Welsh Agency | Agent E&O | Closed | 2021-Opinion | Deposition March 9  2021 | |  n the Circuit Court for Harford County  State of Maryland | Defense | Eccleston & Wolfe Hanover  MD |
| 151 | Harbison v Nationwide | Homeowners Claim Dispute | Closed | 2021-Report | Deposition February 9  2021 | |  n the Circuit Court of Jefferson Conty  Alabama | Defense | Carr Allison Birmingham  AL |
| | | 2020 | | | | | | | |
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 150 | Zachery v AON | Broker E&O regarding D&O | Open | 2020-Retained | Deposition May 21  2021 | | District Court of Harris County  Texas  189th Judicial District | Defense | Foley & Lardner Houston TX |
| 149 | Genesisi v Safety National | Excess Comp  Claim & TPA | Open | 2020-Retained | | | Court of Common Pleas Montgomery County  Ohio | Plaintiff | Genova Burns Newark  NJ |
| 148 | Lloyds v Sage Sailing | MSJ on Claim Denial | Open | 2020-Report | | | U S District Court for the District of South Carolina | Plaintiff | Phelps Dunbar Tampa  FL |
| 147 | MRK  vey's Hotel v  nsurance Office of America | Agency E&O-Wind Driven Rain | Open | 2020-Retention | | | General Court of Justice Superior Court Division  State of North Carolina  County of Mecklenburg | Defense | The Forrest Firm Charlotte  NC |
| 146 | Broussad v GeoSpace | Asbestos Contamination | Closed | 2020-Report | | | 19th Judicial District Court-Parish of East Baton Rouge-State of Louisiana | Defense | Guillory & McCall Lake Charles  LA |
| 145 | Paulus v Allstate | Bad Faith Claims Handling | Open | 2020-Report | | | U S District Court-Eastern District of Washington | Defense | Haman Law Office Coeur d'Alene  D |
| 144 | F&D v Goran v Wasatch Leavitt | Ageny E&O/Principles  ndemnity to Surety | Open | 2020-Report | | | U S District Court-District of Utah-Central Division | Defense | Ray Quinney & Nebeker Salt Lake City  UT |
| 143 | Arch v Koch | Property Excess Claim Denial | Open | 2020-Retained | | | U S District Court for Northern District of  llinois | Defense | Quarles & Brady Milwaukee  W |
| 142 | Hiscox v Taylor | Policy Recission | Open | 2020-Report | | | U S District Court-Western District of Arkansas | Plaintiff | Walker Wilcox Matousek Chicago  L |
| 141 | Alchemy v The Pro's | Agency E&O | Open | 2020-Retained | | | Monroe Circuit Court  State of  ndiana-County of Marion | Plaintiff | Dentons Bingham Greenebaum  ndianapolis  N |

| | Trial & Deposition Testimony (including all Case Assignments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 140 | Greco v N A | Surety Bond Producer E&O | Closed | 2020-Report | | | U S District Court-Eastern District of Pennsylvania | Defense | Lewis Brisbois Bisgaard Philadelphia PA |
| 139 | Top Class Hospitality v AmGUARD | Bad Faith Claim Denial | Closed | 2020-Report | | | U S District Court for the Western District of Texas | Defense | Locke Lord Austin TX |
| 138 | nsurance Shoppe v Liberty Mutual | Property Underwriting & Agency E&O | Open | 2020-Report | Deposition March 25  2021 | | U S District Court  Eastern District of North Carolina | Plaintiff | Hunton Andrews Kurth Washington DC |
| 137 | Brosamer & Wall v XL Catlin | Application Misrepresentation & Claim Handling Bad Faith | Closed | 2020-Report & Rebuttal | | | U S District Court  Northern District of California | Defense | Duane Morris San Francisco CA |
| 136 | Stone v MJ Kelley | E&S Broker E&O | Closed | 2020-Opinion | | | n the District Court for Leflore County  State of Oklahoma | Defense | Cozen O'Conner Chicago  L |
| 135 | Axis v Ameican Specialty | Confidentiality Stipulation | Open | 2020-Retained | | | U S District Court  Northern District of ndiana  Fort Wayne Division | Plantiff | Faegra Drinker Biddle ndianapolis  N |
| 134 | James v Nationwide | Homeowners Property Damage Claim Dispute & Ageny E&O | Open | 2020-Report | | | n the Circut Court of Jefferson Conty  Alabama | Defense | Carr Allison Birmingham  AL |
| 133 | Cosetine v Farmers  nsurance | Agency E&O | Open | 2020-Report | | | n the Court of Common Pleas of Lycoming County State of Pennsylvania | Plaintiff | The Waffenschmidt Law Firm South Williamsport  PA |
| 132 | Vantage v Assured Risk | Captive Cell Reinsurance Recovery | Open | 2020-Report | Deposition March 13  2020 | | U S District Court for the District of Columbia | Plaintiff | BLANKROME Washington  DC |
| 131 | HECLA v Transamerica | CERCLA Pollution Legacy Claims | Open | 2020-Report | | | U S District Court for the District of  New Mexico | Plaintiff | Maldegen  Templeman Santa Fe  NM |
| 130 | Central Crude v Liberty Mutual | Pollution Claims Dispute | Open | 2020-Report | | | U S District Court for the Western District of Louisiana | Plaintiff | Lundy  Lundy  Soileau Lake Charles  LA |
| | **2019** | | | | | | | | |
| 129 | Austin Place v Spurlin | Named  nsured Deletion from Policy | Closed | 2019-Retained | | | State of Alabama 64th Judicial Court  Tuscaloosa County | Plaintiff | Zeena Hust Summerford-Tuscaloosa  AL |
| 128 | Ambassador v Georgia-Pacific | Defense Cost Payment by Excess Carrier | Closed | 2019-Report | | | State of Vermont  Vermont Superior Court  Washington | Defense | Barnes & Thornburg Atlanta  GA |
| 127 | Fortegra v C C | MGA  E&O | Open | 2019-Report | | | Arbitration- Jacksonville FL | Plaintiff | Holland & Knight Tallahassee  FL |
| 126 | Church Creek v  OA | Alleged Agency E&O-Faulty Workmanship Claim | Closed | 2019-Report | | | U S District Court for the District of South Carolina | Defense | Wilkes Law Firm Charleston  SC |
| 125 | Vogel v Universal | Underwriting  Claim Denial & Agency E&O | Open | 2019-Report | | | U S District Court for the District of Puerto Rico | Defense | Casillas Santiago Torres San Juan  Puerto Rico |
| 124 | Garcia-Navarro v Bella Union | Liability Claims Denial w/ Bad Faith Allegations | Open | 2019-Report | | | U S District Court for the District of Puerto Rico | Defense | Bufete Andréu & Sagardía San Juan  Puerto Rico |
| 123 | Univar v  COP | Confidentiality Stipulation | Open | 2021-Report | Deposition February 15  2010 | | n the Superior Court of the State of Washington in and for King County | Plaintiff | Gordon Reese Sculley Seattle  WA & Hughes Socal Piers Chicago  L |
| 122 | City of Las Cruces v Travelers | Legacy Pollution Coverage Dispute | Open | 2019-Report | | | U.S. District Court for the District of  New Mexico | Plaintiff | Comeau Maldegen Santa Fe  NW |
| 121 | Mount Vernon v Hilb Group | Agency E&O - Failure to Procure | Closed | 2019-Opinion | Deposition June 10  2019 | | Circuit Court of Jefferson County (Bessemer Division) Alabama | Plaintiff | Beasley  Allen Montgomery  AL |
| 120 | Wireless v Lockton | Agency E&O-Failure to Procure | Closed | 2019-Opinion | Deposition February 6  2020 | | Circuit Court of Jackson County  Missouri at Kansas | Plaintiff | Edgar Law Firm Kansas City  MO |
| 119 | Great American v Williamson | Agency E&O - Agency Practices-Failure to Procure | Closed | 2019-Report | | | U S District Court-Middle District of Florida | Plaintiff | Farah & Farah Jacksonville  FL |
| 118 | Rock Hill v Southeastern Cheese | Pollution Policy Rescission | Open | 2019-Report | Deposition May 21  2019 | | U S District Court-Southern District of Alabama | Defense | Barze Taylor Noles Lowther Birmingham  AL |
| 117 | National Unity v Tejas Sugos | Underwriting & MGA Responsibilities | Closed | 2019-Retained | | | Arbitration-Austin TX | Defense | Lewis Brisbois Dallas  TX |
| 116 | Jarvis v ChandlerTaylor | Captive  nsurance Manager Acquisition Dispute | Closed | 2019-Report | | | U S District Court  Middle District of Alabama | Defense | Gipan Givhan Montgomery  AL |

