# EXHIBIT 25

# EXHIBIT 40

**Declaration of Joseph Lewnard, Ph. D.,
dated October 28, 2021
[APP-0520 – APP-0521]**

**Exhibit A – Expert Report,
dated November 6, 2020
[APP-0522 – APP-0542]**

**Exhibit B – Supplemental Expert Report,
dated January 29, 2021
[APP-0543 – APP-0552]**

APP-0520 – APP-0552

Renee M. Finch (NSBN 13118)
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Phone: (702) 363-5100
Email: *rfinch@messner.com*

Michael S. Levine (admitted *pro hac vice*)
Harry L. Manion, III (admitted *pro hac vice*)
Christopher Cunio (admitted *pro hac vice*)
Nicholas D. Stellakis (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
Email: *mlevine@huntonak.com*
Email: *hmanion@huntonak.com*
Email: *ccunio@huntonak.com*
Email: *nstellakis@huntonak.com*

*Attorneys for Plaintiff, Treasure Island, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TREASURE ISLAND, LLC, | Case No.: 2:20-cv-00965-JCM-EJY |
| *Plaintiff*, | |
| vs. | |
| AFFILIATED FM INSURANCE CO., | |
| *Defendant*. | |

**<u>DECLARATION OF JOSEPH LEWNARD, Ph.D.</u>**

I, Joseph Lewnard, Ph.D., hereby affirm the following to be true and correct under the penalty of perjury:

1. I am an Assistant Professor of Epidemiology at the School of Public Health of the University of California, Berkeley. I hold secondary affiliations in the Division of Infectious Diseases & Vaccinology and the Center for Computational Biology (College of Engineering). I earned a Ph.D. in Epidemiology of Microbial Diseases from Yale University in 2017 and held appointments as a postdoctoral fellow, and later Research

1

APP-0520

Associate, at Harvard TH Chan School of Public Health in the Center for Communicable Disease Dynamics.

2.  I was engaged by Hunton Andrews Kurth LLP to provide expert opinions in this matter. I was not deposed in this matter.

3.  Attached as Exhibit A is a true and accurate copy of my expert report in this matter, dated November 6, 2020.

4.  Attached as Exhibit B is a true and accurate copy of my supplemental expert report in this matter, dated January 29, 2021.

5.  The opinions stated in both reports are based on my knowledge, skill, experience, training, education, materials considered, facts, data and/or scientific knowledge as specified therein.

6.  The opinions stated in both reports are the product of reliable principles and methods reliably applied as specified therein.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF OCTOBER, 2021

_____
Joseph Lewnard, Ph.D.

2

# **EXHIBIT A**

**Expert Report
dated, November 6, 2020**

APP-0522 – APP-0542

**EXPERT WITNESS REPORT**

Joseph Lewnard, PhD

6 November 2020

CONFIDENTIAL
TI_001486
APP-0522

**SCOPE OF ENGAGEMENT**

I was engaged by Hunton Andrews Kurth in the matter Treasure Island LLC v. Affiliated FM

Insurance Company, which is currently pending in Federal Court in Nevada. I was asked to give

opinions within my area of expertise, epidemiology, on the following topics:

1.  *From a statistical standpoint, whether individual(s) with COVID-19 was/were on site prior*
    *to March 18, 2020?*

2.  *What was the purpose of the Nevada Governor's closure order, and was it  appropriate*
    *at the time?*

I am being compensated $475/hr. for my work on this report and $475/hr. for deposition and trial

testimony.

In answering these questions, my opinions are based on my knowledge, skill, training,

education, and materials considered (identified herein).  I hold the opinions stated below to a

reasonable degree of scientific certainty. The materials I considered in connection with this

report are identified in the footnotes herein.

**SUMMARY OF QUALIFICATIONS**

I am a tenure-track Assistant Professor of Epidemiology at the School of Public Health of the University of California, Berkeley, holding secondary affiliations in the Division of Infectious Diseases & Vaccinology and the Center for Computational Biology (College of Engineering). I earned a PhD in Epidemiology of Microbial Diseases from Yale University in 2017 and held appointments as a postdoctoral fellow, and later Research Associate, at Harvard TH Chan School of Public Health in the Center for Communicable Disease Dynamics.

I study the transmission dynamics and control of infectious disease agents. My work has centrally involved the development and application of mathematical and statistical modeling methods to address such questions, with a focus on respiratory pathogens including influenza and *Streptococcus pneumoniae*. I have led studies published in pre-eminent scientific and medical journals including, among others, *Nature*, *Science*, *JAMA*, *The BMJ*, and *Proceedings of the National Academy of Sciences*, and my research has received extramural support from the National Institutes of Health, The Bill & Melinda Gates Foundation, Pfizer, Merck, the Wellcome Trust, the World Health Organization, the US-Israel Binational Science Foundation, and other funders. In 2019, I was named a Kavli Fellow of the US National Academy of Sciences.

Since early 2020 I have devoted substantial research attention to SARS-CoV-2 epidemiology through quantitative, field-based, and laboratory research. Significant recent outputs of this work listed below include (A) the first large scale study of SARS-CoV-2 epidemiology in a low/middle income country setting, including the largest (to date) contact tracing study quantifying risk of spread associated with differing types of interactions; (B) a high-profile study of the descriptive epidemiology of the first epidemic wave on the US west coast, based on comprehensive health

records of >9 million individuals in a comprehensive care cohort; and (C-E) authoritative reviews summarizing the state of knowledge regarding the scientific and bioethical principles around non-pharmaceutical interventions to mitigate COVID-19 burden, and methods for modeling spread. Parallel to this work, I am leading a study of SARS-CoV-2 infection prevalence and risk factors among farm workers in Monterey County, California, and a laboratory-based study of respiratory co-infections among individuals with and without symptoms, found to shed or not to shed SARS-CoV-2. My full CV is appended.

A. Laxminarayn R, Wahl B, Dudala SR, Gopal K, Mohan C, Neelima S, Jawahar. Reddy KS, Radhakrishnan J, **Lewnard JA**. Epidemiology and transmission dynamics of COVID-19 in two Indian states. *Science* 2020; doi:10.1126/science.abd7672.

B. **Lewnard JA**, Liu VX, Jackson ML, Schmidt MA, Jewell BL, Flores JP, Jentz C, Northrup GR, Mahmud A, Reingold AL, Petersen M, Jewell NP, Young S, Bellows J. Incidence, clinical outcomes, and transmission dynamics of severe coronavirus disease 2019 in California and Washington: prospective cohort study. *BMJ* 2020; doi:10.1136/bmj.m1923.

C. **Lewnard JA**, Lo NC. Scientific and ethical basis for social-distancing interventions against COVID-19. *Lancet Infect Dis* 2020; doi:10.1016/S1473-3099(20)30190-0.

D. Jewell NP, **Lewnard JA**, Jewell BL. Predictive mathematical models of the COVID-19. Pandemic: underlying principles and value of projections. *JAMA* 2020; doi:10.1001/jama.2020.6585.

E. Jewell NP, **Lewnard JA**, Jewell BL. Caution warranted: using the Institute for Health Metrics and Evaluation (IHME) model for predicting the course of the COVID-19 pandemic. *Ann Intern Med* 2020; doi:10.7326/M20-1565.

CONFIDENTIAL: Subject to the Protective Order entered in this case
6 November 2020

CONFIDENTIAL

4

TI_001489
APP-0525

**SUMMARY OF OPINIONS**

It is my professional opinion that:

1. With near certainty (i.e., probability greater than 99.9%), an individual with COVID-19 was on site at Treasure Island ("TI") on or before March 18, 2020. I reach this conclusion from statistical analysis independent of any test results of employees or guests.

2. The purpose of the Nevada Governor's closure order was to address and remedy re-introduction of persons with COVID-19 on-site, and to avoid the ramifications of such re-introduction to the property.  It was appropriate at the time.

**FULL OPINIONS WITH SUPPORT**

1. *With near certainty (i.e., probability greater than 99.9%), SARS-CoV-2 had been introduced to the physical premises of TI by March 19.*

The volume of guests entering TI over a 76-day period from January 1 to March 18, 2020 was approximately 329,000 persons, with an average of 7,000 present on any given day.[1] From this information, we may reasonably estimate the likelihood of a person with COVID-19 (henceforth termed a "case") being present on-site any particular day, as well as the cumulative probability of a COVID-19 case on-site on or before March 18, under differing and empirically falsifiable assumptions about the background prevalence of infection in the population.

Consider that a proportion *p* (with $0 < p < 1$) of individuals who may enter the casino are COVID-19 cases; thus *p* designates the probability that each individual entering the casino on a given day will introduce this communicable disease to the premises, by virtue of being a case, and its complement $1 - p$ is the probability that each individual is not a case and therefore does not introduce the disease to the premises. The probability that nobody, among a total of *n* individuals, is a COVID-19 case is the union of each individual not being a case, and may be computed as $(1 - p)^n$. The probability of at least one case, among *n* individuals, is thus $1 - (1 - p)^n$.

