IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHILADELPHIA EAGLES LIMITED PARTNERSHIP<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 21-1776 |
|---|---|

## ORDER RE: PLAINTIFF'S MOTION TO REMAND

**AND NOW**, this 24th day of March, 2022, for the reasons in the foregoing Memorandum and after careful consideration of Plaintiff Philadelphia Eagles Limited Partnership's Motion to Remand (ECF 10), Defendant Factory Mutual Insurance Company's Response (ECF 13), and Plaintiff's Reply (ECF 14); Plaintiff's Supplemental Brief (ECF 30), Defendant's Supplemental Response (ECF 31), and Plaintiff's Supplemental Reply (ECF 32); and Plaintiff's (ECF 41) and Defendant's (ECF 40) Post-Hearing Briefs, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-1776 Philadelphia Eagles Limited Partnership v. Factory Mutual Ins Co\21cv1776 Order re Motion to Remand.docx