IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP | : : : : |
| Plaintiff, | : Civil #21-1776 : |
| v. | : : |
| FACTORY MUTUAL INSURANCE COMPANY | : : |
| Defendant. | : : : |

**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

1. Plaintiff Philadelphia Eagles Limited Partnership (the "Eagles") filed its First Amended Complaint on January 19, 2022. (ECF 44).

2. By stipulation approved by the Court on January 18, 2022, Defendant Factory Mutual Insurance Company ("FMIC") agreed to Answer, Move or otherwise plead to the First Amended Complaint on or before 21 days after the Court's ruling in Plaintiff's Motion to Remand. (ECF 43).

3. The Court denied Plaintiff's Motion to Remand on March 24, 2022. (ECF 46).

4. The Defendant intends to file a Motion to Dismiss the First Amended Complaint.

5. The Parties anticipate that FMIC's Motion to Dismiss will raise complicated legal issues and, therefore, agree that it would be appropriate to stipulate to a briefing schedule.

6. Therefore, subject to the approval of the Court, the parties hereby **STIPULATE** and **AGREE** to the following briefing schedule on Defendant's anticipated Motion to Dismiss the First Amended Complaint:

    a.  FMIC's Motion to Dismiss the First Amended Complaint shall be due by **April 21, 2022**;

    b.  The Eagles' Brief in Opposition to the Motion to Dismiss the First Amended Complaint shall be due by **May 19, 2022**;

    c.  FMIC's Reply Brief in Support of the Motion to Dismiss the First Amended Complaint shall be due by **June 6, 2022**.

So stipulated this 7th day of April, 2022.

| | |
|---|---|
| **BLANK ROME LLP**<br><br>By: /s/ Charles A. Fitzpatrick IV<br>CHARLES A. FITZPATRICK IV (PA Bar 309113)<br>JAMES T. GILES (PA Bar 4425)<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 569-5600<br>Email: fitzpatrick-c@blankrome.com<br>Email: jgiles@blankrome.com<br><br>LINDA KORNFELD (lead counsel) (*pro hac vice*)<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Telephone: 424.239.3400<br>Facsimile: 424.239.3434<br>Email: lkornfeld@blankrome.com<br><br>JAMES R. MURRAY (*pro hac vice*)<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: 202.420.2200<br>Facsimile: 202.420.2201<br>Email: jmurray@blankrome.com<br><br>LISA M. CAMPISI (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020-1300<br>Telephone: (212) 885-5378<br>Facsimile: (212) 685-9926<br>lcampisi@blankrome.com<br><br>*Attorneys for Plaintiff Philadelphia Eagles Limited Partnership* | **BUTLER WEIHMULLER KATZ CRAIG LLP**<br><br>By: /s/Richard D. Gable, Jr.<br>RICHARD D. GABLE, JR., ESQ.<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103<br>Telephone: (215) 405-9191<br>rgable@butler.legal<br><br>*Attorneys for Defendant Factory Mutual Insurance Company* |

**SO ORDERED BY THE COURT this** \_\_\_8th\_\_\_ **day of April, 2022**

\_\_s/ Michael M. Baylson_____
**MICHAEL M. BAYLSON, J.**