IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA EAGLES LIMITED PARTNERSHIP**<br><br>v.<br><br>**FACTORY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 21-1776**<br><br>**DATE OF NOTICE: June 15, 2022** |

### NOTICE OF HEARING (TIME CHANGE)

Please be advised that **ORAL ARGUMENT RE: MOTION TO DISMISS (DOC. NO. 48)** originally scheduled for June 28, 2022 at 10:30 a.m., will be **RESCHEDULED** for **June 28, 2022** at **9:30 a.m**., before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Amanda Frazier
_____
Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 21\21-1776 Philadelphia Eagles Limited Partnership v. Factory Mutual Ins Co\21cv1776 Notice Re MTD.doc