# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 2:21-cv-01776-MMB |
| FACTORY MUTUAL INSURANCE COMPANY, | : : : | |
| Defendant. | : : | |

**DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Factory Mutual Insurance Company ("Factory Mutual") respectfully submits this Notice of Supplemental Authority in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 48). The decision cited below was issued after Factory Mutual filed its Reply in Support of its Motion to Dismiss on June 22, 2022 (ECF No. 52).

- AC Ocean Walk, LLC v. Am. Guar. & Liab. Ins. Co., No. A-1824-21 (N.J. Super. Ct. App. Div. June 23, 2022) (attached hereto as Ex. A).

Respectfully Submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/Richard D. Gable, Jr.
Richard D. Gable, Jr., Esq. (Pa. ID No. 65842)
Adam B. Masef, Esq. (PA ID No. 313468)
1818 Market Street, Suite 2740
Philadelphia, PA 19103
rgable@butler.legal
amasef@butler.legal
*Attorneys for Defendant, Factory Mutual Insurance Company*

Dated: June 24, 2022

## CERTIFICATE OF SERVICE

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Notice of Supplemental Authority, electronically filed this 24th day of June, 2022, will be served on the following counsel of record via the Court's Electronic Filing System:

Charles A. Fitzpatrick IV, Esq.
James T. Giles, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103

James R. Murray, Esq.
Helen K. Michael, Esq.
BLANK ROME LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Linda Kornfeld, Esq.
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

Lisa M. Campisi, Esq.
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020-1300

*Attorneys for Plaintiff*

/s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorney for Defendant, Factory Mutual Insurance Company*