**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHILADELPHIA EAGLES LIMITED PARTNERSHIP,**<br><br>Plaintiff,<br><br>**v.**<br><br>**FACTORY MUTUAL INSURANCE COMPANY**<br>Defendant. | **CIVIL ACTION**<br><br>**NO. 21-1776** |
| **SPF OWNER LLC and PHILADELPHIA 76ERS, L.P.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**HARTFORD FIRE INSURANCE COMPANY**<br>Defendant. | **CIVIL ACTION**<br><br>**NO. 22-1333** |

## ORDER RE: DEFENDANTS' MOTIONS TO DISMISS

**AND NOW**, this 15th day of December, 2022, for the reasons in the foregoing Memorandum, it is **ORDERED**:

1. The Motions to Dismiss will be held under advisement.

2. By **January 8, 2023**:

   a. The parties may serve Rule 34 requests for documents, either new requests or amending the previously served requests, limited to twenty-five (25) discreet topics, including any subparts;

    b.   The parties may also serve up to ten (10) interrogatories, including subparts, limited to seeking identification of managers or supervisors presently or previously employed by a party and knowledgeable about the facts of this case;

    c.   Objections shall be served within fourteen (14) days, and any responsive documents shall be produced within thirty (30) days.

3.   Counsel shall meet and confer to attempt to resolve any objections, and any motions to compel must be filed within sixty (60) days, following which, the Court will schedule a discovery conference.

4.   This allowance of discovery may be terminated upon the filing of an appellate decision determining Pennsylvania Law on the issues presented by this case.

5.   Any documents as to which a claim of privilege or work product is made, need not be produced but shall be placed on a log served on opposing counsel.

6.   All parties shall take steps to preserve any documents or other materials that may be relevant to the claims and defenses in this case including Electronically Stored Information ("ESI").

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**