IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA EAGLES LIMITED PARTNERSHIP**<br><br>v.<br><br>**FACTORY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 21-1776** |

## ORDER

**AND NOW**, this 6th day of February, 2023, it is hereby **ORDERED** as follows:

1. All proceedings are stayed until further Order of the Court;

2. The case shall be **TRANSFERRED** to the Civil Suspense File;

3. The Clerk of the Court shall mark this case closed for statistical purposes;

4. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket upon further order of the Court;

5. Counsel shall provide a written status report to the Court every Sixty (60) days; and

6. The entry of this Order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**