IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP | : : : : |
| Plaintiff, | : Case No. 2:21-cv-01776-MMB : |
| v. | : : |
| FACTORY MUTUAL INSURANCE COMPANY | : : |
| Defendant. | : : : |

**JOINT STATUS REPORT**

Plaintiff Philadelphia Eagles Limited Partnership (the "Eagles") and Defendant Factory Mutual Insurance Company ("Factory Mutual," together with the Eagles, the "Parties") hereby submit the following Joint Status Report in accordance with this Court's February 6, 2023 Order (ECF No. 80). This status report addresses the current posture of three Pennsylvania federal and state appellate cases that this Court and the Parties previously highlighted as potentially relevant to this dispute.

***Wilson***. The Third Circuit decided *Wilson* on January 6, 2023, affirming the judgments of the district courts in favor of the insurers. *See Wilson v. USI Ins. Serv. LLC*, 57 F.4th 131 (3d Cir. 2023). On January 20, 2023, the policyholders in *Wilson* filed a petition for rehearing before the original panel and the court *en banc*. That petition remains pending as of the date of this status report.

***Ungarean* and *MacMiles***. The Pennsylvania Superior Court decided *Ungarean* and *MacMiles* on November 30, 2022. *See Ungarean v. CNA*, 286 A.3d 353 (Pa. Super. Ct. 2022); *MacMiles, LLC v. Erie Ins. Exch.*, 286 A.3d 331 (Pa. Super. Ct. 2002). In *Ungarean*, the Superior Court affirmed the trial court's judgment in favor of policyholder. In *MacMiles*, the Superior

Court reversed the trial court's judgment, ruling in favor of the insurer. Both cases have been petitioned to the Pennsylvania Supreme Court for leave to appeal the issues presented in those cases. *See Ungarean v. CNA, et al.*, Docket No. 313 WAL 2022 (petition filed January 4, 2023); *MacMiles, LLC v. Erie Ins. Exch.*, Docket No. 307 WAL 2022 (petition filed December 20, 2022). Both petitions for allowance of appeal remain pending as of the date of this status report.

Factory Mutual further notes that the Parties' Stipulation (ECF No. 78) requested a stay of discovery pending an order from this Court concerning the issues addressed in the supplemental briefing submitted on January 17, 2023, and that the Eagles sought oral argument regarding these same issues. Factory Mutual does not believe that resolution of the matters addressed above is necessary for a ruling on its pending Motion to Dismiss.

The Eagles note their disagreement with Factory Mutual's position and submit that the stay entered by this Court should remain in effect pending the Pennsylvania Supreme Court's disposition of the petitions for allowance of appeal in *Ungarean* and *MacMiles*. If the Pennsylvania Supreme Court grants allowance of appeal in those two cases, the Eagles submit that the stay entered by this Court should remain in effect until the Pennsylvania Supreme Court decides the merits of those disputes.

Dated: April 6, 2023

| | |
|---|---|
| **BLANK ROME LLP** | **BUTLER WEIHMULLER KATZ CRAIG LLP** |
| By: */s/ Charles A. Fitzpatrick IV*<br>CHARLES A. FITZPATRICK IV (PA Bar 309113)<br>Email: charles.fitzpatrick@blankrome.com<br>JAMES T. GILES (Pa Bar 4425)<br>Email: james.giles@blankrome.com<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | By: */s/ Richard D. Gable*<br>RICHARD D. GABLE (PA Bar 65842)<br>Email: rgable@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103<br>Telephone: 267.507.1410<br>Facsimile: 215.405.9190 |

Telephone:  215.569.5608
Facsimile:  215.832.5608

LINDA KORNFELD (*pro hac vice*)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:  424.239.3434
Email: linda.kornfeld@blankrome.com

JAMES R. MURRAY (*pro hac vice*)
HELEN K. MICHAEL (*pro hac vice*)mailto:jmurray@blankrome.com
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  202.420.2200
Facsimile:  202.420.2201
Email:  jim.murray@blankrome.com
Email: helen.michael@blankrome.com

LISA M. CAMPISI (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020-1300
Telephone: (212) 885-5378
Facsimile: (212) 685-9926
Email: lisa.campisi@blankrome.com

*Attorneys for Plaintiff Philadelphia Eagles Limited Partnership*

*Attorneys for Defendant Factory Mutual Insurance Co.*