IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br>v.<br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:21-cv-01776-MMB |

**JOINT STATUS REPORT**

Plaintiff Philadelphia Eagles Limited Partnership (the "Eagles") and Defendant Factory Mutual Insurance Company ("Factory Mutual," together with the Eagles, the "Parties") hereby submit the following Joint Status Report in accordance with the Court's February 6, 2023 Order (ECF No. 80). The Parties filed a prior Joint Status Report on April 6, 2023, pursuant to the February 6 Order. *See* ECF No. 81. That status report addressed the current posture of three Pennsylvania federal and state appellate cases that this Court and the Parties previously highlighted as potentially relevant to this dispute—*Wilson*,[1] *Ungarean*,[2] and *MacMiles*.[3] The procedural postures of these cases have not changed since the Parties' April 6 Joint Status Report, and accordingly, the Parties do not have any further developments to report to the Court at this time.

---

[1] *Wilson v. USI Ins. Serv. LLC*, 57 F.4th 131 (3d Cir. 2023) (petition for rehearing before the original panel and the court *en banc* pending).

[2] *Ungarean v. CNA*, 286 A.3d 353 (Pa. Super. Ct. 2022) (petition for allowance of appeal pending, No. 313 WAL 2022).

[3] *MacMiles, LLC v. Erie Ins. Exch.*, 286 A.3d 331 (Pa. Super. Ct. 2022) (petition for allowance of appeal pending, No. 307 WAL 2022).

Dated: June 6, 2023

| **BLANK ROME LLP** | **BUTLER WEIHMULLER KATZ CRAIG LLP** |
|---|---|
| By: /s/ Charles A. Fitzpatrick<br>CHARLES A. FITZPATRICK IV (PA Bar 309113)<br>Email: charles.fitzpatrick@blankrome.com<br>JAMES T. GILES (Pa Bar 4425)<br>Email: james.giles@blankrome.com<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone:  215.569.5608<br>Facsimile:  215.832.5608<br><br>LINDA KORNFELD (*pro hac vice*)<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Telephone:  424.239.3400<br>Facsimile:  424.239.3434<br>Email: linda.kornfeld@blankrome.com<br><br>JAMES R. MURRAY (*pro hac vice*)<br>HELEN K. MICHAEL (*pro hac vice*)mailto:jmurray@blankrome.com<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone:  202.420.2200<br>Facsimile:  202.420.2201<br>Email:  jim.murray@blankrome.com<br>Email: helen.michael@blankrome.com<br><br>LISA M. CAMPISI (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020-1300<br>Telephone: (212) 885-5378<br>Facsimile: (212) 685-9926<br>Email: lisa.campisi@blankrome.com<br><br>*Attorneys for Plaintiff Philadelphia Eagles Limited Partnership* | By: /s/ Richard D. Gable<br>RICHARD D. GABLE (PA Bar 65842)<br>Email: rgable@butler.legal<br>1818 Market Street, Suite 2740<br>Philadelphia, PA 19103<br>Telephone: 267.507.1410<br>Facsimile: 215.405.9190<br><br>*Attorneys for Defendant Factory Mutual Insurance Co.* |