IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP<br><br>     Plaintiff,<br><br> v.<br><br>FACTORY MUTUAL INSURANCE COMPANY<br><br>     Defendant. | Case No. 2:21-cv-01776-MMB |

## NOTICE OF FILING OF COMCAST SPECTACOR, LLC'S MOTION FOR REASSIGNMENT OF CASE PURSUANT TO LOCAL RULE 40.1

TO: THE COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE** that on July 4, 2023, Comcast Spectacor, LLC filed a Motion for Reassignment of Case Pursuant to Local Rule 40.1 in the case titled *Comcast Spectacor, LLC v. Factory Mutual Insurance Company*, No. 2:23-cv-02476-HB (E.D. Pa.) ("Flyers Action"), seeking reassignment of the Flyers Action to the docket of the Honorable Michael M. Bayslon on that ground that the Flyers Action is related to the above-captioned action, as well as another COVID-19 insurance coverage action pending before Judge Baylson, *SPF Owner LLC v. Hartford Fire Insurance Company*, No. 2:22-cv-01333 (E.D. Pa.).

**PLEASE TAKE FURTHER NOTICE** that the aforementioned Motion for Reassignment is attached hereto as **Exhibit A**.

Dated: July 5, 2023        Respectfully submitted,

                **BLANK ROME LLP**

                By: */s/ Charles A. Fitzpatrick IV*
                CHARLES A. FITZPATRICK IV (PA Bar 309113)
                One Logan Square

130 North 18th Street  
Philadelphia, PA 19103  
Telephone:  215.569.5608  
Facsimile:  215.832.5608  
Email: charles.fitzpatrick@blankrome.com

LINDA KORNFELD (*pro hac vice* forthcoming)  
2029 Century Park East, 6th Floor  
Los Angeles, CA 90067  
Telephone:  424.239.3400  
Facsimile:  424.239.3434  
Email: linda.kornfeld@blankrome.com

HELEN K. MICHAEL (*pro hac vice* forthcoming)  
1825 Eye Street, N.W.  
Washington, D.C. 20006  
Telephone:  202.420.2200  
Facsimile:  202.420.2201  
Email: helen.michael@blankrome.com

*Attorneys for Third-Party Comcast Spectacor, LLC*

**CERTIFICATE OF SERVICE**

    I, Charles A. Fitzpatrick IV, Esq. hereby certify that on this 5th day of July 2023, I caused a true and accurate copy of the foregoing to be served via the Court's ECF system upon all counsel of record.

                                              */s/ Charles A. Fitzpatrick*
                                              Charles A. Fitzpatrick