# EXHIBIT 1

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number: 12 WAP 2023 |
| | | Page 1 of 9 |
| | | October 6, 2023 |

## CAPTION

Timothy A. Ungarean, DMD d/b/a Smile Savers Dentistry, PC, individually and on behalf of a Class of Similarly Situated Persons, Appellee

v.

CNA and Valley Forge Insurance Company, Appellants

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Order Granting Petition for Allowance of Appeal |
| Case Status: | Active |
| Journal Number: | |
| Case Category: | Civil |
| Case Type(s): | Declaratory Judgment |

## CONSOLIDATED CASES | RELATED CASES

| Docket No / Reason | Type | Docket No / Reason | Type |
|---|---|---|---|
| 11 WAP 2023<br>Similar Issues | Consolidated | 10 WAP 2023<br>Similar Issues<br>MacMiles, LLC, Aplt. v. Erie Insurance Exchange | Related |
| | | 11 WAP 2023<br>Similar Issues<br>Ungarean, T. v. CNA et al, Aplt | Related |

## COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| Attorney: | Pfenninger, Timothy Paul<br>DLA Piper LLP (US) | | |
| Address: | Dla Piper Llp<br>1650 Market St Ste 5000<br>Philadelphia, PA 19103 | | |
| Phone No: | (215) 656-3300 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | CNA, Appellant | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Representing: | Valley Forge Insurance Company, Appellant | | |
| Pro Se: | No | | |
| IFP Status: | | | |

| | | |
|---|---|---|
| **Supreme Court of Pennsylvania** |  | **Appeal Docket Sheet** |
| | | **Docket Number:  12 WAP 2023** |
| | | Page 2 of 9 |
| | | October 6, 2023 |

**COUNSEL INFORMATION**

| | |
|---|---|
| Attorney: | Boehning, H. Christopher |
| | Pro Hac Vice |
| Address: | Paul Weiss Rifking Wharton & Garrison, LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| Phone No: | (212) 373-3000 |
| Receive Mail: | Yes |
| Representing: | CNA, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Valley Forge Insurance Company, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | | | |
|---|---|---|---|
| Attorney: | Eisenstein, Ilana H. | | |
| | DLA Piper | | |
| Address: | Dla Piper Llp | | |
| | 1650 Market St Ste 5000 | | |
| | Philadelphia, PA 19103 | | |
| Phone No: | (215) 656-3351 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | CNA, Appellant | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Representing: | Valley Forge Insurance Company, Appellant | | |
| Pro Se: | No | | |
| IFP Status: | | | |

| | | | |
|---|---|---|---|
| Attorney: | Goldberg, Matthew Aaron | | |
| | DLA Piper | | |
| Address: | 1650 Market St Ste 5000 | | |
| | Philadelphia, PA 19103-7300 | | |
| Phone No: | (215) 656-3300 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | CNA, Appellant | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Representing: | Valley Forge Insurance Company, Appellant | | |
| Pro Se: | No | | |
| IFP Status: | | | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.



| Supreme Court of Pennsylvania | Appeal Docket Sheet |
|---|---|
| | Docket Number: 12 WAP 2023 |
| | Page 3 of 9 |
| | October 6, 2023 |

## COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Higgins, Matthew M. |
| | Pro Hac Vice |
| Address: | Paul Weiss Rifkind Wharton & Garrison, LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| Phone No: | (212) 373-3000 |
| Receive Mail: | Yes |
| Representing: | CNA, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Valley Forge Insurance Company, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Lipshutz, Brian M. |
| | Pro Hac Vice |
| Address: | Paul Weiss Rifking Wharton & Garrison, LLP |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| Phone No: | (202) 223-7300 |
| Receive Mail: | Yes |
| Representing: | CNA, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Valley Forge Insurance Company, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Shanmugam, Kannon K. |
| | Pro Hac Vice |
| Address: | Paul Weiss Rifkind Wharton & Garrison, LLP |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| Phone No: | (202) 223-7300 |
| Receive Mail: | Yes |
| Representing: | CNA, Appellant |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Valley Forge Insurance Company, Appellant |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.



| Supreme Court of Pennsylvania | Appeal Docket Sheet |
|---|---|
| | Docket Number: 12 WAP 2023 |
| | Page 4 of 9 |
| | October 6, 2023 |

