# EXHIBIT 2

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number: 10 WAP 2023 |
| | | Page 1 of 10 |
| | | October 6, 2023 |

## CAPTION

MacMiles, LLC d/b/a Grant Street Tavern, Appellant

v.

Erie Insurance Exchange, Appellee

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Order Granting Petition for Allowance of Appeal |
| Case Status: | Active |
| Journal Number: | |
| Case Category: | Civil |
| Case Type(s): | Insurance |

## CONSOLIDATED CASES | RELATED CASES

| Docket No / Reason | Type |
|---|---|
| 11 WAP 2023 | Related |
| Similar Issues | |
| Ungarean, T. v. CNA et al, Aplt | |
| 12 WAP 2023 | Related |
| Similar Issues | |
| Ungarean, T. v. CNA et al, Aplt. | |

## COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Goodrich, John P. |
| | Goodrich & Associates, P.C. |
| Address: | Goodrich & Associates Pc |
| | 429 4TH Ave Ste 900 |
| | Pittsburgh, PA 15219-1507 |
| Phone No: | (412) 261-4663 |
| Receive Mail: | Yes |
| Receive EMail: | Yes     Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Boni, Michael J. |
| | Boni, Zack & Snyder LLC |
| Address: | Boni Zack & Snyder LLC |
| | 15 Saint Asaphs Rd |
| | Bala Cynwyd, PA 19004-2407 |
| Phone No: | (610) 822-0201 |
| Receive Mail: | Yes |
| Receive EMail: | Yes     Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number:  10 WAP 2023 |
| | | Page 2 of 10 |
| | | October 6, 2023 |

### COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Cooper, Scott B. |
| Address: | Schmidt Kramer Pc<br>209 State St<br>Harrisburg, PA 17101-1144 |
| Phone No: | (717) 888-8888 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                    Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Haggerty, James C. |
| Address: | Haggerty, Goldberg, Schleifer & Kupersmith, P.C.<br>Haggerty Goldberg Et Al<br>1835 Market St Fl 27<br>Philadelphia, PA 19103-2929 |
| Phone No: | (267) 350-6609 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                    Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Nichols, Lauren Renee |
| Address: | Goodrich & Associates, P.C.<br>Goodrich & Associates Pc<br>429 Fourth Ave Ste 900<br>Pittsburgh, PA 15219-9200 |
| Phone No: | (412) 261-4663 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                    Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Shub, Jonathan |
| Address: | Shub & Johns LLC<br>200 Barr Harbor Dr Ste 400<br>Conshohocken, PA 19428 |
| Phone No: | (610) 453-6551 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                    Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| **Supreme Court of Pennsylvania**  | **Appeal Docket Sheet** |
| | **Docket Number:  10 WAP 2023** |
| | Page 3 of 10 |
| | October 6, 2023 |

### COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Sindoni, John Elliott |
|  | Boni, Zack & Snyder LLC |
| Address: | Boni Zack & Snyder LLC |
|  | 15 St Asaphs Rd |
|  | Bala Cynwyd, PA 19004 |
| Phone No: | (610) 822-0202 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Snyder, Joshua D. |
|  | Boni, Zack & Snyder LLC |
| Address: | 15 St Asaphs Rd |
|  | Bala Cynwyd, PA 19004-2407 |
| Phone No: | (610) 822-0203 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | MacMiles, LLC dba Grant Street Tavern, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Maczuzak, Tara L. |
| Address: | Dibella Weinheimer |
|  | Law & Finance Building |
|  | 429 Fourth St Ste 200 |
|  | Pittsburgh, PA 15219 |
| Phone No: | (412) 261-2900 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Erie Insurance Exchange, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | DiBella, Richard W. |
|  | Dibella Weinheimer |
| Address: | 429 Fourth Ave Ste 200 |
|  | Pittsburgh, PA 15219 |
| Phone No: | (412) 261-2900 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Erie Insurance Exchange, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number: 10 WAP 2023 |
| | | Page 4 of 10 |
| | | October 6, 2023 |

### COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Greer, Zachary Raymond |
| | Elliott Greenleaf, PC |
| Address: | Elliott Greenleaf Pc |
| | 925 Harvest Dr Ste 300 |
| | Blue Bell, PA 19422 |
| Phone No: | (215) 977-1050 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | Erie Insurance Exchange, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Horst, Robert Timothy |
| | Horst Krekstein & Runyon, LLC |
| Address: | 610 W Germantown Pike Ste 350 |
| | Plymouth Meeting, PA 19462 |
| Phone No: | (484) 243-6873 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | Erie Insurance Exchange, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Kaiser, Adam Jay |
| | Pro Hac Vice |
| Address: | Alston & Bird |
| | 90 Park Avenue |
| | New York, NY 10016 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | Erie Insurance Exchange, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Malamud, Matthew Brandon |
| | Horst Krekstein & Runyon LLC |
| Address: | 610 W Germantown PK Suite 350 |
| | Plymouth Meeting, PA 19462 |
| Phone No: | (484) 243-6873 |
| Receive Mail: | Yes |
| Receive EMail: | Yes       Email: |
| Representing: | Erie Insurance Exchange, Appellee |
| Pro Se: | No |
| IFP Status: | |



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

Docket Number: 10 WAP 2023

Page 5 of 10

October 6, 2023

|  | **COUNSEL INFORMATION** |  |  |
|---|---|---|---|
| Attorney: | Pietragallo, William A. | | |
| | Pietragallo Gordon Alfano Bosick & Raspanti, LLP | | |
| Address: | Pietragallo Gordon Et Al | | |
| | 3800 One Oxford Ctr | | |
| | Pittsburgh, PA 15219 | | |
| Phone No: | (412) 263-2000 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | Erie Insurance Exchange, Appellee | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Attorney: | Runyon, Robert Marshall, III | | |
| | Horst Krekstein & Runyon LLC | | |
| Address: | 610 W. Germantown Pike | | |
| | Suite 350 | | |
| | Plymouth Meeting, PA 19462 | | |
| Phone No: | (215) 280-5646 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | Erie Insurance Exchange, Appellee | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Attorney: | Santarelli, Frederick P. | | |
| Address: | Elliott Greenleaf P.c. | | |
| | 925 Harvest Dr | | |
| | Blue Bell, PA 19422-1956 | | |
| Phone No: | (215) 977-1024 | | |
| Receive Mail: | Yes | | |
| Receive EMail: | Yes | Email: | |
| Representing: | Erie Insurance Exchange, Appellee | | |
| Pro Se: | No | | |
| IFP Status: | | | |
| Attorney: | Shepard, Kristin A. | | |
| | Pro Hac Vice | | |
| Address: | Alston & Bird | | |
| | 950 F Street, NW | | |
| | Washington, DC 20004 | | |
| Receive Mail: | Yes | | |
| Representing: | Erie Insurance Exchange, Appellee | | |
| Pro Se: | No | | |
| IFP Status: | | | |



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

**Docket Number:  10 WAP 2023**

Page 6 of 10

October 6, 2023

| | **COUNSEL INFORMATION** |
|---|---|
| Attorney: | Bartle, Harvey, IV |
| Address: | Morgan Lewis & Bockius Llp<br>1701 Market St<br>Philadelphia, PA 19130 |
| Phone No: | (215) 963-5521 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                          Email: |
| Representing: | Walters & Mason Retail, Inc., Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Ellison, John Norig<br>Reed Smith LLP |
| Address: | 1717 Arch St Ste 3100<br>Philadelphia, PA 19103 |
| Phone No: | (215) 241-1210 |
| Receive Mail: | Yes |
| Representing: | United Policyholders, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Martin, James Christopher<br>Reed Smith LLP |
| Address: | 225 Fifth Ave Ste 1200<br>Pittsburgh, PA 15222-2716 |
| Phone No: | (412) 288-3546 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                                          Email: |
| Representing: | Allegheny Health Network, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Boscov's Department Store, LLC, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Eat'n Park Hospitality Group, Inc., Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Penn Entertainment, Inc. f/k/a Penn National Gaming, Inc., Boscov's Department Store, LLC, et al, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Shaner Group, Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number:  10 WAP 2023 |
| | | Page 7 of 10 |
| | | October 6, 2023 |

