UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA EAGLES LIMITED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:　Case No. 2:21-cv-01776-MMB<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Factory Mutual Insurance Company ("Factory Mutual") respectfully submits this Notice of Supplemental Authority in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 48). The decision cited below was issued after Factory Mutual filed its Reply in Support of its Motion to Dismiss on June 22, 2022 (ECF No. 52).

- *Ungarean v. CNA*, No. 11 WAP 2023 (Pa.) (attached hereto as Ex. A); and

- *MacMiles, LLC v. Erie Insurance Exchange,* No. 10 WAP 2023 (Pa.) (attached hereto as Ex. B)

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　BUTLER WEIHMULLER KATZ CRAIG LLP

　　　　　　　　　　　　　　　　　　/s/Richard D. Gable, Jr.
　　　　　　　　　　　　　　　　　　Richard D. Gable, Jr., Esq. (Pa. ID No. 65842)
　　　　　　　　　　　　　　　　　　Adam B. Masef, Esq. (PA ID No. 313468)
　　　　　　　　　　　　　　　　　　1818 Market Street, Suite 2740
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　rgable@butler.legal
　　　　　　　　　　　　　　　　　　amasef@butler.legal

Dated:  <u>October 2, 2024</u>   *Attorneys for Defendant, Factory Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Notice of Supplemental Authority, electronically filed this 2nd day of October, 2024, will be served on the following counsel of record via the Court's Electronic Filing System:

Charles A. Fitzpatrick IV, Esq.
James T. Giles, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103

James R. Murray, Esq.
Helen K. Michael, Esq.
BLANK ROME LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

Linda Kornfeld, Esq.
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA  90067

Lisa M. Campisi, Esq.
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020-1300

*Attorneys for Plaintiff*

/s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorney for Defendant, Factory Mutual Insurance Company*