# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA EAGLES LIMITED PARTNERSHIP**<br><br>v.<br><br>**FACTORY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION NO. 21-1776** |

## **NOTICE**

Please be advised that a recorded **TELEPHONE CONFERENCE** re Status will be held on **Thursday, October 24, 2024 at 2:00 p.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, join Chambers on the call (ph: 267-299-7520).

s/ Lori K. DiSanti

———————————————
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-1776 Philadelphia Eagles Limited Partnership v. Factory Mutual Ins Co\21cv1776 notice of otr tc.docx