IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHILADELPHIA EAGLES LIMITED PARTNERSHIP<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 21-1776 |
|---|---|

### ORDER RE: MOTION FOR RECONSIDERATION

**AND NOW**, this 13th day of December, 2024, it is hereby **ORDERED** as follows:

1. After consideration of the Parties' briefing, Plaintiff's Motion for Reconsideration (ECF 101) of this Court's Order of Dismissal (ECF 96) is denied.

2. Plaintiff's request for oral argument on its Motion (ECF 105) is denied.

3. The stay on this Court's Order of Dismissal (ECF 96) is lifted in light of this ruling. The Clerk of the Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 21\21-1776 Philadelphia Eagles Limited Partnership v. Factory Mutual Ins Co\21cv1776 Order Denying Reconsideration and Oral Argument.docx