| | Trial & Deposition Testimony (including all Case Assignments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 115 | Wolfe v Allstate | Claim Adjudication Practices | Open | 2019-Report | Deposition Febuary 24 2020 | | U S District Court District of daho | Defense | Haman Law Office Coeur d'Alene  D |
| 114 | Phoenix Restoration v Liberty Mutual | Claim Adjudication Practices | Closed | 2019-Report | | | Superior Court - District of Columbia | Plaintiff | Gregory S Smith - Washington DC |
| 113 | CNA v Huber | Retro Audit Dispute | Open | 2019-Report | Deposition August 22 2019 | | U S District Court District of New Jersey | Plaintiff | Bressler Avery - Florham Park NJ |
| 112 | New Dominion v Tedford | Earthmovement  Fracking & Agency E&O | Open | 2019-Retained | | | District Court for Tulsa County  State of Oklahoma | Defense | Conners & Winters - Tulsa OK |
| 111 | Highlands Condos v Owners | Property Underwriting & Agency E&O | Open | 2019-Opinion | | | Sevier County Circuit Court State of Tennesse | Defense | Kay Griffen - Nashville TN |
| | **2018** | | | | | | | | |
| 110 | Utica v Cincinnatti | Property Underwriting & Agency E&O | Closed | 2018-Report & Rebuttal | Deposition January 15 2019 | Arbitration Februay 10 2019 | U S District Court Eastern Disticy of Pennsylvania | Plaintiff | Hunton Andrews Kutrh - Washington DC |
| 109 | Crace v ProAssurance | Medical Mal-Practice Liability  nsurance Policy Market & Underwriting | Open | 2018-Opinion | | | Commonwealth of Kentucky Floyd Circuit Court | Plaintiff | Whiteford  Taylor & Preston - Lexington KY |
| 108 | SRM v C C | Usual & Customary Practices of Captives | Open | 2018-Report | Deposition March 6 2019 | Arbitration March 24 2019 | n the State Court of Fulton County  State of Georgia | Plaintiff | Graddy Law Atlanta GA |
| 107 | Tower Hill v Ewing  Blackwelder & Duce  nsurance | Agency E&O - Agency Practices - Underwriting Authority & Responsibility | Closed | 2018-Opinion | | | State of Florida-Judicial Circuit for Polk County | Plaintiff | Hill  Rugh  Keller & Main Orlando FL |
| 106 | Winterrowd v Hartford & Freeway | Flood  nsurance - Condos  Ageny E&O | Closed | 2018-Report | | | U S District Court  Middle District of Florida  Tampa Division | Plaintiff | Perenich Caufield Avril Clearwater FL |
| 105 | Wimbish v Nationwide | Rescission Claim Rebuttal | Closed | 2018-Report | | | U S District Court for the Eastern District of Virginia Norfolk Division | Plaintiff | Norriss & St  Clair Virginia Beach VA |
| 104 | New Miiennium v ACE | Pollution-Confidentiality Stipulation | Open | 2018-Report | Deposition April 25 2019 | | Supreme Court of the State of New York  County of Nassau | Defense | Cohn Baughman & Serlin Mt Laurel NJ |
| 103 | Swiss Re v Camarin Ltd | Reinsurance Rescission for Material Misrepresntation | Closed | 2018-Report & Rebuttal | Supreme Court Dialectic Testimony August 15 2019 | | British Columbia Supreme Court  Vancouver British Columbia Cananda | Plaintiff | Fasken Martineau DuMoulin Vancouver  British Columbia Canada |
| 102 | Southwest Surplus v  nsGroup | Agency E&O - Failure to Procure | Closed | 2018-Opinion | | | District Court of Harris County  Texas | Plaintiff | Buck Keenan Houston TX |
| 101 | Herr Construction v Cincinnatii | Defense of bad faith allegations against insurance company as to the decision to deny a claim | Closed | 2018-Report | | | Waukesha County Circuit Court  State of Wisconsin | Defense | Litchfield Cavo Brookfield  W |
| 100 | Alabama Municipal  nsurance Company v Thomas | Underwriting perspective on sovergn immunity and the effect on insurance premiums for municipalities | Closed | 2018-Opinion | | | Circuit Court of Jefferson County  Alabama | Plaintiff | Balch Bingham Birmingham AL |
| 99 | Begley Lumber v Van Meter | Agency E&O - Agency & Underwriting Practices | Closed | 2018-Opinion | Deposition June 15 2018 | | Commonwealth of Kentucky Laurel Circuit Court | Defense | Broderick & Davenport - Bowling Green KY |
| 98 | American Casualty v Stone | Business  nterruption  Usual & Cusomary Practices of Claims  nvestigation | Closed | 2018-Opinion | | | Superior Court of California County of Los Angeles Southest District | Plaintiff | Haman Law Office Coeur d'Alene  D |
| 97 | Vertex Energy v Assuance Agency & A G | Failure to pay Lender's Loss Payee on claim and Agency E&O | Closed | 2018-Report & Rebuttal | Deposition April 20 2018 | | U S District Court Northern District of  linois | Plaintiff | Reinhardt Boerner Van Deuren Milwaukee  W |
| 96 | American Ace v Chauvet | Property  nsurance Claim Dispute as to Additional  nsureds  loss Payees & Subrogation | Closed | 2018-Report | | | Fifth Circuit Court for Davidson County Tennessee at Nashville | Defense | Leitner Williams Chattanooga TN |