Precise determinations of infection prevalence over the first months of the pandemic (to provide inputs for the parameter *p*) are not widely available owing to inadequacies in test

---

[1] TI Complaint.

availability and limited indications for testing of only individuals with severe symptoms, known contact, travel histories to Wuhan or other severely affected settings, etc. I therefore explored a range of values for $p$ to inform analyses, informed by a review of published prevalence studies detailed here. Barret et al. estimated 0.4% prevalence in a general (non-healthcare worker) sub-sample of individuals in New Jersey from March 24-April 7,[2] and Fassett et al. estimated 0.45% prevalence among pregnant women in Southern California;[3] samples of pregnant women have often been used as "sentinels" for epidemiological surveillance in the community during outpatient antenatal care visits. Monitoring asymptomatic travelers repatriated to Greece from the UK, Spain, and Turkey between March 20-25, Lytras estimated prevalence ranging from 3.6-6.3%;[4] this population is worthy of consideration as many guests of TI were international travelers, including from regions affected by COVID-19. In a general population sample in Indiana from April 25-29, Menachemi et al. estimated a prevalence of 1.74%.[5] Last, after successful implementation of mitigation measures, Riley et al. estimated that prevalence of infection in a general population sample in the UK reached 0.13%.[6] Serological testing of for evidence of previous infection (via titers of immune globulin G [IgG] against SARS-CoV-2) among TI employees revealed 12.4% (42/340) cumulative infection prevalence as of June 4; assuming a 7-day period of infectiousness for each case,[7] the mean prevalence of infection over a 155-day period of January 1 to June 4 in this group would be 0.558%. Assuming negligible case numbers in the first weeks of 2020, the mean prevalence of infection over the 110-day period of February 15 to June 4 in this group would be 0.786%.

---

[2] Barrett et al., *medRxiv* 2020; https://doi.org/10.1101/2020.04.20.20072470.
[3] Fassett et al., *Am J Perinatol* 2020; https://doi.org/10.1055/s-0040-1714060.
[4] Lytras et al., *J Trav Med* 2020; https://doi.org/10.1093/jtm/taaa054.
[5] Menachemi et al., *MMWR* 2020; https://doi.org/10.15585/mmwr.rm6929e1.
[6] Riley et al., *medRxiv* 2020; https://doi.org/10.1101/2020.07.10.20150524.
[7] He et al., *Nature Med* 2020; https://doi.org/10.1038/s41591-020-0869-5.

CONFIDENTIAL

Applying inputs in the range of these estimates to the formula derived above, we see that the probability of no COVID-19 cases being present on-site at TI—both among 7,000 guests present on a given day, and among 329,000 guests arriving between January 1 and March 18—rapidly becomes negligible as we consider background prevalence estimates in the empirically observed range (**Table 1**). Even applying estimates around one order of magnitude below the lowest values observed (i.e. 0.01% prevalence), we obtain ≥50% probability of infection being present at TI on any given day, and negligible probability of evading introductions for the whole period. Thus, _it is my professional opinion that COVID-19 case(s) was/were on site on or before March 18, 2020, with near certainty (probability >99.0%)._

**Table 1: Probabilities of no introduction of SARS-CoV-2**

| Background prevalence of infection ($p$) | Probability of no introduction of SARS-CoV-2 to TI | |
|---|---|---|
| | On a given day (n=7,000 guests) | Over a 76-day period (n=329,000 guests) |
| 0.01% | 49.7% | $(5.14 \times 10^{-13})$%† |
| 0.02% | 24.7% | $(2.63 \times 10^{-27})$% |
| 0.05% | 3.02% | $(3.47 \times 10^{-70})$% |
| 0.1% | $(9.09 \times 10^{-2})$% | $(1.11 \times 10^{-141})$% |
| 0.2% | $(8.20 \times 10^{-5})$% | $(8.87 \times 10^{-285})$% |
| 0.5% | $(5.78 \times 10^{-14})$% | Too small to compute |
| 0.558%* | $(9.75 \times 10^{-16})$% | Too small to compute |
| 0.786%* | $(1.02 \times 10^{-22})$% | Too small to compute |
| 1% | $(2.79 \times 10^{-29})$% | Too small to compute |
| 2% | $(3.82 \times 10^{-60})$% | Too small to compute |

*Mean period prevalence estimates corresponding to antibody detection prevalence among returning employees.
†Values are expressed using scientific notation for brevity. This quantity is equivalent to 0.000000000000514%.

2. *The purpose of the Nevada Governor's closure order was to address and remedy re-introduction of persons with COVID-19 on-site, and to avoid the ramifications of such re-introduction to the property.  It was appropriate at the time.*

In assessing this issue, first I considered whether TI had other options as of March 18, 2020, short of closure, to remedy the circumstance of COVID-19 case(s) being, or having recently been, present on-site, and for preventing the arrival of further COVID-19 cases, and next whether it would be possible for TI to continually mount necessary interventions to address continued COVID-19 re-introductions at the rate with which they would be expected to occur.

As of March 18, 2020, no effective strategies were available to TI to (1) identify COVID-19 cases among individuals present on-site; or (2) to effectively screen persons entering TI to halt (or significantly reduce) re-introductions. Peer-reviewed findings were available as early as January, 2020[8] demonstrating that screening persons for symptoms, absent implementation of further measures to ascertain who may be a case, would fail to detect as many as 70-90% of COVID-19 cases at risk of transmitting infection once entering the premises, owing to the fact that such transmission may occur prior to or in the total absence of clinically manifest symptoms. The lack of widely-available, rapid, accurate tests to detect SARS-CoV-2 shedding among persons entering TI as of March (and to this date) moreover made direct testing impossible. This shortage is well documented; the first Emergency Use Authorization (EUA) for a diagnostic test was issued only on 29 February, 2020,[9] and most testing was conducted by state laboratories, with substantial

---

[8] Gostic et al., *eLife* 2020; https://doi.org/10.7554/eLife.55570 (published 24 February; initially published as a pre-print on January 30 at https://doi.org/10.1101/2020.01.28.20019224).
[9] US Food and Drug Administration. Coronavirus Disease 2019 (COVID-19) Emergency Use Authorizations for Medical Devices: *In Vitro* Diagnostic EUAs. https://www.fda.gov/medical-

numbers of tests submitted for confirmatory testing by CDC until March 14.[10] As of March 18, all EUAs issued allowed for testing only in laboratories certified to perform high-complexity tests. Further, the American Society for Microbiology addressed the present and anticipated long-term shortage of necessary materials for widespread testing in a position paper dated March 10, 2020.[11]

In light of the inability to effectively identify COVID-19 cases as of March 18 based on these facts, I next considered the question of whether the Nevada Governor's closure orders was needed to remedy COVID-19 introduction and mitigate future re-introduction, which could lead to onward transmission on-site of this communicable disease.

With an arrival rate of 329,000 guests over a 76-day period between January 1 and March 18, the average frequency of new SARS-CoV-2 introductions to TI occurring (with background prevalence of the range considered above of 0.01% to 2%) would be between once every 2.31 days (obtained by dividing 76 days by 0.0001 times 329,000) and once every 16.6 minutes (obtained by dividing 76 days by 0.02 times 329,000; **Table 2**). Based on the size of TI and the likelihood for guests and workers to transit through multiple common areas,[12] I considered that appropriate cleaning and sanitation of surfaces, plumbing and HVAC systems, and all other potential sources of exposure

---

[10] US Centers for Disease Control and Prevention. Coronavirus Disease 2019 (COVID-19) Cases, Data & Surveillance: Previous US Viral Testing Data. https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/previous-testing-in-us.html (accessed 4 November, 2020).

devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/vitro-diagnostics-euas#imft1 (accessed 4 November, 2020).
[11] American Society of Microbiology. ASM Expresses Concern about Coronavirus Test Reagent Shortages. https://asm.org/Articles/Policy/2020/March/ASM-Expresses-Concern-about-Test-Reagent-Shortages (accessed 4 November, 2020).
[12] TI floor plans and schematics.

may take a minimum of 24 or 48 hours, during which time functions would need to be suspended to allow cleaning to take place.

Assuming a 48-hour cleaning, we see that even at the at the lowest background prevalence considered (0.01%), re-introduction would be expected before cleaning could be completed in over one half of instances; with a 24-hour cleaning, re-introduction would be expected before cleaning could be completed in roughly one in three instances. At more realistic estimates of the background prevalence of infection based on the prevalence estimates referenced in my above opinion, the probabilities of evading re-introduction before cleaning can be completed are too small to compute numerically. These findings indicate that TI would, in effect, need to remain continuously closed in order to address introductions of COVID-19 at the rate they would be expected to occur.