**COUNSEL INFORMATION**

| | |
|---|---|
| Attorney: | Goodrich, John P. |
| | Goodrich & Associates, P.C. |
| Address: | Goodrich & Associates Pc |
| | 429 4TH Ave Ste 900 |
| | Pittsburgh, PA 15219-1507 |
| Phone No: | (412) 261-4663 |
| Receive Mail: | Yes |
| Receive EMail: | Yes        Email: |
| Representing: | Timothy Ungarean, DMD, d/b/a Smile Savers Dentistry, PC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Cooper, Scott B. |
| Address: | Schmidt Kramer Pc |
| | 209 State St |
| | Harrisburg, PA 17101-1144 |
| Phone No: | (717) 888-8888 |
| Receive Mail: | Yes |
| Receive EMail: | Yes        Email: |
| Representing: | Timothy Ungarean, DMD, d/b/a Smile Savers Dentistry, PC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Haggerty, James C. |
| | Haggerty, Goldberg, Schleifer & Kupersmith, P.C. |
| Address: | Haggerty Goldberg Et Al |
| | 1835 Market St Fl 27 |
| | Philadelphia, PA 19103-2929 |
| Phone No: | (267) 350-6609 |
| Receive Mail: | Yes |
| Receive EMail: | Yes        Email: |
| Representing: | Timothy Ungarean, DMD, d/b/a Smile Savers Dentistry, PC, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Shub, Jonathan |
| Address: | Shub Law Firm LLC |
| | 134 Kings Highway E., 2nd Fl |
| | Haddonfield, NJ 08033 |
| Phone No: | (610) 453-6551 |
| Receive Mail: | Yes |
| Receive EMail: | Yes        Email: |
| Representing: | Timothy Ungarean, DMD, d/b/a Smile Savers Dentistry, PC, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

Supreme Court of Pennsylvania  Appeal Docket Sheet

Docket Number:  12 WAP 2023

Page 5 of 9

October 6, 2023

| COUNSEL INFORMATION |
|---|

| | |
|---|---|
| Attorney: | Hamermesh, Matthew Aaron |
| | Hangley, Aronchick, Segal, Pudlin & Schiller |
| Address: | Hangley Aronchick Et Al |
| | 1 Logan Sq Fl 27 |
| | Philadelphia, PA 19103-6995 |
| Phone No: | (215) 496-7054 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | American Property Casualty Insurance Assocation et al, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Ackerman, Wystan M. |
| | Pro Hac Vice |
| Address: | Robinson & Cole LLP |
| | 280 Trumbull St. |
| | Hartford, CT 06103 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | American Property Casualty Insurance Assocation et al, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Aronchick, Mark Alan |
| | Hangley, Aronchick, Segal, Pudlin & Schiller |
| Address: | Hangley Aronchick Et Al |
| | 1 Logan Sq Fl 27 |
| | Philadelphia, PA 19103-6995 |
| Phone No: | (215) 496-7002 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | American Property Casualty Insurance Assocation et al, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Goldman, Stephen E. |
| | Pro Hac Vice |
| | Robinson & Cole, L.L.P. |
| Address: | 280 Trumbull Street |
| | Hartford, CT 06103 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | American Property Casualty Insurance Assocation et al, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

| | | |
|---|---|---|
| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
| | | Docket Number: 12 WAP 2023 |
| | | Page 6 of 9 |
| | | October 6, 2023 |

## SUPREME COURT INFORMATION

| | |
|---|---|
| Appeal From: | the Order of the Superior Court entered November 30, 2022 at No. 948 WDA 2021, Affirming the Order of the Court of Common Pleas of Allegheny County entered March 26, 2021 at No. GD-20-006544. |

| | | | |
|---|---|---|---|
| Probable Jurisdiction Noted: | | Docketed Date: | July 13, 2023 |
| Allocatur/Miscellaneous Granted: | July 13, 2023 | Allocatur/Miscellaneous Docket No.: | 314 WAL 2022 |

Allocatur/Miscellaneous Grant Order:   AND NOW, this 13th day of July, 2023, the Petition for Allowance of Appeal is GRANTED. The issues, as stated by petitioners, are:

(1) Did the Superior Court err in its decision affirming the trial court's opinion concluding that Respondent Timothy A. Ungarean, DMD is entitled to Business Income, Extra Expense and Civil Authority coverage under the policy issued by Petitioner Valley Forge Insurance Company as a result of the COVID-19 pandemic and associated orders issued by Governor Wolf, where the policy only provides coverage following "direct physical loss of or damage to" property and neither the relevant government orders nor the COVID-19 pandemic caused a physical alteration to property?