### SUPREME COURT INFORMATION

| | |
|---|---|
| Appeal From: | the Order of the Superior Court entered November 30, 2022 at No. 1100 WDA 2021, reversing the Order of the Court of Common Pleas of Allegheny County Civil Division entered on May 25, 2021 at No. GD-20-007753. |

| | | | |
|---|---|---|---|
| Probable Jurisdiction Noted: | | Docketed Date: | July 13, 2023 |
| Allocatur/Miscellaneous Granted: | July 13, 2023 | Allocatur/Miscellaneous Docket No.: | 307 WAL 2022 |

Allocatur/Miscellaneous Grant Order:  AND NOW, this 13th day of July, 2023, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner, is:

Did the Superior Court err as a matter of law in finding that Petitioner is not entitled to coverage under its policy of insurance with Respondent for losses associated with the COVID-19 pandemic when the insurance policy is ambiguous and Pennsylvania law mandates that an ambiguity should be construed in favor of the insured?

The Prothonotary is directed to list this matter for argument simultaneously with Ungarean v. CNA, 11 & 12 WAP 2023

### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|
| | | | | | |

### INTERMEDIATE APPELLATE COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Name: | Superior | Docket Number: | 1100 WDA 2021 |
| Date of Order: | November 30, 2022 | Rearg/Recon Disp Date: | |
| | | Rearg/Recon Disposition: | |
| Judge(s): | Panella, Jack A. | | |
| | Bender, John T. | | |
| | Bowes, Mary Jane | | |
| | Lazarus, Anne E. | | |
| | Stabile, Victor P. | | |
| | Kunselman, Deborah A. | | |
| | Nichols, Carolyn H. | | |
| | McLaughlin, Maria | | |
| | King, Megan | | |
| Intermediate Appellate Court Action: | Reversed. | | |
| Referring Court: | | | |

### AGENCY/TRIAL COURT INFORMATION

| | | | |
|---|---|---|---|
| Court Below: | Allegheny County Court of Common Pleas | | |
| County: | Allegheny | Division: | Allegheny County Civil Division |
| Date of Agency/Trial Court Order: | May 25, 2021 | | |
| Docket Number: | GD 20-007753 | | |
| Judge(s): | Ward, Christine A. | OTN: | |
| Order Type: | Order | | |

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number:  10 WAP 2023 |
| | | Page 8 of 10 |
| | | October 6, 2023 |

### ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content/Description |
|---|---|---|
| Original Record | July 13, 2023 | **Original Record Electronically Filed** |

**Record Remittal:**

### BRIEFING SCHEDULE

**Amicus Curiae**

  **Allegheny Health Network**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **Boscov's Department Store, LLC**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **Eat'n Park Hospitality Group, Inc.**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **Penn Entertainment, Inc. f/k/a Penn National Gaming, Inc., Boscov's Department Store, LLC, et al**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **Shaner Group**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **United Policyholders**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **Walters & Mason Retail, Inc.**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

**Appellee**

  **Erie Insurance Exchange**
    Brief
Due: November 17, 2023    Filed:

**Appellant**

  **MacMiles, LLC dba Grant Street Tavern**
    Brief
Due: October 2, 2023    Filed: October 2, 2023

  **Reply Brief**
Due: December 8, 2023    Filed:

  **Reproduced Record**
Due: October 2, 2023    Filed: October 2, 2023

| | | |
|---|---|---|
| **Supreme Court of Pennsylvania**  | | **Appeal Docket Sheet** |
| | | **Docket Number:  10 WAP 2023** |
| | | Page 9 of 10 |
| | | October 6, 2023 |

| DOCKET ENTRY | | | |
|---|---|---|---|
| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
| **July 13, 2023** | **Allocatur Granted** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 13th day of July, 2023, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner, is:

Did the Superior Court err as a matter of law in finding that Petitioner is not entitled to coverage under its policy of insurance with Respondent for losses associated with the COVID-19 pandemic when the insurance policy is ambiguous and Pennsylvania law mandates that an ambiguity should be construed in favor of the insured?