**Trial & Deposition Testimony (including all Case Assignments**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2017** | | | | | | | | |
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 95 | Ryan v Country Mutual | Failure to Procure - Agent E&O | Closed | 2017-Opinion | | | Fourth Judicial Circuit Chrisitan County  L | Plaintiff | Stone Leyton & Gershman St Louis MO |
| 94 | [U S Corporate Taxpayers] v  RS Commissioner | ssues surrounding Captive  nsurance Companies & Reinsurance Practices | Closed | 2017-Retained | | | U S Tax Court  Washington D C | Plaintiff | Chamberlain  Hrdlica & Autrey Atlanta  GA |
| 93 | Catlin Syndicate v Ramugi | Underwriting Misrepresentation & Rescission | Closed | 2017-Report | | | U S District Court for the Northern District of Alabama | Plaintiff | Phelps Dunbar Houston  TX |
| 92 | Alabama One Credit Union v Cumis  nsurance | Underwriting Misrepresentation & Rescission | Closed | 2017-Report | Deposition December 18 2017 | | U S District Court for the Northern District of Alabama | Defense | Dentons Atlanta GA & Balch Bingham Birmingham AL |
| 91 | United States Surety v Burt | Surety Bond Personal  ndemnity and Agency E&O | Open | 2017-Opinion | Deposition July 14 2018 | | Circuit Court for Baltimore County Maryland | Defense | Goldberg & Banks Baltimore Maryland |
| 90 | Guarantee  nsurance v Cornerstone | Workers' Compensation Claims Adjudication & Audit Dispute | Closed | 2017-Report | | | U S District Court - District of New Jersey | Plaintiff | Winget Spadafora & Schwartzberg New York City  NY |
| 89 | Custom Mechanical v AF CA | Agency E&O - Failure to Procure Workers' Compensation  nsurance | Closed | 2017-Report | Deposition January 9 2018 | | U S District Court for the Southern District of  ndiana | Plaintiff | Bingham Greenebaum Evansville  N |
| 88 | Berman Bros v Harmon- Dennis-Bradshaw | Agency E&O - Failure to Procure Equipment Breakdown Coverage | Closed | 2017-Opinion | Deposition July 12 2017 | | State of Alabama  Circuit Court of Jefferson County | Defense | Lloyd Gray Whitehead Birmingham AL |
| 87 | Marion Bank v Marion  nsurance Agency | Agency E & O - Falure to notify client of insurance carrier insolvency | Closed | 2017-Opinion | Deposition August 4  2017 | | State of Alabama  Circuit Court of Perry County | Plaintiff | Bradley  Arant Birmingham AL |
| 86 | Hanover v Avalon | Agency E & O - Misuse of Surety Bond Authority | Closed | 2017-Report | Deposition December 13 2017 | | U S District Court for the District of Connecticutt | Defense | Marco & Sitaras New York City  NY |
| 85 | Creative  insurace Managers v SC | Dispute regarding  nsurance Service Fees in a Program Mgt | Closed | 2017-Report | Deposition April 1 2017 | Arbitration July 20 2017 | CFJB Arbitration - Atlanta  GA | Defense | Hawkins Parnell Thackston Atlanta GA |
| 84 | Ultratec v Brittan-Gallagher | Agency E & O - Failure to Procure Approriate Employers Liabilty | Closed | 2017-Report | | | U S District Court for the Northern District of Alabama | Plaintiff | Maynard  Cooper & Gale Birmingham  AL |
| 83 | Cable Broadband v Depositors  nsurance Company | Property  nsurance Underwriting & Placement Usual & Customary Practices & Rescission | Closed | 2017-Report | Deposition May 19 2017 | | U S District Court for the Northern District of Georgia | Plaintiff | MBW Law Atlanta  GA |
| 82 | South Fifth Towers v Aspen  nsurance | Property  nsurance Underwriting & Placement Usual & Customary Practices & Rescission | Closed | 2017-Report | | | U S District Court-Western District of Kentucky | Plaintiff | Eddines Domine Louisville  KY |
| 81 | Midwest Commercial Funding v Cincinnati Specialty Underwriters | Property  nsurance Usual & Customary Practices  Force-Placed coverage Mortgagee interest & Rescission | Closed | 2017-Report | | | U S District Court for the Eastern District of Wisconsin | Defense | Litchfield Cavo Brookefield  W |
| 80 | Southern  nsurance v Travelers | Property Underwriting Usual & Customary Pratices | Closed | 2017-Report | | | U S District Court for the Northern District of Alabama | Defense | Ely & Eisenburg Birmingham  AL |
| 79 | Corradi v Forest Agency | Agency E&O Usual & Customary Practices | Closed | 2017-Report | | | U S District Court for Western District of Virginia | Defense | Eccleston & Wolf Fairfax  VA |
| 78 | Wellons v Eagle Valley Clean Energy | Property Underwriting | Closed | 2017-Report | | | U S District Court - Colorado District | Defense | Campbell  Latiolas & Averbach Denver  CO |
| 77 | Vertical Earth v Yates  nsurance Agency | Agency E&O - Claim Notification Dispute | Closed | 2017-Opinion | Deposition April 1 2017 | | State of Georgia  Superior Court of DeKalb County | Defense | McRae Bertschi & Cole Dunwoody  GA |
| 76 | Allegheny/ F C v Titanium Builders | Surety Bond Discharge | Closed | 2017-Report & Rebuttal | | | U S District Court - District of Arizona | Plaintiff | Snell & Wilmer - Phoenix  AZ |
| 75 | Brown v Millville Mutual | Agency E&O - Homeowners vs Farmowners Policy | Closed | 2017-Report | | | State of Pennslvania  Court of Common Pleas | Plaintiff | The Waffenschmidt Law Firm South Williamsport  PA |
| 74 | Auto-Owners v Morris | DSJ on Agency E&O & Uninsured Motorist Claim | Closed | 2017-Report | Deposition March 6 2017 | | U S District Court Northen District of Alabama | Plaintiff | Belt & Bruner - Birmingham AL |
| 73 | Century 21 v Partners & Brown & Brown & A G | Agency E&O regarding Retroactive Date of policy & bad faith on carriers failure to pay claim | Closed | 2017-Report | Deposition July 19 2017 | Trial August 28 2017 | State of Hawaii -  First Circuit Court | Defense | McCorrister  Miller  Mukai Honolulu  H |
| 72 | Jaudon v Guardian Life | Agent Commission Dispute | Closed | 2017-Opinion | | | State of Mississippi  Circuit Court of Hinds County | Plaintiff | Carson Law Group Jackson MS |