**Table 2: Estimated frequencies of introduction of SARS-CoV-2**

| Background prevalence of infection ($p$) | Dynamics of introduction and re-introduction | | |
|---|---|---|---|
| | With 329,000 guests entering over 76 days | Probability 48h cleaning can be completed before SARS-CoV-2 reintroduction† | Probability 24h cleaning can be completed before SARS-CoV-2 reintroduction† |
| 0.01% | 2.31 days | 42.1% | 64.9% |
| 0.02% | 1.16 days | 17.7% | 42.1% |
| 0.05% | 0.462 days (11.1 hours) | 1.32% | 11.5% |
| 0.1% | 0.231 days (5.54 hours) | $(1.74 \times 10^{-2})$% | 1.32% |
| 0.2% | 0.112 days (2.77 hours) | $(3.02 \times 10^{-6})$% | $(1.74 \times 10^{-2})$% |
| 0.5% | 0.0462 days (1.11 hours) | Too small to compute | $(3.98 \times 10^{-8})$% |
| 0.558%* | 0.0414 days (59.6 minutes) | Too small to compute | $(3.23 \times 10^{-9})$% |
| 0.786%* | 0.029 days (42.3 minute) | Too small to compute | $(1.71 \times 10^{-13})$% |
| 1% | 0.0231 days (33.3 minutes) | Too small to compute | Too small to compute |
| 2% | 0.0116 days (16.6 minutes) | Too small to compute | Too small to compute |

*Mean period prevalence estimates corresponding to antibody detection among returning employees
†Computed assuming exponentially-distributed inter-arrival times with means as presented in the second column from left.

In light of these considerations, *it is my professional opinion that the purpose of the Nevada Governor's order was to address and remedy re-introduction of persons with*

*COVID-19 on-site, and to avoid the ramifications of such re-introduction to the property.*

*It was reasonable at the time.*

CONFIDENTIAL

## Joseph A. Lewnard, PhD

Division of Epidemiology, School of Public Health
University of California, Berkeley
Berkeley, California, USA
Tel.: +1 (510) 664-4050
E-mail: jlewnard@berkeley.edu

## Appointments

**University of California, Berkeley**
*Assistant Professor*                                                                    2018–
*Division of Epidemiology, School of Public Health*
*Division of Infectious Diseases & Vaccinology, School of Public Health*
*Center for Computational Biology, College of Engineering*

**Center for Communicable Disease Dynamics, Harvard TH Chan School of Public Health**
*Research associate*                                                                    2018
*Postdoctoral research fellow*, laboratory of Marc Lipsitch                              2017–18

## Education

**PhD**, Epidemiology of Microbial Diseases, Yale University                             2017
**MPhil**, Epidemiology of Microbial Diseases, Yale University                           2016
**BA**, 1st Class Hons., Geography and Music, McGill University (Canada)            2013

## Grants

### Active

Pfizer, Inc. 61775823. Assessing the role of *Streptococcus pneumoniae* in SARS-CoV-2 infection and disease progression (PI).
Total costs for project period: $472,180.
Project period: Nov. 2020–Oct 2021.

National Institute of General Medical Sciences. MIDASNI2020-3 (under U24GM132013-02S2). Transmission and severity of SARS-CoV-2 in India (PI).
Total costs for project period: $98,226.
Project period: Oct 2020–Sep 2021.

National Institute of Allergy and Infectious Diseases. R01-AI14812701A1: Emerging methods and applications for test-negative studies of infectious disease interventions (co-I).
Total costs for project period: $1,777,419.
Project period: Jul 2020–Jun 2024.

US-Israel Binational Science Foundation. Analyzing the causes for mumps re-emergence in vaccinated populations, combining epidemiology with statistical and transmission modeling (co-PI).
Total costs for project period: $320,000
Project period: Oct 2020–Sep 2024

Merck, Inc. Effectiveness and cost effectiveness of MMR3 vaccination for mumps outbreak mitigation (PI).
Total costs for project period: $141,613
Project period: Jun 2020–May 2021

Pfizer, Inc. Changes in antimicrobial prescribing for otitis media in pneumococcal conjugate vaccine era (PI).
Total costs for project period: $214,364
Project period: May 2020–Apr 2022

APP-0534

Innovative Genomics Institute (UC Berkeley). Community-based surveillance of SARS-CoV-2 transmission among California farmworkers (co-PI).
Total costs for project period: $275,000
Project period: Jun 2020–Dec 2020

Berkeley Population Center. Characterizing the early transmission dynamics and clinical spectrum of SARS-CoV-2 in the United States (PI).
Total costs for project period: $15,000
Project period: Jun 2020—Dec 2020.

Koret Berkeley-Tel Aviv Initiative. Computational methods for integrating sequence and epidemiological data to model transmission of infectious diseases (co-PI).
Total costs for project period: $20,000
Project period: July 2020—Jun 2021.

National Institute of Allergy and Infectious Diseases. R01-AI148336: Integrating epidemiologic and environmental approaches to understand and predict *Coccidioides* exposure and coccidioidomycosis emergence (co-I).
Total costs for project period: $3,800,000.
Project period: Dec 2019–Nov 2023

Wellcome Trust. 219741/Z/19/Z. Impact of *Shigella*, rotavirus, and other enteric vaccines on etiology-specific diarrhea, antibiotic use, and exposure of subclinical infections to antibiotics among children in low-resource settings (co-I).
Total costs for sub-award: $55,594
Project period: Feb 2020–Nov 2022

UC Berkeley. Dr. E. Dowdle Fund: Causal inference for susceptibility to recurrent tuberculosis (PI).
Total costs for project period: $140,000
Project period: Jul 2019–Jun 2023

Bill & Melinda Gates Foundation. OPP1190803: Modeling the value of vaccines in reducing the burden of antimicrobial resistance (co-I).
Total costs for sub-award: $158,998
Project period: Dec 2018–Aug 2021

International Symposium on Pneumococci and Pneumococcal Diseases/Pfizer, Inc. Robert Austrian Research Award (PI).
Total costs for project period: $25,000
Project period: Apr 2018–*unrestricted*

## Completed

World Health Organization. Criteria for the assessment of modeling studies in WHO guidelines development (PI).
Total costs for project period: $24,500
Project period: Mar 2019–Dec 2019

CDC California Emerging Infections Program. Scope of impact for vaccines against Group A Streptococcus in the United States (co-I).
Total costs for sub-award: $14,000
Project period: Jul 2018–Dec 2018

Pfizer, Inc. Modulation of susceptibility to otitis media by early-life infection (PI).
Total costs for project period: $190,126
Project period: Mar 2017–Oct 2018

CONFIDENTIAL

# Publications

## Articles in peer-reviewed journals

### Original research

[40] **Lewnard JA**, Givon-Lavi N, Dagan R. Effectiveness of pneumococcal conjugate vaccines against community-acquired alveolar pneumonia attributable to vaccine-serotype *Streptococcus pneumoniae* among children: a case-control study. *Clin Infect Dis* 2020 (in press).

[39] Cheng Q, Collender PA, Heaney AK, Li X, Dasan R, Li C, **Lewnard JA**, Zelner J, Liang S, Chang HH, Waller LA, Lopman BA, Yang C, Remais JV. Towards a simulation framework for optimizing infectious disease surveillance: an information theoretic approach for surveillance system design. *PLoS Comp Biol* 2020 (in press). Pre-print from *medRxiv*: doi:10.1101/2020.04.06.20048231.

[38] Lo NC, Nyathi S, Chapman LAC, Rodriguez-Barraquer I, Kushel M, Bibbins-Domingo K, **Lewnard JA**. Influenza, mumps, and varicella outbreaks in United States migrant detention centers. *JAMA* 2020; doi:10.1001/jama.2020.20539.

[37] Laxminarayan R, Wahl B, Dudala SR, Gopal K, Mohan C, Neelima S, Jawahar Reddy KS, Radhakrishnan J, **Lewnard JA**. Epidemiology and transmission dynamics of COVID-19 in two Indian states. *Science* 2020; doi:10.1126/science.abd7672.

[36] Northrup GR, Qian L, Bruxvoort K, Marx FM, Whittles LK, **Lewnard JA**. Inference of naturally-acquired immunity using a self-matched negative control design. *Epidemiology* 2020 (in press). Pre-print from *medRxiv*: doi:10.1101/2020.03.01.20029850.

[35] **Lewnard JA**. Uses of pathogen detection data to estimate vaccine direct effects in case-control studies. *J Roy Soc Interface* 2020;**17**:20200161. doi:10.1098/rsif.2020.0161.

[34] **Lewnard JA**, Rogawski McQuade ET, Platts-Mills JA, Kotloff KL, Laxminarayan R. Incidence and etiology of clinically-attended, antibiotic-treated diarrhea among children under five years of age in low- and middle-income countries: evidence from the Global Enteric Multcenter Study. *PLoS Negl Trop Dis* 2020;**14**:e0008520. doi:10.1371/journal.pntd.0008520.

[33] Bennett A, Pollock L, Bar-Zeev N, **Lewnard JA**, Jere KC, Lopman, BA, Iturriza-Gomara M, Pitzer VE, Cunliffe NA. Community transmission of rotavirus infection in a vaccinated population in Malawi: a prospective household cohort study. *Lancet Infect Dis* 2020 (in press). Pre-print from *medRxiv*: doi:10.1101/2020.04.05.20036574.