(2) Did the Superior Court err in its decision affirming the trial court's opinion concluding that Respondent Timothy A. Ungarean, DMD is entitled to Civil Authority coverage under the policy issued by Petitioner Valley Forge Insurance Company as a result of the COVID-19 pandemic and associated orders issued by Governor Wolf, where the policy provides such coverage only following an action by a civil authority that was issued "due to" physical loss of or damage to property and "prohibit[s] access" to a policyholder's premises?

(3) Did the Superior Court err in its decision affirming the trial court's opinion concluding that the Contamination; Consequential Loss; Fungi, Wet Rot, Dry Rot, and Microbes; Acts or Decisions; and Ordinance or Law exclusions in the policy issued by Petitioner Valley Forge Insurance Company did not bar coverage for Respondent Timothy A. Ungarean, DMD's alleged losses related to the COVID-19 pandemic and associated orders issued by Governor Wolf?

The Prothonotary is directed to list this matter for argument simultaneously with MacMiles, LLC v. Erie Insurance Exchange, 10 WAP 2023.

## FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| | | | | | |

## INTERMEDIATE APPELLATE COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Name: | Superior | Docket Number: | 948 WDA 2021 |
| Date of Order: | November 30, 2022 | Rearg/Recon Disp Date: | |
| | | Rearg/Recon Disposition: | |
| Judge(s): | Panella, Jack A. | | |
| | Bender, John T. | | |
| | Bowes, Mary Jane | | |
| | Lazarus, Anne E. | | |
| | Stabile, Victor P. | | |
| | Kunselman, Deborah A. | | |
| | Nichols, Carolyn H. | | |
| | McLaughlin, Maria | | |
| | King, Megan | | |
| Intermediate Appellate Court Action: | Affirmed. | | |
| Referring Court: | | | |



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

**Docket Number: 12 WAP 2023**

Page 7 of 9

October 6, 2023

## AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Below: | Allegheny County Court of Common Pleas | | |
| County: | Allegheny | Division: | Allegheny County Civil Division |
| Date of Agency/Trial Court Order: | March 26, 2021 | | |
| Docket Number: | GD-20-006544 | | |
| Judge(s): | Ward, Christine A. | OTN: | |
| Order Type: | Judgment | | |

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content/Description |
|---|---|---|
| Original Record | July 13, 2023 | *****Electronically Filed***** |

**Record Remittal:**

## BRIEFING SCHEDULE

**Appellant**
  CNA
  **Brief**
Due: October 2, 2023        Filed: October 2, 2023

  **Reply Brief**
Due: December 8, 2023        Filed:

  **Reproduced Record**
Due: October 2, 2023        Filed: October 2, 2023

  **Valley Forge Insurance Company**
  **Brief**
Due: October 2, 2023        Filed: October 2, 2023

  **Reply Brief**
Due: December 8, 2023        Filed:

**Appellee**
  Timothy Ungarean, DMD, d/b/a Smile Savers Dentistry, PC
  **Brief**
Due: November 17, 2023        Filed:

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **July 13, 2023** | **Allocatur Granted** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 13th day of July, 2023, the Petition for Allowance of Appeal is GRANTED. The issues, as stated by petitioners, are:

(1) Did the Superior Court err in its decision affirming the trial court's opinion concluding that Respondent Timothy A. Ungarean, DMD is entitled to Business Income, Extra Expense and Civil Authority coverage under the policy issued by Petitioner Valley Forge Insurance Company as a result of the COVID-19 pandemic and associated orders issued by Governor Wolf, where the policy only provides coverage following "direct physical loss of or damage to" property and neither the relevant government orders nor the COVID-19 pandemic caused a physical alteration to property?

(2) Did the Superior Court err in its decision affirming the trial court's opinion concluding that Respondent Timothy A. Ungarean, DMD is entitled to Civil Authority coverage under the policy issued by Petitioner Valley Forge Insurance



## Supreme Court of Pennsylvania

### Appeal Docket Sheet

**Docket Number:** 12 WAP 2023

Page 8 of 9

October 6, 2023

| DOCKET ENTRY | | | |
|---|---|---|---|
| **Filed Date** | **Docket Entry / Representing** | **Participant Type** | **Filed By** |

Company as a result of the COVID-19 pandemic and associated orders issued by Governor Wolf, where the policy provides such coverage only following an action by a civil authority that was issued "due to" physical loss of or damage to property and "prohibit[s] access" to a policyholder's premises?