The Prothonotary is directed to list this matter for argument simultaneously with Ungarean v. CNA,  11 & 12 WAP 2023

| | | | |
|---|---|---|---|
| **July 13, 2023** | **Superior Court Record Received** | | |
| | | | Office of the Prothonotary |
| **July 18, 2023** | **Praecipe for Appearance** | | |
| | Erie Insurance Exchange | Appellee | Greer, Zachary Raymond |
| **August 2, 2023** | **Joint Application to Modify Briefing Schedule for Related Appeals and to Exceed Word Count** | | |
| | | Appellee | Erie Insurance Exchange |
| **August 16, 2023** | **Order Granting Joint Application to Modify Briefing Schedule and Denying App. to Exceed Word Count** | | |
| | | | Per Curiam |

Comments:
AND NOW, this 16th day of August, 2023, upon consideration of the Joint Application to Modify Briefing Schedule, the application is GRANTED, to the extent that the parties seek a modification of the briefing deadlines.  Appellant's Brief and Reproduced Record are due by October 2, 2023; Appellee's Brief is due by November 17, 2023; and any reply brief is due by December 8, 2023.  No further extensions shall be granted on the briefing deadlines absent extraordinary circumstances.
To the extent the application seeks leave to submit briefs that exceed the limitations of Pa.R.A.P. 2135(a), the application is DENIED, WITHOUT PREJUDICE to the parties' ability to seek similar relief once they have prepared their briefs.  Any such request SHALL be accompanied by a party's proposed brief for the Court's evaluation.

| | | | |
|---|---|---|---|
| **August 16, 2023** | **Order Exited** | | |
| | | | Office of the Prothonotary |
| **September 25, 2023** | **Praecipe for Withdrawal of Appearance** | | |
| | Erie Insurance Exchange | Appellee | Peck, Jason Harlow |
| **October 2, 2023** | **Appellant's Brief** | | |
| | | Appellant | MacMiles, LLC dba Grant Street Tavern |
| **October 2, 2023** | **Appellant's Reproduced Record Filed** | | |
| | | Appellant | MacMiles, LLC dba Grant Street Tavern |
| **October 2, 2023** | **Amicus Curiae Brief** | | |
| | | Amicus Curiae | Walters & Mason Retail, Inc. |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

| | | |
|---|---|---|
| **Supreme Court of Pennsylvania** |  | **Appeal Docket Sheet** |
| | | **Docket Number:  10 WAP 2023** |
| | | Page 10 of 10 |
| | | October 6, 2023 |

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| **October 2, 2023** | **Amicus Curiae Brief** | | |
| | | Amicus Curiae | United Policyholders |
| **October 2, 2023** | **Amicus Curiae Brief** | | |
| | | Amicus Curiae | Boscov's Department Store, LLC |
| | | Amicus Curiae | Shaner Group |
| | | Amicus Curiae | Eat'n Park Hospitality Group, Inc. |
| | | Amicus Curiae | Allegheny Health Network |
| | | Amicus Curiae | Penn Entertainment, Inc. f/k/a Penn National Gaming, Inc., Boscov's Department Store, LLC, et al |

### CROSS COURT ACTIONS

| | |
|---|---|
| Docket Number: | 1100 WDA 2021 |
| Docket Number: | 307 WAL 2022 |
| Docket Number: | 53 WDM 2021 |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.