**Trial & Deposition Testimony (including all Case Assignments**

| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
|---|-----------|-------|--------|-----------|-----------|-------|-------|-----|----------|
| | | | | **2016** | | | | | |
| 71 | Riverport nsurance v Horizon Human Services | DSJ regardng Claim Denial & Underwriting Practices | Closed | 2016-Report | | | State of Arizona County of Maricopa | Plaintiff | Polsinelli Phoenix AZ |
| 70 | Whiting-Turner v KPS | Agency/Broker E&O & usual & cusomary practices of Surety Bonding | Closed | 2016-Report | | | U S District Court Clark County NV | Defense | Murchason-Cummiming Las Vegas NV |
| 69 | Sinclair-Laws v Chen | Usual & cusomary practices of Personal Automobile Underwriting | Closed | 2016-Report | Deposition October10 2016 | Trial October 24 2016 | State of California County of Los Angeles | Defense | Ford Walker Haggerty & Behar Long Beach CA |
| 68 | Owner's nsurance v Warren Mechanical | Underwriting Practices Misrepresentation & Rescission | Closed | 2016-Report | Deposition November 29 2016 | | U S District Court District of South Carolina | Plaintiff | Wall Templeton Charleston SC |
| 67 | Parkview Gardens v Owners nsurance | Underwriting Practices Misrepresentation & Rescission | Closed | 2016-Report | Deposition January 9 2018 | | State of Colorado District Court Boulder County | Defense | Zuphus & Angell Denver CO |
| 66 | Riva Development v Greenwood nsurance | Agency E&O - Failure to Procure/Agency Duty | Open | 2016-Report | Deposition July 9 2012 | | State of Texas 33rd Judicial District- Harris County | Plaintiff | Thomas M Fountain The Woodlands TX |
| 65 | Evanston nsurance Company v AJ's Electrical Testing | General Liability Underwriting Usual & Customary Practices relating to a third-party liability claim | Closed | 2016-Report | | | U S District Court South Carolina-Aiken Division | Plaintiff | Nimmoms & Malchow - Augusta GA |
| 64 | Companion v Wood | Agency E&O - Underwriting Practices of Work Comp MGA for a Professional Employer Organization | Closed | 2016-Report | Deposition July 27 2016 | | U S District Court-South Carolina-Columbia Division | Defense | Gardner & Haas Dallas TX |
| 63 | QBE v A G | Claim Denial & Underwriting Practices on nsurance Company E&O Policy | Closed | 2016-Report | Deposition August 12 2016 | | State of New York Supreme Court County of New York | Defense | Bressler Amery Ross New York NY |
| 62 | Flo's Diner v Canopius | DSJ on Claim Denial & Underwriting Practices on Policy Non-Renewal | Closed | 2016-Report | | | U S District Court South Carolina Charleston Division | Defense | Wall Templeton Charleston SC |
| 61 | ProMed v Clay & Land Agency | Agency E&O - Failure to Procure Property on Unknown Location | Closed | 2016-Opinion | | | State of Tennessee Chancery Court Titpton County | Defense | Hagood Adelman Tipton Memphis TN |
| 60 | Smeeding & Papalia | Agency E&O - Agency Practices Re Proposals Standard of Care | Closed | 2016-Report | | | U S District Court of Northern Texas Dallas Division | Defense | Cobb Martinez Woodward Dallas TX |
| 59 | Ascension Health v Ascension nsurance | Trademark nfringement Agency Practices & Health nsurance vs Healthcare | Closed | 2016-Report | Deposition March 15 2016 | | U S District Court Eastern District of Missouri | Defense | Polsinelli St Louis MO |
| 58 | Southern Trust v Sidney Cox Agency | Agency E&O - Alleged Misuse of Agency Binding Authority | Closed | 2016-Opinion | Deposition May 1 2018 | | State of Georgia Superior Court of Burke County | Defense | Owen Gleaton Eagan Atlanta GA |
| 57 | Ilinois Union v Upshaw Agency | Agency E&O - Subrogation of Paid Builders Risk Claim | Closed | 2016-Report | | | U S District Court Northern District of Texas - Amarillo | Defense | Cobb Martinez Woodward Dallas TX |
| 56 | M Windows v Liberty Mutual | Bad Faith Claim Denial & Underwriting Practice on Fronted Retention Program | Closed | 2016-Retained | | | U S District Court for Central Florida Tampa Division | Defense | Akerman Miami FL |
| 55 | Goshen v Gerber | Bad Faith Claim Denial/Underwriting Practice - Excess nsurance Exclusion | Closed | 2016-Report | | | U S District Court Northern District of ndiana | Defense | Edison McDowell Houston TX |
| 54 | Georgia Pacific v S&S Sprinkler | Agency E&O - Failure to Procure Correct Addional nsured Endorsements | Closed | 2016-Report | Deposition April 29 2016 | | U S District Court Alabama Southern District | Plaintiff | Briskman & Binion Mobile AL |