[32] **Lewnard JA**, Liu VX, Jackson ML, Schmidt MA, Jewell BL, Flores JP, Jentz C, Northrup GR, Mahmud A, Reingold AL, Petersen M, Jewell NP, Young S, Bellows J. Incidence, clinical outcomes, and transmission dynamics of severe coronavirus disease 2019 in California and Washington: prospective cohort study. *BMJ* 2020;**369**:m1923. doi:10.1136/bmj.m1923.
   • Accompanying editorial: Anesi GL, Halpern SD, Delgado MK. Covid-19 related hospital admissions in the United States: needs and outcomes. *BMJ* 2020; **369**:m2082. doi:10.1136/bmj.m2082.

[31] **Lewnard JA**, King LM, Fleming-Dutra KE, Link-Gelles R, Van Beneden CA. Incidence of pharyngitis, sinusitis, acute otitis media, and outpatient antibiotic prescribing preventable by vaccination against group A *Streptococcus* in the United States. *Clin Infect Dis* 2020; doi:10.1093/cid/ciaa529.
   • Accompanying editorial: Tanz RR, Shulman ST. Antimicrobial stewardship: a potentially important benefit of a group A *Streptococcus* vaccine in areas with low rates of acute rheumatic fever. *Clin Infect Dis* 2020; doi:10.1093/cid/ciaa533.

[30] **Lewnard JA**, Lo NC, Arinaminpathy N, Frost I, Laxminarayan R. Childhood vaccines and antibiotic use in low and middle income countries. *Nature* 2020; **581**:94–99. doi:10.1038/s41586-020-2238-4.
   • Accompanying editorial: Dempsey LA. Vaccines versus antibiotics. *Nature Immunol* 2020; **21**: 596. doi:10.1038/s41590-020-0701-x.

[29] **Lewnard JA**, Whittles LK, Rick AM, Martin JM. Naturally-acquired protection against upper respiratory symptoms involving group A *Streptococcus* in a longitudinal cohort study. *Clin Infect Dis* 2020; doi:10.1093/cid/ciaa044.

[28] Wohl S, Metsky HC, Schaffner SF, Piantadosi A, Burns M, **Lewnard JA**, Chak B, Krasilnikova LA, Siddle KJ, Matranga CB, Bankamp B, Hennigan S, Sabina B, Byrne EH, McNall RJ, Shah RR, Qu J, Park DJ, Gharib S, Fitzgerald S, Barreira P, Fleming S, Lett S, Rota PA, Madoff LC, MacInnis BL, Yozwiak NL, Smole S, Grad YH, Sabeti PC. Combining genomics and epidemiology to track mumps virus transmission in the United States. *PLoS Biol* 2020; doi:10.1371/journal.pbio.3000611.

CONFIDENTIAL

[27] Head JR, Collender PA, **Lewnard JA**, Skaff NK, Peng Y, Ohringer A, Cheng Q, Baker J, Li C, Liang S, Yang C, Hubbard A, Lopman BA, Remais JV. Early evidence of inactivated enterovirus 71 vaccine impact against hand, foot, and mouth disease in a major center of ongoing transmission in China, 2011–2018: a longitudinal surveillance study. *Clin Infect Dis* 2020; doi:10.1093/cid/ciz1188.

[26] Chua H, Feng S, **Lewnard JA**, Sullivan SG, Blyth CC, Lipsitch M, Cowling BJ. The use of test-negative controls to monitor vaccine effectiveness: a systematic review of methodology. *Epidemiology* 2020; **31**:43–64. doi:10.1097/EDE.0000000000001116.

[25] **Lewnard JA**, Givon-Lavi N, Dagan R. Dose-specific effectiveness of 7- and 13-valent pneumococcal conjugate vaccines against vaccine-serotype *Streptococcus pneumoniae* colonization in children. *Clin Infect Dis* 2019; doi:10.1093/cid/ciz1164

[24] Pitzer VE, Bennett AI, Bar-Zeev N, Jere KC, Lopman BA, **Lewnard JA**, Parashar UD, Cunliffe NA. Evaluating strategies to improve rotavirus vaccine impact during the second year of life in Malawi. *Sci Transl Med* 2019; **11**(505):eaav6419. doi:10.1126/scitranslmed.aav6419.

[23] **Lewnard JA**, Givon-Lavi N, Dagan R. Interaction with nontypeable *Haemophilus influenzae* alters progression of *Streptococcus pneumoniae* serotypes from colonization to upper respiratory tract diseases in children in a site-specific manner. *J Infect Dis* 2019; **220**:1367–76. doi:10.1093/infdis/jiz312.

[22] **Lewnard JA**, Lopman BA, Parashar UD, Bennett A, Bar-Zeev N, Cunliffe NA, Samuel P, Guerrero ML, Ruiz-Palacios GM, Kang G, Pitzer VE. Heterogeneous susceptibility to rotavirus infection and gastroenteritis in two birth cohort studies: parameter estimation and epidemiological implications. *PLoS Comp Biol* 2019; **15**(7)e1007014. doi:10.1371/journal.pcbi.1007014.

[21] **Lewnard JA**, Tedijanto C, Cowling BJ, Lipsitch M. Measurement of vaccine direct effects under the test-negative design. *Am J Epidemiol* 2018; **187**:2686–97. doi:10.1093/aje/kwy163.

[20] **Lewnard JA***, Tähtinen PA*, Laine MK, Lindholm L, Jalava J, Huovinen P, Lipsitch M, Ruohola A. Impact of antimicrobial treatment for acute otitis media on carriage dynamics of penicillin-susceptible and penicillin–non-susceptible *Streptococcus pneumoniae*. *J Infect Dis* 2018; **218**:1356–66. doi:10.1093/infdis/jiy343. (*contributed equally*)
- Accompanying editorial: Flasche S, Atkins KE. Balancing benefits and risks of antibiotic use. *J Infect Dis* 2018; **218**: 1351–3. doi:10.1093/infdis/jiy344.

[19] Hubbard TP, Billings G, Dörr T, Sit B, Warr AR, Kuehl CJ, Kim M, Delgado F, Mekalanos JJ, **Lewnard JA**, Waldor MK. A live vaccine rapidly protects against cholera in an infant rabbit model. *Sci Transl Med* 2018; **10**:eeap8423. doi:10.1126/scitranslmed.aap8423
- Accompanying editorial: Hall RH. Curbing cholera. *Sci Transl Med* 2018; **10**:eeat9483. doi:10.1126/scitranslmed.aat9483

[18] **Lewnard JA**, Givon-Lavi N, Tähtinen PA, Dagan R. Pneumococcal phenotype and interaction with nontypeable *Haemophilus influenzae* as determinants of otitis media progression. *Infect Immun* 2018; **86**:e00727-17. doi:10.1128/IAI.00727-17.
- Accompanying editorial: Pelton SI. Deconstructing progression from pneumococcal colonization to disease. *Infect Immun* 2018; **86**:e00225-18. doi:10.1128/IAI.00225-18.

[17] **Lewnard JA**, Grad Y. Vaccine waning and mumps re-emergence in the United States. *Sci Transl Med* 2018; **10**:eaao5945. doi:10.1126/scitranslmed.aao5945.

[16] Phelps MD, Azman AS, **Lewnard JA**, Antillón M, Simonsen L, Andreasen V, Jensen PKM, Pitzer VE. The importance of thinking beyond the water supply in cholera epidemics: a historical urban case study. *PLoS Negl Trop Dis* 2017; **11**:e0006103. doi.org/10.1371/journal.pntd.0006103.

[15] **Lewnard JA**, Givon-Lavi N, Weinberger DM, Lipsitch M, Dagan R. Pan-serotype reduction in progression of *Streptococcus pneumoniae* to otitis media after rollout of pneumococcal conjugate vaccines. *Clin Infect Dis* 2017; **65**:1853–61. doi:10.1093/cid/cix673.

[14] **Lewnard JA**, Lopman BA, Parashar UD, Bar-Zeev N, Samuel P, Guerrero ML, Ruiz-Palacios G, Kang G, Pitzer VE. Naturally-acquired immunity against rotavirus infection and gastroenteritis in children: paired re-analyses of birth-cohort studies. *J Infect Dis* 2017; **216**:317–26. doi:10.1093/infdis/jix310.

[13] Kunkel A, **Lewnard JA**, Pitzer VE, Cohen T. Antimicrobial resistance risks of cholera prophylaxis for United Nations peacekeepers. *Antimicrob Agents Chemother* 2017; **61**:e00026-17. doi:10.1128/AAC.00026-17.

[12] Kürüm E, Warren JL, Schuck-Paim C, Lustig R, **Lewnard JA**, Fernandes RM, Fuentes R, Bruhn CAW, Taylor RJ, Simonsen L, Weinberger DM. Bayesian model averaging with change points to assess the impact of vaccination and other public health interventions. *Epidemiology* 2017;**28**:889–97. doi:10.1097/EDE.0000000000000719.
- Awarded Kenneth Rothman Prize for the best paper published in *Epidemiology* in 2017 (link).

CONFIDENTIAL

[11] Anwar MY, **Lennard JA**, Parikh S, Pitzer VE. Time series analysis of malaria in Afghanistan: using ARIMA models to predict future trends in incidence. *Malaria J* 2016; **15**:566. doi:10.1186/s12936-016-1602-1.