(3) Did the Superior Court err in its decision affirming the trial court's opinion concluding that the Contamination; Consequential Loss; Fungi, Wet Rot, Dry Rot, and Microbes; Acts or Decisions; and Ordinance or Law exclusions in the policy issued by Petitioner Valley Forge Insurance Company did not bar coverage for Respondent Timothy A. Ungarean, DMD's alleged losses related to the COVID-19 pandemic and associated orders issued by Governor Wolf?

The Prothonotary is directed to list this matter for argument simultaneously with MacMiles, LLC v. Erie Insurance Exchange, 10 WAP 2023.

| | | | |
|---|---|---|---|
| **July 13, 2023** | **Superior Court Record Received** | | |
| | | | Superior Court of Pennsylvania |
| **August 2, 2023** | **Joint Application to Modify Briefing Schedule for Related Appeals and to Exceed Word Count** | | |
| | | Appellant | CNA |
| | | Appellant | Valley Forge Insurance Company |
| **August 16, 2023** | **Order Granting Joint Application to Modify Briefing Schedule and Denying to Exceed Word Count** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 16th day of August, 2023, upon consideration of the Joint Application to Modify Briefing Schedule, the application is GRANTED, to the extent that the parties seek a modification of the briefing deadlines.  Appellant's Brief and Reproduced Record are due by October 2, 2023; Appellee's Brief is due by November 17, 2023; and any reply brief is due by December 8, 2023.  No further extensions shall be granted on the briefing deadlines absent extraordinary circumstances.  To the extent the application seeks leave to submit briefs that exceed the limitations of Pa.R.A.P. 2135(a), the application is DENIED, WITHOUT PREJUDICE to the parties' ability to seek similar relief once they have prepared their briefs.  Any such request SHALL be accompanied by a party's proposed brief for the Court's evaluation.

| | | | |
|---|---|---|---|
| **August 16, 2023** | **Order Exited** | | |
| | | | Office of the Prothonotary |
| **September 27, 2023** | **Application to be Admitted Pro Hac Vice for Attorneys Shanmugam, Boehning, Lipshutz and Higgins** | | |
| | CNA | Appellant | Goldberg, Matthew Aaron |
| | Valley Forge Insurance Company | Appellant | Goldberg, Matthew Aaron |
| **September 27, 2023** | **Order Granting Application to be Admitted Pro Hac Vice (Kannon K. Shanmugam, Esq.)** | | |
| | | | Ceraso, Betsy |

Comments:
AND NOW, this 27th day of September, 2023, the application for the admission pro hac vice of Kannon K. Shanmugam, Esq. is GRANTED.

| | | | |
|---|---|---|---|
| **September 27, 2023** | **Order Exited** | | |
| | | | Office of the Prothonotary |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

**Docket Number:  12 WAP 2023**

Page 9 of 9

October 6, 2023

| | | **DOCKET ENTRY** | | |
|---|---|---|---|---|
| Filed Date | Docket Entry / Representing | | Participant Type | Filed By |
| September 27, 2023 | Order Granting Application to be Admitted Pro Hac Vice (H. Christopher Boehning, Esq.) | | | Ceraso, Betsy |

Comments:
AND NOW, this 27th day of September, 2023, the application for the admission pro hac vice of H. Christopher Boehning, Esq. is GRANTED.

| | | | | |
|---|---|---|---|---|
| September 27, 2023 | Order Exited | | | Office of the Prothonotary |
| September 27, 2023 | Order Granting Application to be Admitted Pro Hac Vice (Brian M. Lipshutz, Esq.) | | | Ceraso, Betsy |

Comments:
AND NOW, this 27th day of September, 2023, the application for the admission pro hac vice of Brian M. Lipshutz, Esq. is GRANTED.

| | | | | |
|---|---|---|---|---|
| September 27, 2023 | Order Exited | | | Office of the Prothonotary |
| September 27, 2023 | Order Granting Application to be Admitted Pro Hac Vice (Matthew M. Higgins, Esq.) | | | Ceraso, Betsy |

Comments:
AND NOW, this 27th day of September, 2023, the application for the admission pro hac vice of Matthew M. Higgins, Esq. is GRANTED.

| | | | | |
|---|---|---|---|---|
| September 27, 2023 | Order Exited | | | Office of the Prothonotary |
| October 2, 2023 | Appellant's Brief | | Appellant | CNA |
| | | | Appellant | Valley Forge Insurance Company |
| October 2, 2023 | Appellant's Reproduced Record Filed | | Appellant | CNA |

| **CROSS COURT ACTIONS** |
|---|

| Docket Number: | 314 WAL 2022 |
|---|---|
| Docket Number: | 47 WDM 2021 |
| Docket Number: | 948 WDA 2021 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.