**Trial & Deposition Testimony (including all Case Assignments**

| 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 53 | Travelers v Hayes | Claim Dispute & Claim Practices Re Business ncome Coverage | Closed | 2015-Report | Deposition April 3 2015 | | U S District Court for the Middle District of Alabama | Defense | Strickland & Kendall Montgomery AL |
| 52 | Dolgencorp v Julyn | Policyholder's Failure to Name Lessor as Additional nsured | Closed | 2015-Opinion | | | State of Alabama Circuit Court of Limestone County | Plaintiff | Christian & Small Birmingham AL |
| 51 | Monterey Bay Military Housing v Pinnacle Monterey | Risk Management Administration of a Master nsurance Program | Closed | 2015-Report & Rebuttal Reports | Deposition June 9 2015 | | U S District Court Northern District of California | Defense | Greenberg Traurig Chicago L |
| 50 | nternational Broadband Electric Communications nc v Cobbs Allen & Hall | Agency E&O - Claim Denial/Failure to Procure & Use of Property Sub-Limits | Closed | 2015-Opinion | | | State of Alabama Circuit Court of Cullman County | Defense | Lloyd Gray Whitehead Birmingham AL |
| 49 | Owen v Sterling G Johnson Company & Hunter Rankin | Agency E&O - Claim Denial/Failure to Procure | Closed | 2015-Report | Deposition August 6 2015 | | Commonwealth of Kentucky - Hardin Circuit Court | Plaintiff | Skeeters Bennett Radcliff KY |
| 48 | Most Valuable Personnel v Clay & Land nsurance | Agency E&O - Failure of Professional Employer Organization (PEO) | Closed | 2015-Report | Deposition December 30 2015 | | U S District Court Northern District of Mississippi | Defense | Hagwood Adelman Tipton Memphis TN |
| 47 | Regions v Old Republic nsurance Company v Chattawood nsurance Company | nterpleader Action regarding Reinsurance & Captive nsurance Practices | Closed | 2015-Report & Rebuttal Report | Deposition September 22 2015 | | U S District Court for the Northern District of Alabama | Defense | Massey Stotser Birmingham AL |
| 46 | Great American nsurance Company v Huber Erickson & Bowman LLC | Subrogation of Surety Bond Claim Payment | Closed | 2015-Report | Deposition October 19 2015 | | U S District Court District of Utah Central Division | Defense | Plant Christianson & Kanell Salt Lake City UT |
| 45 | Scanlon Taylor Millworks v Bottrell & Lloyds | Agency E&O - Claim Denial/Failure to Procure | Closed | 2015-Opinion | | | State of Mississippi - Hinds County Circuit Court | Plaintiff | Adcock & Morrison Jackson MS |
| 44 | Hall & Sons v Nelson nsurance Company | Agency E&O - Claim Denial/Failure to Procure Motorcycle Coverage | Closed | 2015-Opinion | | | Commonwealth of Kentucky Circuit Court of Fayette County | Defense | Stoll Keenon Ogden Lexington KY |
| 43 | CT Foods v First Mercury nsurance Company | Products Recall nsurance Practices | Closed | 2015-Report | Deposition November 10 2015 | | U S District Court Southern District of New York | Plaintiff | Carroll McNulty Kull New York City NY |
| 42 | A G v nterstate Fire & Casualty | Claim Denial Underwriting Practices & nsurance Applications | Closed | 2015-Opinion | | | State of California-Superior Court of Contra Costa | Plaintiff | Cohen Placitella & Roth Philadelphia PA |

**Trial & Deposition Testimony (including all Case Assignments**

| | 2014 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 41 | Tri-State v  Clay & Land Agency | Agency E&O - Claim Denial/Failure to Procure | Closed | 2014-Opinion | | | State of Tennessee Circuit Court of Shelby County | Defense | Shuttleworth-Williams Memphis  TN |
| 40 | Vernon Mills v  Regions  nsurance | Agency E&O - Claim Denial/Failure to Procure | Closed | 2014-Opinion | | | State of Alabama Circuit Court of Lamar County | Plaintiff | Marsh Rikard & Bryan Birmingham AL |
| 39 | Safetynet Youth Systems v Guarantee  nsurance Company | Agency E&O - Retrospective Rating Plan | Closed | 2014-Opinion | | | State of Alabama Circuit Court for Dallas County | Defense | Starnes Davies Florie Mobile  AL |
| 38 | American Modern v  Barry Kendrick | Agency E&O - Claim Denial/Failure to Procure | Closed | 2014-Opinion | | | U S District Court Eastern District of Kentucky | Defense | Harp Law Frankfort  KY |
| 37 | Essex v  R&O Agency | Agency E&O - Claim Denial/Failure to Procure | Closed | 2014-Retained | | | State of Georgia State Court of DeKalb County | Defense | Cozen O'Connor Atlanta  GA |
| 36 | Bolt v  North Jackson Water Authority | Surety Bond Claim Denial | Closed | 2014-Opinion | Deposition July 21 2014 | | State of Alabama-Circuit Court of Jackson County | Defense | Jack Livingston Scottsboro  AL |
| 35 | Petznick v  Willis | Agency E&O - Claim Denial/Failure to Procure | Closed | 2014-Opinion | | | State of Alabama Circuit Court of Jefferson County | Plaintiff | The Lowe Law Firm Birmingham  AL |
| 34 | Jewelers Mutual  nsurance Company v  Mangalam | Dispute as to amount of claim payment | Closed | 2014-Report | | | U S  District Court for the Northern District of Georgia | Defense | Warhurst & Buffalo Mobile  AL |