[10] **Lennard JA**, Townsend JP. Climatic and evolutionary drivers of phase shifts in the plague epidemics of colonial India. *Proc Natl Acad Sci U S A* 2016; **113**:14601–8. doi:10.1073/pnas.1604985113.

[9] Pham TTH, Apparicio P, Landry S, **Lennard JA**. Disentangling the effects of urban form and socio-demographic context on street tree cover: A multi-level analysis from Montreal. *Landscape Urban Plan* 2017; **157**:422–33. doi:10.1016/j.landurbplan.2016.09.001.

[8] **Lennard JA**, Huppert A, Givon-Lavi N, Pettigrew MM, Regev-Yochay G, Dagan R, Weinberger DM. Density, serotype diversity, and fitness of *Streptococcus pneumoniae* in upper respiratory co-colonization with nontypeable *Haemophilus influenzae*. *J Infect Dis* 2016; **214**:1411–20. doi:10.1093/infdis/jiw381.

[7] **Lennard JA**, Gonsalves G, Ko AI. Low risk of international Zika virus spread due to the 2016 Olympics in Brazil. *Ann Intern Med* 2016; **165**:286–7. doi:10.7326/M16-1628.

[6] **Lennard JA**, Antillón M, Gonsalves G, Miller AC, Ko AI, Pitzer VE. Strategies to prevent cholera introduction during international personnel deployments: a computational modeling analysis based on the 2010 Haiti outbreak. *PLoS Med* 2016; **13**:e1001947. doi:10.1371/ journal.pmed.1001947.

[5] **Lennard JA**, Givon-Lavi N, Huppert A, Pettigrew MM, Regev-Yochay G, Dagan R, Weinberger DM. Epidemiological markers for interactions among *Streptococcus pneumoniae*, *Haemophilus influenzae*, and *Staphylococcus aureus* in upper respiratory tract carriage. *J Infect Dis* 2015; **213**:1596–605. doi:10.1093/infdis/jiv761.

[4] **Lennard JA**, Jirmanus L, Júnior NN, Machado PR, Glesby MJ, Ko AI, Carvalho EM, Schriefer A, Weinberger DM. Forecasting temporal dynamics of cutaneous leishmaniasis in Northeast Brazil. *PLoS Negl Trop Dis* 2014; **8**:e3283. doi:10.1371/journal.pntd.0003283.

[3] **Lennard JA***, Ndeffo-Mbah ML*, Alfaro-Murillo JA, Altice FL, Bawo L, Nyenswah TG, Galvani AP. Dynamics and control of Ebola virus transmission in Montserrado, Liberia: a mathematical modelling analysis. *Lancet Infect Dis* 2014; **14**:1189–95. doi:10.1016/S1473-3099(14)70995-8. (*contributed equally*)
   • Accompanying editorial: Fisman D, Tuite AR. Ebola: no time to waste. *Lancet Infect Dis* 2014; **14**:1164–5. doi:10.1016/S1473-3099(14)70851-5.

[2] **Lennard JA**, Berrang-Ford L, Lwasa S, Bambaiha Namanya D, Patterson KA, Donnelly B, Kulkarni MA, Harper SL, Ogden NH, Carcamo CP, IHACC Research Team. Relative undernourishment and food insecurity associations with *Plasmodium falciparum* among Batwa pygmies in Uganda: evidence from a cross-sectional survey. *Am J Trop Med Hyg* 2014; **91**:39–49. doi:10.4269/ajtmh.13-0422.

[1] **Lennard JA**, Berrang-Ford L. Internet-based partner selection and risk for unprotected anal intercourse in sexual encounters among men who have sex with men: a meta-analysis of observational studies. *Sex Transm Infect* 2014; **90**:290–6. doi:10.1136/sextrans-2013-051332.

**Reviews (peer-reviewed)**

[3] **Lennard JA**, Reingold AL. Emerging challenges and opportunities in infectious disease epidemiology. *Am J Epidemiol* 2019; **188**:873–82. doi:10.1093/aje/kwy264

[2] **Lennard JA**, Hanage WP. Making sense of differences in pneumococcal serotype replacement. *Lancet Infect Dis* 2019; **19**:e213–20. doi:10.1016/S1473-3099(18)30660-1.

[1] **Lennard JA**, Cobey S. Immune history and influenza vaccine effectiveness. *Vaccines* 2018; **6**:28. doi:10.3390/vaccines6020028.

**Comments and correspondence (not peer-reviewed)**

[7] Jewell NP, **Lennard JA**, Jewell BL. Predictive mathematical models of the COVID-19 pandemic: Underlying principles and value of projections. *JAMA* 2020; doi:10.1001/jama.2020.6585.

[6] Jewell NP, **Lennard JA**, Jewell BL. Caution warranted: Using the Institute for Health Metrics and Evaluation (IHME) model for predicting the course of the COVID-19 pandemic. *Ann Intern Med* 2020; doi:10.7326/M20-1565.

[5]

CONFIDENTIAL

TI_001502

APP-0538

Lewnard JA, Lo NC. Scientific and ethical basis for contact-reducing interventions against COVID-19. *Lancet Infect Dis* 2020; doi:0.1016/S1473-3099(20)30190-0.

[4] Hanage WP, **Lewnard JA**. Pneumococcal conjugate vaccines in different settings – Authors' reply. *Lancet Infect Dis* 2019; **19**:1284. doi:10.1016/S1473-3099(19)30630-9.

[3] **Lewnard JA**, Tedijanto C, Cowling BJ, Lipsitch M. Accounting for unobserved and differential susceptible time at risk in retrospective studies: response to Dean (2019). *Am J Epidemiol* 2019; **188**:807–8. doi:10.1093/aje/kwz018.

[2] **Lewnard JA**. Ebola virus disease: 11,323 deaths later, how far have we come?. *Lancet* 2018; **392**:189–90. doi:10.1016/S0140-6736(18)31443-0.

[1] Rivers C, Alexander K, Bellan S, Del Valle S, Drake JM, Eisenberg JN, Eubank S, Ferrari M, Halloran ME, Galvani AP, Lewis BL, **Lewnard JA**, Lofgren E, Macal M, Marathe M, Ndeffo Mbah ML, Meyers LA, Meza R, Park A, Porco T, Scarpino SV, Shaman J, Vespignani A, Yang W. Ebola: models do more than forecast. *Nature* 2014; **515**:492. doi:10.1038/515492a.

## Submitted manuscripts

[8] **Lewnard JA**\*, Bruxvoort K\*, Fischer H, Hong V, Grant LR, Jodar L, Gessner BD, Tartof SY. Prevention of coronavirus disease 2019 among older adults receiving pneumococcal conjugate vaccine. Under review.

[7] Head JR, Andrejko K, Cheng Q, Collender PA, Phillips S, Boser A, Heaney AK, Hoover CM, Wu SL, Northrup G, Clinck K, Harrison R, **Lewnard JA**, Remais JV .The effect of school closures and reopening strategies on COVID-19 infection dynamics in the San Francisco Bay Area: a cross-sectional survey and modeling analysis. Pre-print from *medRxiv*: doi:10.1101/2020.08.06.20169797. Submitted.

[6] Andrejko K, Ratnasiri B, Hausdorff WP, Laxminarayan R, **Lewnard JA**. Antimicrobial resistance in pediatric *Streptococcus pneumoniae* isolates amid global implementation of pneumococcal conjugate vaccines: a systematic review and meta-regression analysis. Under review.

[5] Miller AC, Foti NJ, **Lewnard JA**, Jewell NP, Guestrin C, Fox EB. Mobility trends provide a leading indicator of changes in SARS-CoV-2 transmission. Pre-print from *medRxiv*: doi:10.1101/2020.05.07.20094441.

[4] Lo NC, Andrejko K, Sawin VI, Norris SL, **Lewnard JA**. Contribution of mathematical modeling evidence to World Health Organization guidelines: a systematic review. Under review.

[3] **Lewnard JA**, Cowley LA. An empirical Bayes method for serotype case-carrier ratios, with an application to Group B streptococcus. Revised. Pre-print from *bioRxiv*: doi:10.1101/421412.

[2] Fu H, **Lewnard JA**, Frost I, Laxminarayan R, Arinaminpathy N. Estimating the vaccine-avertable burden of multi-drug-resistant tuberculosis: a modelling study. Submitted.

[1] Miller AC, Hannah L, Futoma J, Foti NJ, Fox EB, D'Amour A, Sandler M, Saurous RA, **Lewnard JA**. Statistical deconvolution for inference of infection time series. Submitted. Pre-print from *medRxiv*: doi:10.1101/2020.10.16.20212753

## Science outreach

[1] **Lewnard JA**. The Olympics won't spread Zika around the world. *The Conversation*, 25 July 2016. http://bit.ly/2au5kr9.