| Trial & Deposition Testimony (including all Case Assignments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | 2013 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 33 | Martinez v  Scottsdale | Failure to Pay Employee Dishonesty Claim | Closed | 2014-Report | | | U S District Court for Northern District of Alabama | Plaintiff | Massey  Stotser Birmingham  AL |
| 32 | Petro v  Travelers | D&O Bad Faith Claim - Condo Assoc - Failure to Settle Claims | Closed | 2014-Report & Rebuttal | Deposition August 22  2013 | | U S District Court of Northern Florida | Plaintiff | Crew & Crew Fort Walton Beach  FL |
| 31 | C& Entertainment v  Fidelity & Deposit of Maryland | Surety Bond Claim Denial | Closed | 2014-Report & Rebuttal | Deposition October 9  2013 | | U S District of Northern Mississippi | Plaintiff | Glassman Edwards Memphis  TN |
| 30 | Nelson v  Conner & Gallagher | Agency E&O - Agency Practices & Use of Captive  nsurance Company | Closed | 2014-Report | Deposition October 9  2014 | | State of  linois Circuit Court of DuPage County | Plaintiff | Rock Fusco Connelly Chicago  L |
| 29 | Bedford v  Tennessee Farmers Mutual | Underwriting Practices & Claim Denial | Closed | 2014-Opinion | | | State of Tennessee-Circuit Court of Shelby County | Plaintiff | Freemon Law Firm Lawrenceburg  TN |
| 28 | Artistic Rug v  Auto-Owners | Agency E&O - Agency Practices | Closed | 2014-Opinion | Deposition November 13 2013 | | State of Alabama Circuit Court of Madison County | Plaintiff | Harrison Gammons Huntsville  AL |
| 27 |  ndemnity v  Doodson  nsurance Brokerage | Agency Non-Compete Agreement | Closed | 2014-Report | | | U S District Court for the District of Maryland | Plaintiff |  ndemnity  nsurance Company RRG Sparks  MD |
| 26 | Pludeman v  Northern Leasing Systems |  nsurance and Self- nsurance | Closed | 2014-Opinion | | | U S District Court for the Southern District of New York | Defense | Moses Singer New York  NY |
| 25 | Grandview Palace v  Florida Mutual Assurance Trust | Self  nsurance & Reinsurance | Closed | 2014-Report | Deposition April 25  2014 | | U S District Court for the Southern District of Florida | Defense | Squires Patton Boggs Miami  FL |
| 24 | Atlantic Specialty v  Kornegay | Bad Faith Claim Denial & Claim Handling Process | Closed | 2014-Report & Rebuttal | Deposition June 6  2014 | | U S District Court for Southern District of Alabama | Plaintiff | Richardson Law Firm Mobile  AL |
| 23 | Fort Benning Family Communities v  American Management Services | Risk Management Administration of a Master  nsurance Program | Closed | 2014-Report & Rebuttal | Deposition February 13  2014 | | State of Georgia-Superior Court of Muscogee County | Defense | Greenberg Traurig Chicago  L |

| Trial & Deposition Testimony (including all Case Assignments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **2012** | | | | | | | |
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 22 | Auto-Owners nsurance Company v South Central Agency | Surety Bond Claim Subrogation - Agency ssuing Bond | Closed | 2012-Report | Deposition April 24 2012 | | U S District Court for the Middle District of Alabama | Defense | Martin Weed Birmingham AL |
| 21 | Ocean's 11 Bar & Grill v ndemnity nsurance Group RRG | Policy Rescission - Material Misrepresentation on nsurance Application | Closed | 2012-Report & Rebuttal | Deposition May 5 2012 | | U S District Court for the Southern District of Florida | Defense | Silverman Thompson Baltimore MD |
| 20 | Manhattan Beachwear v Lloyd's | Bad Faith Claim Denial - Throughput nsurance | Closed | 2012-Retained | | | U S District Court Central District of California | Plaintiff | Dickstein Shapiro   Los Angeles  CA |
| 19 | Beach Bars v ndemnity nsurance Group RRG | Policy Rescission - Material Misrepresentation on nsurance Application | Closed | 2012-Report & Rebuttal | Deposition July 9 2012 | | U S District Court Southern District of Florida | Defense | Silverman Thompson Baltimore MD |
| 18 | Doodson Agency v ndemnity nsurance Group RRG | Agency Non-Compete Agreement | Closed | 2012-Report | | | U S District Court District of Maryland | Defense | Silverman Thompson Baltimore MD |
| 17 | Bernheim v Hoffman Brown | Failure to Pay Jewelry Floater Claim | Closed | 2012-Opinion | | | U S District Court Central District of California | Plaintiff | The Bernheim Law Firm Beverly Hills CA |