# Awards and fellowships

| | |
|---|---|
| Visiting Fellow, Center for Disease Dynamics, Economics, and Policy | 2020–23 |
| Kavli Fellow, US National Academy of Sciences | 2019 |
| Emerging Leaders in Biosecurity Fellow, Center for Health Security, Johns Hopkins Bloomberg School of Public Health | 2018 |
| Wilbur Downs Award, Yale School of Medicine ($7,500) | 2015 |
| Science Undergraduate Research Award, McGill Faculty of Science ($5,600, *1 per department per year*) | 2013 |
| Undergraduate Award, Canadian Association of Geographers (*1 per institution per year*) | 2013 |

CONFIDENTIAL

TI_001503

APP-0539

# Teaching

## Students supervised

**University of California, Berkeley**

*PhD committee service*
Kristin Andrejko (epidemiology), *Primary dissertation supervisor*
Graham Northrup (computational biology), *Dissertation co-supervisor*
Sean Wu (epidemiology), *Dissertation committee member*
Shelley Facente (epidemiology), *Dissertation committee member*
Christopher Hoover (environmental health sciences), *Dissertation committee member*

*MPH capstone theses supervised*
Nicholas Murdock, Tyler Chervo, Karen Click                                  2021
Lauren Linde                                                                 2020
Arti Kundu, Drew Wodecki, Whitney Mgbara                                     2019

*PhD qualifying examinations administered*
Jennifer Head (epidemiology), Joanna Vinden (IDV), Cheyenne Butcher (epidemiology)    2020
Nicholas Lo (IDV), Whitney Mgbara (ESPM), Kieran O'Brien (epidemiology), Mary Horton (epidemiology),    2019
Christopher Hoover (epidemiology)

**Harvard TH Chan School of Public Health**

Angel Rollo (undergraduate), *summer research project*                       2018
Wilma Figueroa (undergraduate), *summer research project*                    2018
Veronica Wang (undergraduate), *summer research project*                     2017
Winston Kunkel (undergraduate), *summer research project*                    2017

## Courses taught

**University of California, Berkeley**

*As primary instructor*
PH253B Epidemiology and control of infectious diseases                       2019–
PH293 Advanced doctoral seminar in epidmeiology                              2020–

*As guest instructor*
PH260E Molecular epidemiology of infectious diseases                         2019

**Fundaçao Oswaldo Cruz**

International course in molecular epidemiology                                2018

**Yale University**

Developing research proposals for the Downs Fellowship in public health, *Primary instructor*.    2015–16
Quantitative methods in infectious disease epidemiology, *Graduate teaching fellow*.              2014–16
Introduction to public health surveillance, *Graduate teaching fellow*.                           2016
Introductory statistics, *Head graduate teaching fellow*.                                         2015

# Presentations

## Engagements at external academic institutions

[14]

Joseph Lewnard                         October 29, 2020                         7

APP-0540

Harvard TH Chan School of Public Health, October, 2020

[13] University of Texas at Austin, October, 2020
[12] Mathematical Sciences Research Institute. Berkeley, California. August, 2020.
[11] Koret Berkeley-Tel Aviv Initiative in Computational Biology Symposium. Tel Aviv University, Tel Aviv, Israel. June, 2019
[10] University of Bath, Bath, United Kingdom. February, 2019
[9] Imperial College, London, London, United Kingdom, September, 2018
[8] London School of Hygiene and Tropical Medicine, London, United Kingdom, September, 2018
[7] University of California, San Francisco. San Francisco, California. February, 2019
[6] University of Minnesota School of Public Health. Minneapolis, Minnesota. February, 2018
[5] Boston University School of Public Health, Boston, Massachusetts. February, 2018
[4] Rollins School of Public Health, Emory University, Atlanta, Georgia. February, 2018
[3] Langone School of Medicine, New York University, New York, New York. February, 2018
[2] The Broad Institute, Cambridge, Massachusetts. May, 2017
[1] Columbia Mailman School of Public Health, New York, New York. October, 2016

## Policy and industry engagements

[7] Kaiser Permanente. March, 2020–.
[6] Pfizer Advisory Board. December, 2019.
[5] Pfizer Advisory Board. September, 2019.
[4] WHO Advisory Committee on vaccines against antimicrobial resistance, London, United Kingdom. February, 2019.
[3] Merck, Upper Gwynned, Pennsylvania. November, 2018.
[2] Pfizer, Collegeville, Pennsylvania. September, 2017.
[1] Biomedical Advanced Research and Development Authority (Office of the Assistant Secretary of Preparedness and Response, US Dept. Health and Human Services), Washington, DC. November, 2014.

## Scientific conferences

[18] American Society for Microbiology Microbe Conference. June, 2020. *Invited oral presentation; canceled due to COVID-19.*
[17] Vaccines for Enteric Diseases. October, 2019. *Contributed oral presentation.*
[16] Korean-American Kavli Frontiers of Science Symposium. June, 2019. *Poster.*
[15] National Foundation for Infectious Diseases Annual Conference on Vaccinology Research. April, 2019. *Invited oral presentation.*
[14] Bay Area Ecology and Evolution of Infectious Diseases Meeting. March, 2019. *Invited oral presentation.*
[10–13] International Symposium on Pneumococci and Pneumococcal Diseases, Melbourne, Australia. April, 2018. *Contributed oral presentations (4).*
[9] Epidemics 6, Sitges, Spain. December, 2017. *Poster.*
[7–8] Infectious Diseases Society of America IDWeek, San Diego, USA. October, 2017. *Contributed oral presentation, Poster.*
[6] American Society for Microbiology (ASM) Microbe, New Orleans, USA. June, 2017. *Poster.*
[5] Twelfth International Rotavirus Symposium, Melbourne, Australia. September, 2016. *Poster.*
[4] International Symposium on Pneumococci and Pneumococcal Diseases, Glasgow, UK. June, 2016. *Contributed oral presentation.*
[3] Ecology and Evolution of Infectious Diseases, Ithaca, USA. June, 2016. *Poster.*
[2] Vaccines for Enteric Diseases, Edinburgh, UK. July, 2015. *Poster.*
[1] Palestinian-Israeli Collaborative Research Conference, Jerusalem, Israel. May, 2015. *Oral presentation.*

CONFIDENTIAL                    TI_001505
APP-0541

# Service

## Service to profession

### Grant review

Swiss National Science Foundation                                          2020
Wellcome Trust, UK                                                         2019

### Editorial service

Reviewing Editor, *eLife*                                                  2020–
Guest Editor, *PLoS Negl Trop Dis*                                          2019

### Manuscript peer review

*AIDS and Behavior, American Journal of Epidemiology, American Journal of Tropical Medicine and Hygiene, Annals of Internal Medicine, BMC Infectious Diseases, The BMJ, BMJ Global Health, Clinical Infectious Diseases, Emerging Infectious Diseases, Epidemics, Epidemiologic Methods, Epidemiology and Infection, Expert Review of Vaccines, Innate Immunity, International Journal of Epidemiology, International Journal of Infectious Diseases, International Journal of STD and AIDS, JAMA, Journal of Infectious Diseases, The Lancet, The Lancet Infectious Diseases, The Lancet Global Health, The Lancet Public Health, mSphere, Nature Medicine, Pathogens and Global Health, PLoS Biology, PLoS Computational Biology, PLoS Medicine, PLoS Neglected Tropical Diseases, PLoS ONE, Proceedings of the National Academy of Sciences of the USA, Public Health Nutrition, Science, Science Translational Medicine, Scientific Reports, Sexually Transmitted Infections, Vaccine*

## Institutional service

### University of California, Berkeley

UC Office of the President, Systemwide Testing and Tracing Task Force        2020–
Chancellor's Committee on Public Health and Testing                          2020–
Epidemiology graduate admissions committee                                   2019–

### Yale Graduate School of Arts and Sciences

Epidemiology and Public Health Departmental Representative, Yale Graduate Student Assembly    2014–16
Professional ethics facilitator, Yale Graduate School of Arts and Sciences                   2015–16

Joseph Lewnard                          October 29, 2020                          9

APP-0542

# EXHIBIT B

**Supplemental Expert Report
dated January 29, 2021**

APP-0543 – APP-0552

**EXPERT WITNESS REPORT IN THE TREASURE ISLAND MATTER: SUPPLEMENT**

Joseph Lewnard, PhD

29 January, 2021

TI_004126
APP-0543

**SCOPE OF ENGAGEMENT**

I was requested by counsel for Treasure Island, LLC (TI) to supplement my Original Report dated 6 November, 2020 and my Rebuttal Report dated 7 December, 2020, in the matter of Treasure Island, LLC (TI) versus Affiliated FM Insurance Company (AFM). My opinions are based on my knowledge, skill, training, education, and all materials considered in my Original Report as well as my Rebuttal Report; any additional materials considered are cited in the footnotes. Please refer to my Original Report for a summary of my qualifications. I hold the opinions stated below to a reasonable degree of scientific certainty.