| Trial & Deposition Testimony (including all Case Assignments | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **2011** | | | | | | | | | |
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 16 | EMC v Riggs | Claim Denial per Wear & Tear Exclusion - Wind Damage | Closed | 2011-Report | Deposition October 18 2011 | | U S District Court for Northern District of Alabama | Defense | Bear & Liddon Birmingham AL |
| 15 | Rosamond v Great American | Bad Faith Failure to Pay Claim on njured Worker due to Previous Conditions Exclusion | Closed | 2011-Report | Deposition April 11 2011 | | U S District Court for the Southern District of Mississippi | Plaintiff | Murphy Williams Jackson MS |
| 14 | Blackhurst v Turbeville Agency | Agency E&O - Additional nsured Status of Former Property Manager after a fatality at insured location | Closed | 2011-Opinion | Deposition April 21 2011 | | State of South Carolina 5th Circuit Court Richland County | Defense | Sowell Gray Step & Lafitte Columbia SC |
| 13 | Commerce & ndustry v S&M Brands | nsurance Audit Practices - workers' compensation audit and the changing of class codes & rates | Closed | 2011- Report | Deposition April 13 2013 | Trial August 26 2015 | Commonwealth of Virginia-Circuit Court for County of Lunenburg | Defense | S & M Brands nc Keysville VA |
| 12 | Groce v Scheetz Hogan Freeman & Phillips | Agency E&O - Claim Denial/Failure to Procure Appropriate Property Forms & Valuation | Closed | 2011-Opinion | Deposition November 23 2011 | | State of South Carolina Court of Common Pleas County of Greenville | Plaintiff | Covington Patrick Greenville SC |
| 11 | Calvin Anthony v South Carolina State Budget and Control Board nsurance Reserve Fund | Bad Faith due to Claim Denial - Personal njury | Closed | 2011-Opinion | | | State of South Carolina Court of Common Pleas County of Richland | Defense | Sowell Gray Stepp & Lafitte Columbia SC |
| 10 | Barnett v nsurance Unlimited | Agency E&O - Claim Denial/Failure to Procure Flood nsurance | Closed | 2011-Opinion | Deposition March 5 2012 | Trial April 4 2012 | State of Louisiana 38th Judicial District for the Parish of Cameron | Defense | Frilot LLC New Orleans LA |
| 9 | [U S Corporate Taxpayer] v RS Commissioner | ssues surrounding Captive nsurance Company & Reinsurance Practices | Closed | 2011-Report | | | U S Tax Court Washington D C | Defense | Chief Counsel nternal Revenue Service Cincinnati OH |

**Trial & Deposition Testimony (including all Case Assignments**

| | 2010 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 8 | Southern Specialties v  Brown & Brown | Agency E&O - Failure to Procure Appropriate Coverage and Business ncome Limits | Closed | 2010-Report | Deposition February 15 2010 | Trial February 3 2011 | State of Florida 17th Circuit Court-Broward County | Plaintiff | Fowler Rodriguez Valdes-Fauli Coral Gables FL |
| 7 | Mid-State Surety v  Pulaski County Board of Education | Surety Bond Claim Denial | Closed | 2010-Retained | | | U S District Court for Middle District of Tennessee | Defense | Smith Cashion & Orr Nashville  TN |
| 6 | Premier Health v  Holderfield Agency | Agency E&O - Failure to Procure Coverage | Closed | 2010-Retained | | | U S District Court for Northern District of Alabama | Plaintiff | Robert Bryan Law  LLC Jasper  AL |
| 5 | AFD Enterprises v  Nationwide nsurance | Bad Faith Claim - Refusal to pay fire claim caused by arson | Closed | 2010-Report | | | U S District Court Southern District of  llinois | Defense | Cassidy & Muelle Peoria   L |
| 4 | Fidelity National v  Boardwalk Condominiums | Agency E&O - Failure to Procure Appropriate Coverage | Closed | 2010-Retained | | | U S District Court of Northern Florida | Defense | Carr Allison Tallahassee FL |
| 3 | McCaig v  Dolgencorp | Risk Management Practices and Management  ncentives | Closed | 2010-Opinion | Deposition March 26 2010 | | State of Alabama Circuit Court for Colbert County | Defense | Ogletree Deakins Nash Birmingham  AL |

| Trial & Deposition Testimony (including all Case Assignments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **2009** | | | | | | | | |
| # | CASE NAME | ISSUE | STATUS | TYPE WORK | TESTIMONY | TRIAL | COURT | FOR | LAW FIRM |
| 2 | Hartford v  Spizzirri | Agency E&O & Professional  nsurance Underwriting Practices - Lawyer's Professional  iability Claim | Closed | 2009-Report | Deposition December 20 2009 | | U S  District Court for the Northern District of Georgia | Defense | Cauthorn Nohr & O'Dell Marietta  GA |
| 1 | EMCO v  Yates & Associates | Agency E&O - Failure to Procure Appropriate Coverage | Closed | 2009-Opinion | Deposition September 9  2009 | | State of Georgia Superior Court of Telfair County | Plaintiff | Chambless Higdon Richardson Macon  GA |

**EXHIBIT B**

**DOCUMENTS REVIEWED**

## Exhibit B
## List of Documents Considered

1. June 1, 2021 Expert Report of Timothy M. Yessman

2. July 6, 2021 Expert Report of Thomas H. Veitch

3. FM Global Policy # l051832 issued to Cinemark Holdings, Inc.

4. FM Global Policy # l066496 issued to Cinemark Holdings, Inc.

5. FM Global Reason Publication Issue 2: 2016

6. Focusing on Resilience, Strategic Risk (May 12)

7. DE 24, Defendant Factory Mutual Insurance Company's Motion For Judgment on the Pleadings in Case No. 4:21-cv-00011-ALM, Filed 3/30/2021

8. DE 46, Order on Defendant's Motion for Judgment on the Pleadings in Case No. 4:21-cv-00011-ALM, Filed 5/05/2021

9. DE 59, Plaintiffs' Third Amended Complaint and Demand for Jury Trial in Case No. 4:21-cv-00011-ALM, Filed 6/03/2021

10. Factory Mutual Insurance Company's and Affiliated FM Insurance Company's Regulatory Filings:

    a. 2010-09-23 AFM-2010-2 - Policy Comparison for PRO HC 3100 (12.08) vs. PRO HC 3100 (10.09)

    b. 2011-04-04 FMG 3213 Extended Period of Liability Comparison

    c. 2011-04-04 FMG3230 Ingres Egress Comparison

    d. 2011-04-04 FMG3234 Protection and Preservation of Property Comparison

    e. 2011-04-04 FMG7236 Civil Authority Comparison

    f. 2011-04-04 FMIC-2011-01 Explanatory Memorandum

    g. 2011-08-05 FMG7444 Beneficial Microorganisms Endorsement

    h. 2011-08-05 FMG7446 Communicable Disease Cleanup Removal and Disposal Endorsement