**CONCLUSIONS: COVID-19 INTRODUCTIONS TO TI BEFORE AND AFTER THE CLOSURE**

I was asked to address the following specific questions in light of Dr. Roberts' second opinion in his rebuttal report ("There is no confirmation of viable virus being present on surfaces at Treasure Island locations."), the apparent conflict between document AFM003517-20 (AFM Revised Talking Points, produced by AFM on 27 January, 2021) and Dr. Roberts' opinion in his original report ("The plaintiff in this matter has not provided objective evidence that SARS-CoV-2 virus was present on the premises during the pandemic."), and Treasure Island's supplemental Answer to Interrogatory No. 6:

1. *What is the number of COVID-19 cases who, based on reliable modeling, can be assessed to have entered the premises of TI during the period of 1 January, 2020 to 18 March, 2020, before the facility closed because of COVID-19?*

   Even assuming low prevalence of COVID-19 (below values reported in the literature and those consistent with the observed burden of COVID-19 hospitalizations in Clark County,

TI_004127
APP-0544

Nevada), with over 99.99% certainty, **≥100 COVID-19** cases entered TI in the period of 1 January, 2020 to 18 March, 2020 among the roughly 329,000 guests visiting TI in this period. In **Table 1**, I list minimum numbers of COVID-19 cases that can be determined, at differing probability thresholds (99.99% certainty to 50% certainty), to have entered TI over this period. In addition, I list the minimum numbers of COVID-19 cases that can be determined, at the same probability thresholds, to have been present at TI on a given day. Numbers in the table correspond to individuals who would be determined to be PCR-positive upon testing, had such testing been undertaken.

2. *What is the number of COVID-19 cases who, based on reliable modeling, can be assessed to have entered the premises of TI during the period of 4 June, 2020 to 31 December, 2020, after the facility re-opened?*

Under levels of COVID-19 prevalence consistent with observed COVID-19 hospitalizations in Clark County, with over 99.99% certainty, **≥500 COVID-19 cases** entered TI in the period of 4 June, 2020 to 31 December, 2020 among all guests visiting TI during this period. In **Table 2** and **Table 3**, I list minimum numbers of COVID-19 cases that can be determined to have entered each month and during the whole period, under alternative assumptions. In addition, I list the minimum numbers of COVID-19 cases that can be determined, at the same probability thresholds, to have been present at TI on a given day. Numbers in the table correspond to individuals who would be determined to be PCR-positive upon testing, had such testing been undertaken.

**METHODS TO QUANTIFY COVID-19 INTRODUCTIONS TO TI BEFORE AND AFTER THE CLOSURE**

I have made simple extensions to the analytical approach taken in my Original Report to address these questions. My analysis continues to be based on the binomial distribution of the expected number of COVID-19 cases arriving to TI over each period in question, parameterized based on the number of arriving guests and principled assessments of ranges for the background prevalence of COVID-19 in the population.

To address the first question, I considered background infection prevalence in the range of 0.05% to 0.3% for the period in question; as noted in my Original Report and Rebuttal Report, these ranges are intended to convey an overall average over the period and are within or below the range of reported prevalence from general population samples (the lowest of which was 0.13%), and well below published ranges of prevalence among travelers over this period (>3%). As a second approach to validate the plausible range of values, I determined plausible numbers of infections in Clark County by March 18 from the number of COVID-19 hospitalizations reported. Hospitalizations provided a useful unit of analysis in early phases of the pandemic owing to limited and inconsistent availability of testing for persons without severe illness. On average, the time from infection to hospital admission has been indicated at between 7 and 12 days,[1] and the proportion of infections necessitating hospitalization has been valued at 2.9%, with a 95% confidence interval between 1.7% and 4.8%, in a demographically comparable, high-income country setting.[2] Considering these lag times, Clark County experienced 304 COVID-19 hospitalizations by March 25 and 530 by March 30, among a population of roughly 2,267,000; applying the lower and upper bounds of the proportion of infections hospitalized, we

---

[1] Lewnard et al., *BMJ* 2020; https://doi.org/10.1136/bmj.m1923.
[2] Salje et al., *Science* 2020; https://doi.org/10.1126/science.abc3517.

may determine between 6,292 and 31,176 infections cumulatively (equating to between 0.28% and 1.4% of the population) by 18 March. Considering a 17-day duration of SARS-CoV-2 detectability in the upper respiratory tract,[3] the mean prevalence of infection over the period of 1 January to 18 March falls between lower and upper bounds of 0.06% and 0.3%, consistent with the range identified above. Results are presented in **Table 1**.

The touristic nature of the venue dictates that most TI guests were probably not visiting from Clark County. Notably, however, Nevada experienced low incidence of COVID-19 relative to other, larger, states where cases emerged earlier (e.g. California, New York), and which provide a considerable share of TI guests. Thus, the framework described above is likely to lead to conservative determinations by vastly under-estimating true prevalence among travelers.

I used the same approach to determine cases introduced to TI after the facility re-opened on 4. June, 2020. I arrived at ranges for the background prevalence of infection during each month from June to December via the following approach: I computed monthly average incidence rates of COVID-19 hospitalizations in Clark County by dividing averaged daily confirmed COVID-19 cases in hospital[4] (a census of all current occupants) by the 12.1-day mean duration of hospital stay among US patients in hospitals where capacity has not been overrun,[5] thereby obtaining daily new hospitalized cases. I multiplied this rate by the inverse of the infection-to-hospitalization ratio described above, using 2.9% as the "baseline" and the 95% confidence interval (1.7-4.8%) for upper and lower bounds of incident daily infections. Last, I multiplied by the 17-day average duration of infection cited above to convert incidence to prevalence. I present outputs based on these simple conditions (**Table 2**) as well as figures based on an

---

[3] Cevik et al., *Lancet Microbe* 2020; https://doi.org/10.1016/S2666-5247(20)30172-5.
[4] Daily hospitalizations data are available from the Nevada Health Response website at https://nvhealthresponse.nv.gov/.
[5] Lewnard et al., *BMJ* 2020; https://doi.org/10.1136/bmj.m1923.

TI_004130
APP-0547

assumed 30% reduction[6] in infection prevalence due to symptoms or fever screening pre-travel and on arrival (assuming travelers who felt any symptom either before departing or upon arrival would avoid entering TI; **Table 3**); it is likely that such screening in fact achieves lower effectiveness, as the 30% figure reported by Gostic et al. requires several "best-case" assumptions such as a 5% asymptomatic fraction (likely closer to 50% in reality for COVID-19). I plot data on daily hospital census for confirmed COVID-19 patients in Clark County in **Figure 1** together with corresponding ranges of the average monthly prevalence of individuals who would be expected to be PCR-positive COVID-19 cases.

For each question, I address the expected number of infected guests among all those present on a given day and the expected number of unique guests arriving over each 1-month period, assuming a 3.4-day average duration of stay in Las Vegas (**Table 2** and **Table 3**) as available data for the period from 4 June onward included only the number of guests staying each night.

To convey ranges, I present the expected value of the number of COVID-19 cases as well as minimum values of the number of infected cases that can be supported with differing levels of statistical certainty (99.99%, 99.9%, 99%, 90%, 75%, and 50%). These outputs correspond to the 0.01%ile, 0.1%ile, 1%ile, 10%ile, 25%ile, and 50%ile of the underlying binomial distributions.

---

[6] Gostic et al., *eLife* 2020; https://doi.org/10.7554/eLife.55570 (published 24 February; initially published as a pre-print on January 30 at https://doi.org/10.1101/2020.01.28.20019224).

TI_004131
APP-0548

**Table 1: Quantifying the number of PCR-positive cases introduced to TI before closure.**

| Background prevalence from 1 Feb. to 18 March | Minimum number of cases at indicated probability threshold | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 99.99% | | 99.9% | | 99% | | 90% | | 75% | | 50% | |
| | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative |
| 0.05% | 0 | 119 | 0 | 126 | 0 | 135 | 1 | 148 | 2 | 156 | 3 | 164 |
| 0.1% | 0 | 264 | 1 | 274 | 2 | 288 | 4 | 306 | 5 | 317 | 7 | 329 |
| 0.2% | 3 | 565 | 4 | 580 | 6 | 599 | 9 | 625 | 11 | 641 | 14 | 658 |
| 0.3% | 6 | 872 | 8 | 891 | 11 | 915 | 15 | 947 | 18 | 966 | 21 | 987 |

Values are computed based on the presence of 329,000 guests over the entire period, with 7,000 present on any given day.