    i. 2011-08-05 FMG7450 Interruption by Communicable Disease Expense Endorsement

    j. 2016-01-08 FMG7446 Communicable Disease Response Endorsement Redline

    k. 2011-08-05 FMIC-2011-13 Explanatory Memorandum

    l.  2015-05-15 AFM-2015-1 PRO CO 4100 Side by Side Comparison

    m.  AFM-2015-1 PRO AR 4100 Side by Side Comparison

    n.  PRO Healthcare Endorsement 4100 (04/15)

    o.  2015-12-14 FMG3208 Extra Expense

    p.  2015-12-14 FMG7236 Civil or Military Authority Endorsement

    q.  2015-12-14 FMG7446 Communicable Disease Response Endorsement Redline

    r.  2015-12-14 FMG7450 Interruption by Communicable Disease Endorsement Redline

    s.  2015-12-14 FMIC-2016-1 Explanatory Memorandum

    t.  2016-01-08 FMG7450 Interruption by Communicable Disease Endorsement Redline

    u.  2016-10-12 AFM-2016-3 Explanatory Memorandum

    v.  PRO AR 4100 Redline 2016

    w.  2019-03-18 FMG3208 Extra Expense Redline

    x.  2019-03-18 FMG7236 Civil Military Authority Redline

11. Affiliated FM Insurance Company Annual Statement for Year Ended December 31, 2019

12. Affiliated FM Insurance Company Quarterly Statement as of June 30, 2020

13. Factory Mutual Insurance Company For the Year Ended December 31, 2019

14. Factory Mutual Insurance Company Quarterly Statement as of March 31, 2020

15. Factory Mutual Insurance Company Quarterly Statement as of June 30, 2020

16. Documents produced by FM Global relating to the procurement of the policy and creation of the talking points: FMGLOBAL_C_00000702; FMGLOBAL_C_00000705; FMGLOBAL_C_00000707; FMGLOBAL_C_00000714; FMGLOBAL_C_00000746; FMGLOBAL_C_00000753; FMGLOBAL_C_00000762; FMGLOBAL_C_00000763; FMGLOBAL_C_00000797; FMGLOBAL_C_00000801; FMGLOBAL_C_00000815; FMGLOBAL_C_00000821; FMGLOBAL_C_00000830; FMGLOBAL_C_00000873; FMGLOBAL_C_00000875; FMGLOBAL_C_00000877; FMGLOBAL_C_00000878; FMGLOBAL_C_00000879; FMGLOBAL_C_00000880; FMGLOBAL_C_00000939; FMGLOBAL_C_00000986; FMGLOBAL_C_00000989; FMGLOBAL_C_00000990; FMGLOBAL_C_00000992; FMGLOBAL_C_00000994; FMGLOBAL_C_00001050; FMGLOBAL_C_00001056; FMGLOBAL_C_00001061; FMGLOBAL_C_00001077; FMGLOBAL_C_00001084; FMGLOBAL_C_00001102; FMGLOBAL_00000001; FMGLOBAL_00000679; FMGLOBAL_00000680; FMGLOBAL_00000691; FMGLOBAL_00000718; FMGLOBAL_00000719; FMGLOBAL_00000889;

FMGLOBAL_00000898; FMGLOBAL_00000924; FMGLOBAL_00000931;
FMGLOBAL_00000937; FMGLOBAL_00000952; FMGLOBAL_00000954;
FMGLOBAL_00000965; FMGLOBAL_00000976; FMGLOBAL_00000987;
FMGLOBAL_00000998; FMGLOBAL_00001009; FMGLOBAL_00001031;
FMGLOBAL_00001043; FMGLOBAL_00001054; FMGLOBAL_00001065;
FMGLOBAL_00001076; FMGLOBAL_00001087; FMGLOBAL_00001098;
FMGLOBAL_00001109; FMGLOBAL_00001120; FMGLOBAL_00001121;
FMGLOBAL_00001122; FMGLOBAL_00001135; FMGLOBAL_00001149;
FMGLOBAL_00001163; FMGLOBAL_00001176; FMGLOBAL_00001180;
FMGLOBAL_00001181; FMGLOBAL_00001183; FMGLOBAL_00001184;
FMGLOBAL_00001195; FMGLOBAL_00001196; FMGLOBAL_00001197;
FMGLOBAL_00001198; FMGLOBAL_00001200; FMGLOBAL_00001201;
FMGLOBAL_A_00000007; FMGLOBAL_A_00000882; FMGLOBAL_A_00000890;
FMGLOBAL_A_00001565; FMGLOBAL_A_00001814; FMGLOBAL_A_00001815;
FMGLOBAL_A_00002354; FMGLOBAL_A_00003938; FMGLOBAL_A_00003941;
FMGLOBAL_A_00004527; FMGLOBAL_A_00004528; FMGLOBAL_A_00004612;
FMGLOBAL_A_00004613; FMGLOBAL_A_00005048; FMGLOBAL_A_00005049;
FMGLOBAL_A_00005214; FMGLOBAL_A_00006195; FMGLOBAL_A_00006197;
FMGLOBAL_A_00006300; FMGLOBAL_A_00006866; FMGLOBAL_A_00009151;
FMGLOBAL_A_00009152; FMGLOBAL_A_00009209; FMGLOBAL_A_00009245;
FMGLOBAL_A_00009282; FMGLOBAL_A_00009407; FMGLOBAL_A_00009408;
FMGLOBAL_A_00009476; FMGLOBAL_A_00009511; FMGLOBAL_A_00009651;
FMGLOBAL_A_00009895; FMGLOBAL_A_00010047; FMGLOBAL_A_00010094;
FMGLOBAL_A_00010369; FMGLOBAL_A_00010420; FMGLOBAL_A_00012248;
FMGLOBAL_A_00012365; FMGLOBAL_A_00012371; FMGLOBAL_A_00012533;
FMGLOBAL_A_00013267; FMGLOBAL_A_00013268