7

TI_004132

CONFIDENTIAL: Subject to the Protective Order entered in this case
29 January, 2021

Table 2: Quantifying the number of PCR-positive cases introduced to TI after reopening.

| Month and guest volume | Minimum number of cases at indicated probability threshold | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 99.99% | | 99.9% | | 99% | | 90% | | 75% | | 50% | |
| | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative |
| **June (44,576 guest-nights/27 days)** | | | | | | | | | | | | |
| Baseline est. (54.1 pos. guests) | 0 | 29 | 0 | 33 | 2 | 38 | 4 | 45 | 5 | 49 | 7 | 54 |
| Lower bound est. (32.7 pos. guests) | 0 | 14 | 0 | 17 | 0 | 20 | 2 | 25 | 3 | 29 | 4 | 33 |
| Upper bound est. (92.3 pos. guests) | 1 | 59 | 3 | 64 | 5 | 71 | 7 | 80 | 9 | 86 | 11 | 92 |
| **July (63,254 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (275.8 pos. guests) | 12 | 217 | 15 | 226 | 18 | 238 | 23 | 255 | 26 | 265 | 30 | 276 |
| Lower bound est. (166.7 pos. guests) | 5 | 121 | 7 | 128 | 9 | 137 | 13 | 150 | 15 | 158 | 18 | 166 |
| Upper bound est. (470.6 pos. guests) | 27 | 393 | 31 | 406 | 36 | 421 | 43 | 443 | 47 | 456 | 51 | 470 |
| **August (69,109 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (289.5 pos. guests) | 13 | 229 | 16 | 239 | 19 | 251 | 25 | 268 | 28 | 278 | 32 | 289 |
| Lower bound est. (174.9 pos. guests) | 5 | 128 | 7 | 136 | 10 | 145 | 14 | 158 | 16 | 166 | 19 | 175 |
| Upper bound est. (493.9 pos. guests) | 29 | 414 | 33 | 427 | 38 | 444 | 45 | 466 | 49 | 479 | 54 | 494 |
| **September (73,423 guest-nights/30 days)** | | | | | | | | | | | | |
| Baseline est. (154.4 pos. guests) | 4 | 111 | 6 | 118 | 9 | 126 | 12 | 139 | 15 | 146 | 17 | 154 |
| Lower bound est. (93.3 pos. guests) | 1 | 60 | 2 | 65 | 4 | 72 | 7 | 81 | 8 | 87 | 10 | 93 |
| Upper bound est. (263.4 pos. guests) | 12 | 206 | 15 | 215 | 18 | 227 | 23 | 243 | 26 | 252 | 30 | 263 |
| **October (75,501 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (148.3 pos. guests) | 4 | 105 | 5 | 112 | 8 | 121 | 11 | 133 | 13 | 140 | 16 | 148 |
| Lower bound est. (89.6 pos. guests) | 1 | 57 | 2 | 62 | 3 | 68 | 6 | 78 | 8 | 83 | 10 | 89 |
| Upper bound est. (253.0 pos. guests) | 11 | 196 | 13 | 206 | 16 | 217 | 21 | 233 | 24 | 242 | 28 | 253 |
| **November (56,862 guest-nights/30 days)** | | | | | | | | | | | | |
| Baseline est. (260.0 pos. guests) | 12 | 203 | 14 | 212 | 18 | 224 | 23 | 240 | 26 | 249 | 29 | 260 |
| Lower bound est. (157.1 pos. guests) | 5 | 113 | 6 | 120 | 9 | 129 | 13 | 141 | 15 | 149 | 18 | 157 |
| Upper bound est. (443.6 pos. guests) | 26 | 368 | 30 | 381 | 35 | 396 | 41 | 417 | 45 | 429 | 50 | 443 |
| **December (37,383 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (313.6 pos. guests) | 15 | 251 | 18 | 261 | 22 | 274 | 27 | 291 | 30 | 302 | 34 | 313 |
| Lower bound est. (189.5 pos. guests) | 6 | 141 | 8 | 149 | 11 | 158 | 15 | 172 | 18 | 180 | 21 | 189 |
| Upper bound est. (535.0 pos. guests) | 33 | 453 | 37 | 467 | 42 | 483 | 49 | 506 | 54 | 520 | 59 | 535 |
| **June-December (420,108 guest-nights/211 days)** | | | | | | | | | | | | |
| Baseline est. (1495.9 pos. guests) | 8 | 1355 | 11 | 1378 | 14 | 1407 | 18 | 1447 | 21 | 1470 | 24 | 1496 |
| Lower bound est. (903.8 pos. guests) | 3 | 795 | 4 | 813 | 7 | 835 | 10 | 865 | 12 | 883 | 14 | 904 |
| Upper bound est. (2551.8 pos. guests) | 20 | 2368 | 23 | 2399 | 27 | 2436 | 33 | 2488 | 37 | 2518 | 41 | 2552 |

Values are computed based on the reported number of guests present each day, assuming a 3.4-day average duration of stay (consistent with the average length of a visit to Las Vegas in 2019) for each guest to arrive at cumulative figures by month and for the overall period.

CONFIDENTIAL: Subject to the Protective Order entered in this case
29 January, 2021

TI_004133

**Table 3: Quantifying the number of PCR-positive cases introduced to TI after reopening in the setting of stringent symptoms screening (30% effectiveness per Gostic et al., 2020).**

| Month and guest volume | Minimum number of cases at indicated probability threshold | | | | | | | | | | | |
| | 99.99% | | 99.9% | | 99% | | 90% | | 75% | | 50% | |
| | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative |
| **June (44,576 guest-nights/27 days)** | | | | | | | | | | | | |
| Baseline est. (37.9 pos. guests) | 0 | 17 | 0 | 20 | 1 | 24 | 2 | 30 | 3 | 34 | 5 | 38 |
| Lower bound est. (22.9 pos. guests) | 0 | 7 | 0 | 10 | 0 | 13 | 1 | 17 | 2 | 20 | 3 | 23 |
| Upper bound est. (64.6 pos. guests) | 0 | 37 | 1 | 41 | 2 | 47 | 5 | 54 | 6 | 59 | 8 | 64 |
| **July (63,254 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (193.1 pos. guests) | 6 | 144 | 9 | 152 | 11 | 162 | 15 | 175 | 18 | 184 | 21 | 193 |
| Lower bound est. (116.7 pos. guests) | 2 | 79 | 3 | 85 | 5 | 92 | 8 | 103 | 10 | 109 | 13 | 116 |
| Upper bound est. (329.4 pos. guests) | 16 | 265 | 19 | 275 | 23 | 288 | 29 | 306 | 32 | 317 | 36 | 329 |
| **August (69,109 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (202.7 pos. guests) | 7 | 152 | 9 | 160 | 12 | 170 | 16 | 185 | 19 | 193 | 22 | 203 |
| Lower bound est. (122.2 pos. guests) | 2 | 84 | 4 | 90 | 6 | 98 | 9 | 108 | 11 | 115 | 13 | 122 |
| Upper bound est. (345.8 pos. guests) | 17 | 279 | 21 | 290 | 24 | 304 | 30 | 322 | 34 | 333 | 38 | 346 |
| **September (73,423 guest-nights/30 days)** | | | | | | | | | | | | |
| Baseline est. (108.1 pos. guests) | 2 | 72 | 3 | 78 | 5 | 85 | 8 | 95 | 10 | 101 | 12 | 108 |
| Lower bound est. (65.3 pos. guests) | 0 | 38 | 1 | 42 | 2 | 47 | 4 | 55 | 5 | 60 | 7 | 65 |
| Upper bound est. (184.4 pos. guests) | 6 | 136 | 8 | 144 | 11 | 154 | 15 | 167 | 18 | 175 | 21 | 184 |
| **October (75,501 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (103.8 pos. guests) | 1 | 68 | 3 | 74 | 4 | 81 | 7 | 91 | 9 | 97 | 11 | 104 |
| Lower bound est. (62.7 pos. guests) | 0 | 36 | 2 | 40 | 2 | 45 | 4 | 53 | 5 | 57 | 7 | 63 |
| Upper bound est. (177.1 pos. guests) | 5 | 130 | 7 | 138 | 10 | 147 | 14 | 160 | 16 | 168 | 19 | 177 |
| **November (56,862 guest-nights/30 days)** | | | | | | | | | | | | |
| Baseline est. (182.0 pos. guests) | 6 | 134 | 8 | 142 | 11 | 152 | 15 | 165 | 17 | 173 | 20 | 182 |
| Lower bound est. (110.0 pos. guests) | 2 | 73 | 3 | 79 | 5 | 86 | 8 | 97 | 10 | 103 | 12 | 110 |
| Upper bound est. (310.5 pos. guests) | 16 | 248 | 18 | 258 | 22 | 271 | 28 | 288 | 31 | 299 | 35 | 310 |
| **December (37,383 guest-nights/31 days)** | | | | | | | | | | | | |
| Baseline est. (219.5 pos. guests) | 8 | 167 | 11 | 176 | 14 | 186 | 18 | 201 | 21 | 210 | 24 | 219 |
| Lower bound est. (132.6 pos. guests) | 3 | 92 | 4 | 99 | 7 | 107 | 10 | 118 | 12 | 125 | 14 | 132 |
| Upper bound est. (374.5 pos. guests) | 20 | 306 | 23 | 317 | 27 | 331 | 33 | 350 | 37 | 362 | 41 | 374 |
| **June-December (420,108 guest-nights/211 days)** | | | | | | | | | | | | |
| Baseline est. (1047.1 pos. guests) | 4 | 929 | 6 | 949 | 8 | 973 | 12 | 1006 | 14 | 1025 | 17 | 1047 |
| Lower bound est. (632.6 pos. guests) | 1 | 541 | 2 | 557 | 4 | 575 | 6 | 601 | 8 | 616 | 10 | 632 |
| Upper bound est. (1786.3 pos. guests) | 11 | 1632 | 14 | 1658 | 17 | 1689 | 22 | 1733 | 25 | 1758 | 29 | 1786 |

Values are computed based on the reported number of guests present each day, assuming a 3.4-day average duration of stay (consistent with the average length of a visit to Las Vegas in 2019) for each guest to arrive at cumulative figures by month and for the overall period.

9

CONFIDENTIAL: Subject to the Protective Order entered in this case
29 January, 2021

TI_004134